3:50pm
067561

ORIGINAL

FILED
JAN 11 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **Savantage Financial Services, Inc.,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| **THE UNITED STATES,** | ) |
| **Defendant.** | ) |

No. **08-21 C**

## COMPLAINT

Plaintiff Savantage Financial Services, Inc. ("Savantage"), by and through its undersigned Attorney of Record, upon personal knowledge as to itself, its own acts, and the contents of the documents referred to herein, and upon information and belief as to all other matters, hereby sues Defendant, The United States of America, and for its Complaint alleges as follows:

### NATURE OF THE ACTION

1. This action protests the issuance of U.S. Department of Homeland Security ("DHS") Request for Quotation ("RFQ") HSHQDC-08-Q-00018, DHS Shared Baseline Solutions Architect Transformation and Systems Consolidation ("TASC"), and seeks preliminary and permanent injunctions against DHS proceeding with the TASC RFQ, or any related procurement, solicitation or task order, without first complying with applicable statutory and regulatory requirements, including but not limited to conducting a competition in accordance with applicable law and regulations to select a financial systems application software migration candidate.

JURISDICTION

2. This Court has jurisdiction over the subject matter of this Complaint pursuant to the Tucker Act, as amended by the Administrative Dispute Resolution Act of 1996 ("ADRA"), Pub. L. No. 104-320, §§ 12(a), (b), 110 Stat. 3870 (Jan. 3, 1996), codified at 28 U.S.C. § 1491(b)(1).

THE PARTIES

3. Plaintiff, Savantage Financial Services, Inc., is a corporation organized and doing business under the laws of the State of Maryland, having an office and a principal place of business in Rockville, Maryland. Savantage is a small, woman-owned business.

4. Defendant, the United States of America, for all purposes relevant hereto, acted by and through the Department of Homeland Security ("DHS"), an agency of the federal government, and two of its components, the Office of Procurement Operations and the Resource Management Transformation Office ("RMTO").

FACTUAL BACKGROUND

5. DHS was created in January 2003 from 22 separate agencies.

6. Five different financial systems application software solutions are presently in use within DHS:

a. Savantage's Federal Financial Management System ("FFMS") (used in Immigration and Customs Enforcement (ICE), U.S. Citizenship and Immigrations Services (USCIS), National Protection and Programs Directorate (NPPD),

Science & Technology Directorate (S&T), Office of Health Affairs(OHA) and Office the Secretary & Under Secretary for Management (DHS HQ));

b. Oracle Corporation's Federal Financials Core Accounting System (used in U.S. Coast Guard (USCG), Transportation Security Administration (TSA), U.S. Secret Service (USSS) and the Domestic Nuclear Detection Officc (DNDO));

c. Systems Applications Products (SAP) software used by Customs & Border Protection (CBP);

d. Integrated Financial Management Information System used by the Federal Emergency Management Administration (FEMA); and

e. Momentum used by the Federal Law Enforcement Training Center (FLETC).

7. DHS began implementation of the Electronically Managing Enterprise Resources for Government Effectiveness and Efficiency ("eMerge$^{2}$") program in January 2004 to integrate financial management systems across the entire department and to address the department's financial management weaknesses.

8. DHS decided to end the eMerge$^{2}$ project before spending an estimated $229 million on a financial management system that would not provide the expected system functionality and desired performance. In September 2006, the eMerge$^{2}$ project was deemed officially "dead."

9. After the failure of the eMerge$^{2}$ project, DHS determined that rather than build a new system from scratch (the eMerge$^{2}$ strategy), it would "leverage" existing financial system application software. This effort, called the Transformation and

Systems Consolidation ("TASC") initiative, proposed to consolidate financial systems application software by "migrating" DHS components to one system, either Oracle Federal Financials or Systems Applications Products ("SAP").

10. On November 20, 2007, DHS issued Solicitation No. HSHQDC-08-Q-00018 for "Transformation and Systems Consolidation (TASC)" as a Task Order Request under the DHS Enterprise Acquisition and leading Edge Solutions (EAGLE) Contract, functional category Four (FC04) Software Development. The purpose of the solicitation ("RFQ") is to support RMTO in pursuing the TASC initiative. RFQ Amendment 0003 provides that Technical and Price Quotations are due not later than 2 PM on January 15, 2008.

11. The RFQ proposes to "migrate" six DHS agencies, the six presently obtaining their financial systems applications software from Savantage (ICE, USCIS, NPPD, S&T, OHA and DHS HQ), to the Oracle Federal Financials Core Accounting System.

12. Savantage's FFMS is a Financial System Integration Office (FSIO) certified financial system and meets all of the performance objectives for a financial systems application software solution stated in the RFQ. DHS owns a paid-up, department-wide license for Savantage's FFMS. Savantage's support of the application software used by the six DHS agencies constitutes one-half of Savantage's annual revenues.

13. No competition of any kind has been conducted for the selection of financial systems application software for implementation in the six DHS components

presently obtaining their financial systems applications software from Savantage (ICE, USCIS, NPPD, S&T, OHA and DHS HQ).

14. On information and belief, the cost of software license fees alone for the Oracle Federal Financials Core Accounting System in the six DHS agencies (ICE, USCIS, NPPD, S&T, OHA and DHS HQ) will exceed $25,000,000 in initial license fees and $75,000,000 over a ten-year period. Implementation costs are even higher.

15. The DHS agencies supported by the Oracle Federal Financials Core Accounting System, the U.S. Coast Guard (USCG), Transportation Security Administration (TSA) and the U.S. Secret Service (USSS), were cited in the DHS Office of the Inspector General Independent Auditor's Report on DHS's FY2007 Financial Statements as having material deficiencies related to the financial systems application software. The components supported by Savantage's FFMS did not have such material deficiencies.

**COUNT I**
**(VIOLATION OF THE COMPETITION IN CONTRACTING ACT)**

16. Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 15 above, as if fully set forth herein.

17. Defendant's implementation of the RFQ, by imposing the selection of Oracle Federal Financials Core Accounting System for implementation in the six DHS components presently obtaining their financial systems applications software from Savantage (ICE, USCIS, NPPD, S&T, OHA and DHS HQ), without obtaining any sort of competition, violates the statutory requirement of 41 U.S.C. § 253(a) to obtain full and open competition through the use of competitive procedures.

**COUNT II**
**(VIOLATIONS OF THE FEDERAL ACQUISITION REGULATION)**

18. Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 17 above, as if fully set forth herein.

19. Defendant's actions violate the requirements of FAR §§ 5.102(a)(6), 6.302-1(c), 6.303-1, 6.304, 6.305, 7.102, 7.105, and 8.405-6 for justification, approval and publicizing of sole source or brand name determinations.

20. Defendant's actions violate the requirements of FAR 10.001 regarding contract bundling.

**COUNT III**
**(AGENCY ACTION IN SELECTION OF MIGRATION CANDIDATE IS ARBITRARY, CAPRICIOUS, AND AN ABUSE OF DISCRETION)**

21. Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 20 above, as if fully set forth herein.

22. DHS's selection of the Oracle Federal Financials Core Accounting System for implementation in the six DHS components presently obtaining their financial systems applications software from Savantage (ICE, USCIS, NPPD, S&T, OHA and DHS HQ) is arbitrary, capricious and an abuse of discretion.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court enter judgment for Plaintiff on this Complaint for injunctive and declaratory relief prohibiting DHS from proceeding with the TASC RFQ or any related solicitation or task order without first complying with applicable statutory and regulatory requirements, including but not limited to conducting a competitive procurement in accordance with applicable law and regulations to select a

financial systems application software migration candidate that best satisfies DHS's minimum needs. In addition, Plaintiff requests that this Court award to Plaintiff reasonable attorneys' fees under the Equal Access to Justice Act; and such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Timothy Sullivan
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6930 (tel.)
(202) 508-1028 (fax)

Attorney of Record for Plaintiff Savantage Financial Services, Inc.

Of Counsel:

Katherine S. Nucci
Thompson Coburn LLP
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6900 (tel.)
(202) 585-6969 (fax)

Dated: January 11, 2008