**FORM 2**
**COVER SHEET**

RECEIVED
OVER THE COUNTER
JAN 11 2008
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) ~~or Petitioner(s)~~

Savantage Financial Services, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Timothy Sullivan

Firm Name: Thompson Coburn LLP

08-21 C

Post Office Box:

Street Address: 1909 K St., N.W., 6th Floor

City-State-Zip: Washington, D.C. 20006

Telephone & Facsimile Numbers: (202) 585-6930 (tel); (202) 585-6969

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

• • •

Nature of Suit Code: 138

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

• • •

Agency Identification Code: HLS

See attached sheet for three digit codes.

Amount Claimed: $ N/A

Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) N/A

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.