United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005
(202) 357-6406

Name/Agency Savantage Financial Services Inc.

Check Number 17653

| Fund | | Amount |
|---|---|---|
| 085000 | Attorney Admission Fee | |
| 086900 | Filing Fees | 60.00 |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous | |
| 322380 | Recoveries of Costs | |
| 6855XX | Deposit Fund | |
| 510000 | Fees for Judical Services | 190.00 |
| 086400 | Special Fund (Appeal Fees) | |
| | | |

| Cash | Check | M.O. | OC | TOTAL | 250.00 |
|---|---|---|---|---|---|
| | X | | X | | |

Checks are accepted subject to collection and full credit will only be given when the check has been accepted by the financial institution on which it has been drawn.

| 067561 | Deputy Clerk Signature [signature] | Date 1/11/08 |
|---|---|---|

Reorder from A Plus Direct • 1-800-334-6329 • Item # AP-CRB-7/06