ORIGINAL

FILED
JAN 1 1 2008
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Savantage Financial Services, Inc., Plaintiff, v. THE UNITED STATES, Defendant. | No. 08-21 C |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Rules of the U.S. Court of Federal Claims and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary and Permanent Injunctive Relief, and in the accompanying Complaint, both incorporated herein by reference, Plaintiff Savantage Financial Services, Inc. ("Savantage") respectfully requests that this Motion for Preliminary Injunction be granted and that the Court issue an order enjoining the Defendant from proceeding with Request for Quotation No. HSHQDC-08-Q-00018, or any related procurement, solicitation or task order, until such time as the Court has an opportunity to issue a judgment declaring the rights of the parties in this matter.

Respectfully submitted,

Timothy Sullivan
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6930 (tel.)
(202) 508-1028 (fax)

Attorney of Record for Plaintiff Savantage Financial Services, Inc.

Of Counsel:

Katherine S. Nucci
Thompson Coburn LLP
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6900 (tel.)
(202) 585-6969 (fax)

Dated: January 11, 2008