ORIGINAL

No 08-21 C

FILED
JAN 11 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SAVANTAGE FINANCIAL SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES.

Defendant.

# PLAINTIFF'S APPENDIX IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER

Timothy Sullivan
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
Phone: (202) 585-6930
Fax: (202) 508-1028

Attorney of Record for Plaintiff

Date: January 11, 2008

# INDEX TO APPENDIX

| NO. | PLAINTIFF'S EXHIBITS |
|---|---|
| 1. | Declaration of Michael Handberg with three attachments |
| 2. | Transforming Department-wide Financial Management Systems Remains a Challenge (GAO Report GAO-07-1041T) |
| 3. | DHS Annual Financial Report 2007, pp. 223-225 |
| 4. | Savantage Letter to DHS, dtd 5/15/07 |
| 5. | Solicitation No. HSHQDC-08-Q-00018, pp. 8-11 |
| 6. | OFPP Memo, dtd 11/28/07 |
| 7. | OIG Audit Report (selected pages) |
| 8. | TASC Government Furnished Information List |

# PLAINTIFF'S EXHIBIT NO. 1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **Savantage Financial Services, Inc.,** | ) | |
| **Plaintiff,** | ) | **No.________________** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

DECLARATION OF MICHAEL HANDBERG

I, MICHAEL HANDBERG, make the following Declaration pursuant to 28 U. S. Code § 1746:

1. I am presently employed by Savantage Financial Services, Inc. I am an Executive Vice President. I started my employment in January 2006.

2. I was formerly employed by IBM, where I led the development of complex solutions involving Oracle Software, and in that capacity I was involved in pricing Oracle Software solutions for the Federal Government

3. I am familiar with the Savantage financial systems software application called "Federal Financial Management System ("FFMS")," which is currently used by the following six components of the Department of Homeland Security ("DHS"): Immigration and Customs Enforcement ("ICE"), U.S. Citizenship and Immigrations Services ("USCIS"), National Protection and Programs Directorate ("NPPD"), Science & Technology Directorate ("S&T"), Office of Health Affairs ("OHA") and Office the Secretary & Under Secretary for Management ("DHS HQ"). Savantage's FFMS is a Financial System Integration Office ("FSIO") certified financial system (*see* Attachment 1 hereto), and meets all of the performance objectives for the financial systems

application software stated in the RFQ. Savantage has a contract with ICE, under which an additional five DHS agencies use the Savantage software.

4. It is my understanding that DHS must pay a license fee for each individual user, and to extend use of the Oracle software into another agency will require the payment of substantial additional license fees. I downloaded the publicly available Oracle GSA Pricing on the Web, and I looked up the price for the software cited in the TASC RFP including yearly maintenance. A copy of the relevant pages of the Oracle GSA Pricing document is attached hereto as Attachment 2.

5. I know that approximately 13,000 users are registered with Savantage's FFMS by looking at the current accounts set up in the software.

6. Using a baseline of 13,000 users and the GSA pricing, I calculated that the DHS could pay Oracle $75,500,000 over 10 years if this RFQ is not stopped. The yearly breakout is below:

| | Oracle Cost | |
|---|---|---|
| Year 1 License Cost | $ | 26,000,000 |
| Year 2 Maintenance Cost | $ | 5,500,000 |
| Year 3 Maintenance Cost | $ | 5,500,000 |
| Year 4 Maintenance Cost | $ | 5,500,000 |
| Year 5 Maintenance Cost | $ | 5,500,000 |
| Year 6 Maintenance Cost | $ | 5,500,000 |
| Year 7 Maintenance Cost | $ | 5,500,000 |
| Year 8 Maintenance Cost | $ | 5,500,000 |
| Year 9 Maintenance Cost | $ | 5,500,000 |
| Year 10 Maintenance Cost | $ | 5,500,000 |
| **Total Oracle 10 Year Cost** | **$** | **75,500,000** |

7. If a competition were held to select a financial systems software application for any of the six DHS components identified above or any other DHS component, Savantage would definitely participate and submit an offer in response to a solicitation for such a competition.

8. I have reviewed the seven specific objectives that the TASC procurement is intended to meet by "migrating" the Oracle Federal Financials Core Accounting Systems to the DHS agencies presently served by Savantage's FFMS listed on pages 10 and 11 of the RFQ (Section C.1).

9. Savantage's FFMS already meets all of the RFQ's seven specific objectives for TASC as described in the table I have prepared and attached hereto as Attachment 3. Specifically, FFMS, under the name Altimate, is an FSIO-certified financial management system software solution. *See* Attachment 1 hereto.

10. Savantage is a Maryland-based, Woman-Owned Small Business with approximately 150 employees, supporting the mission of federal government agencies through its software and support services, in the areas of Federal financial management, business and technology consulting services and solutions. Savantage's clients include the Department of Homeland Security, Department of Labor, Department of Treasury, Federal Retirement Thrift Investment Board, Department of Defense, Architect of the Capitol, US House of Representatives, and many others. Savantage has supported DHS and its INS predecessor through its financial system application software since 1997.

11. Savantage won a full and open competition in 1997 to implement its FFMS software for the U.S. Immigration and Naturalization Service ("INS"). Savantage's FFMS software is a complete enterprise, financial management solution used by Federal agencies to manage their financial enterprise. The software contains integrated, real-time modules, including Cost Management, Receipts Management, Funds Management, Payments Management, General Ledger Management and Reports Management. These are the functions a Federal agency needs to manage the financial and budgetary aspects of its business operations, so that users and managers have access to timely and accurate data for management purposes.

12. INS was one of the agencies transferred to DHS. Within DHS, most of the former INS organization was established as two new and separate organizations - Immigration and Customs Enforcement (ICE), and U.S. Citizenship and Immigration Services (USCIS). In March 2003, ICE was created by combining the law enforcement arms of the former INS and the former U.S. Customs Service. At the same time, the service and benefit functions of the INS transitioned into the DHS as the U.S. Citizenship and Immigration Services (USCIS). Savantage's FFMS, which was already the financial system of record for the former INS, became the system of record for both ICE and USCIS, with ICE serving as the system owner.

13. In 2004, Savantage's FFMS solution was renamed Altimate for marketing reasons, *i.e.*, to avoid confusion with competing products in the market place, some of which had similar names. However, it is the same solution referenced in the TASC RFQ as FFMS. For the purposes of this litigation, the Savantage Altimate solution will be referred to as Federal Financial Management System or FFMS following the usage in the RFQ.

14. Savantage regularly maintains the FFMS software supporting DHS's ICE and its customer agencies. Since its implementation in 1997, Savantage has regularly delivered releases as well as updates to the software. These deliveries include both customer-specific enhancements to core software, as well as upgrades to keep current with technology advancements and changing government regulations and system requirements.

15. The Savantage FFMS software development lifecycle, from requirements through delivery to ICE, has been audited by KPMG, the DHS outside auditors, as part of the Department's overall audit process. The audit steps performed are part of a Federal Information System Controls Audit Manual (FISCAM) audit. In 2005 and 2006, ICE was the agency with the lowest number of FISCAM audit findings within the entire Department by a wide margin, compared to other agencies with operational financial systems (such as Coast Guard and FEMA). Further, there have never been any FISCAM findings to date related to the software lifecycle process supporting FFMS upgrades to ICE.

16. DHS hired an independent consulting firm, SAIC, to evaluate all of the existing enterprise financial systems in place at DHS components and make recommendations as to which ones would be the best choices as long term solutions to host other agencies upon migration to DHS to meet the department's complex and diverse financial and budgetary needs. All existing solutions were evaluated for a number of factors, such as compliance with Federal financial system requirements and mandates (as identified by OMB's FSIO/JFMIP body), technological feasibility, and scalability. As a result of this detailed alternatives analysis and study, entitled "Homeland Security Financial Systems Analysis" and published in January 2003, the FFMS solution at the

former INS and the Oracle solution at Coast Guard were identified as the only two enterprise financial systems in the Department which were already operational, met Federal financial management system requirements (*i.e.*, as certified by OMB's FSIO/JFMIP), and had no significant or moderate deficiencies or limitations. This report, which evaluated the systems operational at the time at FEMA, the former INS (*i.e.* FFMS), TSA, Coast Guard, Customs Service and Secret Service in detail, identified the former INS' FFMS and the Coast Guard's Oracle solution as the only two systems within DHS that were capable and ready to host other agencies upon migration to DHS as of the date of the report. Two other systems which were in the process of being implemented at the time, i.e. the systems at Customs Service and Secret Service, were identified as potential future hosts for other migrating agencies, once those implementations were complete. By late 2004, the deployment of FFMS was subsequently expanded so that new DHS organizations, such as the Science & Technology Directorate and others, also implemented the FFMS system for meeting their financial and budgetary needs These organizations deployed FFMS as their "2nd Financial System" after they had been using the Coast Guard's system and found the system unable to provide detailed line item information that enabled them to track and manage their budget.

17. In late 2004, when the deployment of FFMS was subsequently expanded to new DHS organizations, such as the Science & Technology Directorate and others, this was possible because ICE had purchased an agency wide license from Savantage and no additional cost was incurred by DHS to provide the software to those other DHS components. As a result, DHS will incur no further license acquisition cost if the Savantage FFMS were to be used by additional DHS components beyond those already using the FFMS.

18. Savantage's contract with ICE constitutes one-half of Savantage's annual revenue. The loss of this business would inflict serious financial harm on Savantage.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2008.

Michael Handberg

# ATTACHMENT 1

Welcome to FSIO

Financial Systems Integration Office



FSIO
- About FSIO
- Contact FSIO
- Privacy Statement
- Site Map
- Links

Documents Library
- System Requirements
- Core Competencies
- Other Reports
- Exposure Drafts

FMLoB
- FMLoB Documents
- FMLoB Archive

Software Testing
- Introduction
- Archive of All Test Materials
- About the Qualification Test Process
- Benefits and Limitations of FSIO Testing
- Core Requirements
- Agency Purchase Plans
- Summary of Qualified Software
- Summary of Qualified Software Value Added Features
- Testing Related Links

Supplemental Test Information
- Reports
- Software Used for the Test
- Hardware Used for the Test

## Summary of Qualified Software Based on the Full Core and P224 Incremental Tests

| Vendor | Product | Version | Full Core Test | P224 Incremental Test |
|---|---|---|---|---|
| CGI Federal, Inc. | Momentum Financials | V6.1 | 6/12/03 | 6/12/06 |
| Digital Systems Group, Inc. | Integrated Financial Management Information Systems (IFMIS) | V6.0 | 6/25/03 | 05/31/06 |
| Digital Systems Group, Inc. | iCore | V2 | 11/19/04 | 06/28/06 |
| Oracle Corporation | Oracle E-Business | V11i.10 | 9/10/03 | 05/01/06 |
| Oracle Corporation | Oracle -> PeopleSoft Enterprise Financial Management Solutions (FMS) | V9 | 2/10/04 | 05/01/06 |
| SAP Public Services, Inc. | mySAP ERP 2005 Edition | V2005 | 6/10/03 | 03/13/06 |
| Savantage Solutions, Inc. | Altimate | V3.0 | 3/16/04 | 06/15/06 |

**Certifications issued to these qualified software products are active and will continue to be active as long as subsequent full and incremental tests are taken and passed.**

FSIO is committed to Section 508 compliance and accessibility of websites. We welcome you to contact us with any ideas or comments that may help us improve upon the accessibility and usability of our website. View the FSIO Privacy Statement

USAGov: The U.S. Government Homepage

FINANCIAL SYSTEMS INTEGRATION OFFICE

# ATTACHMENT 2

# AUTHORIZED FEDERAL SUPPLY SERVICE
# INFORMATION TECHNOLOGY SCHEDULE PRICELIST
# GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY
# EQUIPMENT, SOFTWARE AND SERVICES

| | |
|---|---|
| **SIN 132-3:** | **LEASING OF PRODUCT** |
| **SIN 132-32** | **TERM SOFTWARE LICENSES** |
| **SIN 132-33:** | **PERPETUAL SOFTWARE LICENSES** |
| **SIN 132-34:** | **MAINTENANCE OF SOFTWARE** |
| **SIN 132-51:** | **INFORMATION TECHNOLOGY (IT) PROFESSIONAL SERVICES** |

**ORACLE USA, INC.**
500 Oracle Parkway
Redwood Shores, CA 94065
703-478-9000 or 800-633-0584
**www.oracle.com**

Contract Number: GS-35F-0009T

Period Covered by Contract: October 1, 2006 – September 30, 2011

**General Services Administration**
**Federal Supply Service**

Pricelist current through Modification # PO43, dated August 7, 2007.

Products and ordering information in this Authorized FSS Information Technology Schedule Pricelist are also available on the GSA Advantage! System. Agencies can browse GSA Advantage! by accessing the Federal Supply Service's Home Page via the Internet at http://www.fss.gsa.gov/

Oracle is a registered trademark and other product names, service names or logos referenced in this Pricelist are either trademarks or registered trademarks of Oracle USA, Inc. All other names referenced in this document may be trademarks of their respective owners.

**Table 1 - Oracle Technology Program Licenses**

**Section I**

**Oracle Database**

| Database Products | Named User Plus List Price | Named User Plus GSA Price | Software Update License & Support List Price | Software Update License & Support GSA Price | Processor License List Price | Processor License GSA Price | Software Update License & Support List Price | Software Update License & Support GSA Price |
|---|---|---|---|---|---|---|---|---|
| **Oracle Database** | | | | | | | | |
| Standard Edition One [10] | 149 | 72.06 | 32.78 | 15.85 | 4,995 | 2,415.72 | 1,098.90 | 531.46 |
| Standard Edition [5] | 300 | 145.09 | 66.00 | 31.92 | 15,000 | 7,254.41 | 3,300.00 | 1,595.97 |
| Enterprise Edition [5] | 800 | 386.90 | 176.00 | 85.12 | 40,000 | 19,345.09 | 8,800.00 | 4,255.92 |
| Personal Edition [9] | 400 | 193.45 | 88.00 | 42.56 | - | | - | |
| Lite [41] | | | | | 20,000 | 9,672.54 | 4,400.00 | 2,127.96 |
| ***Enterprise Edition Options:*** [2] | | | | | | | | |
| Real Application Clusters | 400 | 193.45 | 88.00 | 42.56 | 20,000 | 9,672.54 | 4,400.00 | 2,127.96 |
| Partitioning | 200 | 96.73 | 44.00 | 21.28 | 10,000 | 4,836.27 | 2,200.00 | 1,063.98 |
| OLAP | 400 | 193.45 | 88.00 | 42.56 | 20,000 | 9,672.54 | 4,400.00 | 2,127.96 |
| Data Mining | 400 | 193.45 | 88.00 | 42.56 | 20,000 | 9,672.54 | 4,400.00 | 2,127.96 |
| Spatial | 200 | 96.73 | 44.00 | 21.28 | 10,000 | 4,836.27 | 2,200.00 | 1,063.98 |
| Advanced Security | 200 | 96.73 | 44.00 | 21.28 | 10,000 | 4,836.27 | 2,200.00 | 1,063.98 |
| Label Security | 200 | 96.73 | 44.00 | 21.28 | 10,000 | 4,836.27 | 2,200.00 | 1,063.98 |
| Content Database Suite | 1,000 | 483.63 | 220.00 | 106.40 | 50,000 | 24,181.36 | 11,000.00 | 5,319.90 |
| Records Database | 1,000 | 483.63 | 220.00 | 106.40 | 50,000 | 24,181.36 | 11,000.00 | 5,319.90 |
| Database Vault | 400 | 193.45 | 88.00 | 42.56 | 20,000 | 9,672.54 | 4,400.00 | 2,127.96 |
| Warehouse Builder Enterprise ETL | 200 | 96.73 | 44.00 | 21.28 | 10,000 | 4,836.27 | 2,200.00 | 1,063.98 |
| Warehouse Builder Data Quality | 300 | 145.09 | 66.00 | 31.92 | 15,000 | 7,254.41 | 3,300.00 | 1,595.97 |
| **Enterprise Management** | | | | | | | | |
| ***Enterprise Managers:*** [2] | | | | | | | | |
| Diagnostics Pack | 60 | 29.02 | 13.20 | 6.39 | 3,000 | 1,450.88 | 660.00 | 319.19 |
| Tuning Pack | 60 | 29.02 | 13.20 | 6.39 | 3,000 | 1,450.88 | 660.00 | 319.19 |
| Change Management Pack | 60 | 29.02 | 13.20 | 6.39 | 3,000 | 1,450.88 | 660.00 | 319.19 |
| Configuration Management Pack | 60 | 29.02 | 13.20 | 6.39 | 3,000 | 1,450.88 | 660.00 | 319.19 |
| Provisioning Pack for Database | 60 | 29.02 | 13.20 | 6.39 | 3,000 | 1,450.88 | 660.00 | 319.19 |

| | License Price List Price | License Price GSA Price | Software Update License & Support List Price | Software Update License & Support GSA Price | Licensing Metric | Minimum |
|---|---|---|---|---|---|---|
| Secure Backup | 3,000 | 1,450.88 | 660.00 | 319.19 | Per Tape Drive | - |
| Warehouse Builder Connector [40] | 20,000 | 9,672.54 | 4,400.00 | 2,127.96 | Per Warehouse Builder Connector | 1 |

| | Maximum Data Store | Named User Plus | Software Update License & Support | Processor License List Price | Processor License GSA Price | Software Update License & Support List Price | Software Update License & Support GSA Price |
|---|---|---|---|---|---|---|---|
| **TimesTen** [2] | | | | | | | |
| TimesTen In-Memory Database | ≤2 GB | - | - | 12,000 | 5,803.53 | 2,640.00 | 1,276.78 |
| | ≤ 10 GB | - | - | 18,000 | 8,705.29 | 3,960.00 | 1,915.16 |
| | ≤ 100 GB | - | - | 24,000 | 11,607.05 | 5,280.00 | 2,553.55 |
| | ≤ 1 TB | - | - | 48,000 | 23,214.11 | 10,560.00 | 5,107.10 |
| | > 1 TB | - | - | 96,000 | 46,428.21 | 21,120.00 | 10,214.21 |
| ***TimesTen In-Memory Database Options*** [2] | | | | | | | |
| Replication - TimesTen to TimesTen | ≤2 GB | - | - | 6,000 | 2,901.76 | 1,320.00 | 638.39 |
| | ≤ 10 GB | - | - | 9,000 | 4,352.64 | 1,980.00 | 957.58 |
| | ≤ 100 GB | - | - | 12,000 | 5,803.53 | 2,640.00 | 1,276.78 |
| | ≤ 1 TB | - | - | 24,000 | 11,607.05 | 5,280.00 | 2,553.55 |
| | > 1 TB | - | - | 48,000 | 23,214.11 | 10,560.00 | 5,107.10 |
| Cache Connect to Oracle | ≤2 GB | - | - | 6,000 | 2,901.76 | 1,320.00 | 638.39 |
| | ≤ 10 GB | - | - | 9,000 | 4,352.64 | 1,980.00 | 957.58 |
| | ≤ 100 GB | - | - | 12,000 | 5,803.53 | 2,640.00 | 1,276.78 |
| | ≤ 1 TB | - | - | 24,000 | 11,607.05 | 5,280.00 | 2,553.55 |
| | > 1 TB | - | - | 48,000 | 23,214.11 | 10,560.00 | 5,107.10 |
| **Berkeley Database** | | | | | | | |
| Berkeley DB - High Availability | | - | - | 8,500 | 4,110.83 | 1,870.00 | 904.38 |
| Berkeley DB - Transactional Data Store | | - | - | 5,000 | 2,418.14 | 1,100.00 | 531.99 |
| Berkeley DB - Concurrent Data Store | | - | - | 1,500 | 725.44 | 330.00 | 159.60 |
| Berkeley DB - Data Store | | - | - | 750 | 362.72 | 165.00 | 79.80 |
| Berkeley DB Java Edition - Transactional Data Store | | - | - | 5,000 | 2,418.14 | 1,100.00 | 531.99 |
| Berkeley DB Java Edition - Concurrent Data Store | | - | - | 1,500 | 725.44 | 330.00 | 159.60 |
| Berkeley DB XML - High Availability | | - | - | 12,000 | 5,803.53 | 2,640.00 | 1,276.78 |
| Berkeley DB XML - Transactional Data Store | | - | - | 7,000 | 3,385.39 | 1,540.00 | 744.79 |
| Berkeley DB XML - Concurrent Data Store | | - | - | 2,250 | 1,088.16 | 495.00 | 239.40 |
| Berkeley DB XML - Data Store | | - | - | 1,500 | 725.44 | 330.00 | 159.60 |

| Other Products | List Price | GSA Price | List Price | GSA Price | List Price | GSA Price | List Price | GSA Price |
|---|---|---|---|---|---|---|---|---|
| Secure Enterprise Search [37] | 60 | 29.02 | 13.20 | 6.39 | 30,000 | 14,508.82 | 6,600.00 | 3,191.94 |
| Audit Vault Server [46] | | - | | - | 50,000 | 24,181.36 | 11,000.00 | 5,319.90 |
| Audit Vault Collection Agent | | - | | - | 3,000 | 1,450.88 | 660.00 | 319.19 |

| | License Price List Price | License Price GSA Price | Software Update License & Support List Price | Software Update License & Support GSA Price | Licensing Metric | Minimum |
|---|---|---|---|---|---|---|
| Secure Enterprise Search Connector [43] | 30,000 | 14,508.82 | 6,600.00 | 3,191.94 | Connector | 1 |

| Integration Products | Named User Plus | Software Update License & Support | Computer License List Price | Computer License GSA Price | Software Update License & Support List Price | Software Update License & Support GSA Price |
|---|---|---|---|---|---|---|
| Open System Gateway | - | - | 15,000 | 7,254.41 | 3,300.00 | 1,595.97 |
| Mainframe Integration Gateways | - | - | 95,000 | 45,944.58 | 20,900.00 | 10,107.81 |
| Enterprise Integration Gateways | - | - | 35,000 | 16,926.95 | 7,700.00 | 3,723.93 |

| | Processor License List Price | Processor License GSA Price | Software Update License & Support List Price | Software Update License & Support GSA Price |
|---|---|---|---|---|
| Application Adapters [4] | | | | |
| Oracle Applications Adapter | 15,000 | 7,254.41 | 3,300.00 | 1,595.97 |
| Mainframe and TP-Monitor Adapters [4] | 15,000 | 7,254.41 | 3,300.00 | 1,595.97 |
| RosettaNet Adapter | 30,000 | 14,508.82 | 6,600.00 | 3,191.94 |
| EDI Adapter | 30,000 | 14,508.82 | 6,600.00 | 3,191.94 |
| Healthcare Adapter | 30,000 | 14,508.82 | 6,600.00 | 3,191.94 |
| ebXML Adapter | 30,000 | 14,508.82 | 6,600.00 | 3,191.94 |
| | 10,000 | 4,836.27 | 2,200.00 | 1,063.98 |

| | Named User Plus | | Software Update License & Support | | Processor License | | Software Update License & Support | |
|---|---|---|---|---|---|---|---|---|
| **Data Warehousing Products** | **List Price** | **GSA Price** | **List Price** | **GSA Price** | **List Price** | **GSA Price** | **List Price** | **GSA Price** |
| Express Server | 800 | 386.90 | 176.00 | 85.12 | 40,000 | 19,345.09 | 8,800.00 | 4,255.92 |
| Express Analyzer | 800 | 386.90 | 176.00 | 85.12 | - | | - | |
| Express Objects | 5,000 | 2,418.14 | 1,100.00 | 531.99 | - | | - | |
| **Rdb Products** | | | | | | | | |
| **Rdb Server Products** [30] | | | | | | | | |
| Rdb Enterprise Edition | 800 | 386.90 | 176.00 | 85.12 | 40,000 | 19,345.09 | 8,800.00 | 4,255.92 |
| CODASYL DBMS | 800 | 386.90 | 176.00 | 85.12 | - | | - | |
| **Rdb Server Options:** | | | | | | | | |
| TRACE [31, 32] | 100 | 48.36 | 22.00 | 10.64 | 5,000 | 2,418.14 | 1,100.00 | 531.99 |
| **Rdb Development, Query and Reporting Tools** | | | | | | | | |
| Programmer for Rdb [33] | 1,000 | 483.63 | 220.00 | 106.40 | - | | - | |
| CDD/ Repository | 5,000 | 2,418.14 | 1,100.00 | 531.99 | - | | - | |
| CDD/R Runtime [34] | - | | - | | 5,000 | 2,418.14 | 1,100.00 | 531.99 |

# ATTACHMENT 3

| TASC Objective from RFQ | Why illogical, misleading, or factually incorrect |
|---|---|
| 1. Eliminates reporting errors via removal of manual processes and controls | ICE's software does not have any reporting errors and already supports automated processes. |
| 2. Generates real-time interoperability within a Service Oriented Architecture (SOA) across the financial management enterprise to improve operations | The ICE's software already includes a SOA architecture. Further, it is a suite of real-time integrated applications, ensuring users have the most accurate and timely data to support operations. |
| 3. Provides a foundation for effective internal controls, standardized business processes, and data standardization to move DHS closer to a sustainable unqualified audit opinion | ICE and its customers currently follow standard business processes with built-in internal controls and standard data configurations.<br><br>ICE's software supports processes that received no material weaknesses in the last DHS audit, while TSA still had 2 material weaknesses in their last DHS audit.<br><br>The TASC contract appears to be a step back towards achieving this objective. |
| 4. Reduces maintenance costs | ICE, less than 5 years ago fully implemented its software and now in its Operational & Maintenance (O&M) stage. Over 13,000 users across DHS have been trained on the system and the Government is not charged any fees based on user headcount (unlike the applications used by TSA).<br><br>The Government's maintenance costs will go up with migration to any solution that charges the government additional license fees per user, which will be charged under the TSA model.<br><br>DHS will incur an estimated increase of approximately $5.4 million each year, if the same users are migrated to TSA's software. |
| 5. Reduces outdated, highly customized software | The ICE software is not outdated or highly customized. It is fully compliant with the FSIO certification requirements and was recently updated to support new FSIO requirements. It includes BEPEL and SOA support, the latest technologies supporting easier system integration across the enterprise, and is fully supported by the vendor. |
| 6. Provides an approved Chart of Accounts compliant with the United States Standard General Ledger (USSGL) and Office of Management and Budget (OMB) Circular A-127 | The ICE software already provides an approved Chart of Accounts compliant with the USSGL and OMB Circular A-127 requirements. |
| 7. Supports the President's Management Agenda (PMA) framework and uses an OMB-compliant accounting line. | The ICE software already supports the PMA framework, and uses an OMB compliant accounting line. |

# PLAINTIFF'S EXHIBIT NO. 2

United States Government Accountability Office

GAO

Testimony

Before the Subcommittee on Federal Financial Management, Government Information, Federal Services, and International Security, Committee on Homeland Security and Governmental Affairs, U.S. Senate

For Release on Delivery
Expected at 3:00 p.m. EDT
Thursday, June 28, 2007

# HOMELAND SECURITY

# Transforming Departmentwide Financial Management Systems Remains a Challenge

Statement of McCoy Williams
Director, Financial Management and Assurance

Keith Rhodes
Chief Technologist, Applied Research and Methods
Center for Technology and Engineering

GAO
Accountability * Integrity * Reliability

GAO-07-1041T

June 28, 2007

GAO
Accountability·Integrity·Reliability

# Highlights

Highlights of GAO-07-1041T, a testimony before the Subcommittee on Federal Financial Management, Government Information, Federal Services, and International Security, Committee on Homeland Security and Governmental Affairs, U.S. Senate

## HOMELAND SECURITY

# Transforming Departmentwide Financial Management Systems Remains a Challenge

## Why GAO Did This Study

Since 2003, when the Department of Homeland Security (DHS) began operations, it has faced the difficult challenge of bringing together 22 diverse agencies and developing an integrated financial management system to provide reliable, timely, and useful financial information. GAO's 2007 report, *Homeland Security: Departmentwide Integrated Financial Management Systems Remain a Challenge*, GAO-07-536, emphasized the key issues related to DHS attempting to transform its financial management systems.

For today's hearing, this testimony, based on GAO's recent report, (1) summarizes DHS's financial system transformation efforts, (2) points out key financial system transformation challenges at DHS, and (3) highlights the building blocks that DHS should consider to form the foundation for successful financial management system transformation efforts.

## What GAO Recommends

Though there are no recommendations in this statement, in its related report (GAO-07-536), GAO made six recommendations focused on the need for DHS to define a departmentwide financial management strategy and embrace best practices, including human capital practices, to foster its systems integration effort. DHS concurred with GAO's recommendations.

www.gao.gov/cgi-bin/getrpt?GAO-07-1041T.

To view the full product, including the scope and methodology, click on the link above. For more information, contact McCoy Williams at (202) 512-9095 or Keith Rhodes at (202) 512-6412.

## What GAO Found

DHS began implementation of the Electronically Managing Enterprise Resources for Government Effectiveness and Efficiency (eMerge$^2$) program in January 2004 to integrate financial management systems across the entire department and to address the multitude of financial management weaknesses DHS inherited. In December 2005, the DHS Chief Financial Officer (CFO) decided not to exercise the next contract option with the systems integrator, and by September 2006, DHS's new CFO stated that eMerge$^2$ was officially "dead." DHS officials have stated that about $52 million was spent on this project before it was halted but could not provide documentation to support this amount. DHS's decision to end the project before spending an estimated $229 million was prudent; however, the agency has made little progress since that time and as a result has missed an invaluable opportunity to address existing financial management problems.

While DHS officials have recognized the need for an integrated financial management system, the department has not yet developed an overall transformation strategy that includes financial management policies and procedures, standard business processes, a human capital strategy, and effective internal controls. DHS officials have acknowledged that the *Internal Controls Over Financial Reporting Playbook* issued in March 2007 has a policy and process focus and does not comprise a strategy for financial systems modernization. DHS's recently developed high-level financial management systems strategy, the *Transformation and Systems Consolidation*, focuses on leveraging existing systems investments across DHS components and is still in the early stages of development. More detailed implementation strategies will be necessary to fully address financial management system integration efforts.

Consolidating financial management systems for an entity as large and diverse as DHS poses significant management challenges. DHS also has an opportunity to reap substantial benefits by reengineering business processes and standardizing those processes in terms of both productivity gains and staff portability across the various components. Based on industry best practices, GAO has identified four key building blocks that will be critical to DHS's ability to successfully complete its financial management transformation:

- developing a concept of operations,
- defining standard business processes,
- developing a migration and/or implementation strategy for DHS components, and
- defining and effectively implementing disciplined processes necessary to properly manage the specific projects.

Fully embracing these four building blocks and human capital best practices will be critical to the success of any future financial management plan or strategy that addresses implementing and/or migrating to an integrated departmentwide financial management system at DHS.

Mr. Chairman and Members of the Subcommittee:

It is a pleasure to be here today to participate in this hearing on the Department of Homeland Security's (DHS) ongoing efforts to effectively modernize its financial management systems. Modern financial management systems are a critical component to instituting strong financial management as called for by the Chief Financial Officers (CFO) Act of 1990,[1] the Federal Financial Management Improvement Act of 1996,[2] and other legislation. Hearings such as this one today can be very useful to foster meaningful financial management reform.

Over the years, we have reported on various agencies' financial management system implementation failures. As we testified[3] in March 2006, agencies continue to struggle with developing and implementing integrated financial management systems that achieve expected functionality within cost and timeliness goals. Our recent report,[4] which was prepared at the request of this subcommittee, discusses in detail some of the most significant problems and observations we identified with DHS's financial management system modernization efforts. Since 2003, GAO has designated implementing and transforming DHS as high risk[5] because the agency has yet to implement a corrective action plan that includes a comprehensive transformation strategy, and because its management systems—especially related to financial, information, acquisition, and human capital management—are not yet integrated and wholly operational. Today, we would like to provide our perspectives on the importance of DHS following best practices in developing and implementing its financial management systems. Specifically, we would like to

[1]Pub. L. No. 101-576, 104 Stat. 2838 (Nov. 15, 1990). The Department of Homeland Security Financial Accountability Act of 2004, Pub. L. No. 108-330 § 3, 118 Stat. 1275, 1276 (Oct. 16, 2004), added DHS to the list of CFO Act agencies.

[2]Pub. L. No. 104-208, div. A., § 101(f), title VIII, 110- Stat. 3009, 3009-389 (Sept. 30, 1996).

[3]GAO, *Financial Management Systems: DHS Has an Opportunity to Incorporate Best Practices in Modernization Efforts*, GAO-06-553T (Washington, D.C.: Mar. 29, 2006).

[4]GAO, *Homeland Security: Departmentwide Integrated Financial Management Systems Remain a Challenge*, GAO-07-536 (Washington, D.C.: June 21, 2007).

[5]GAO, *High-Risk Series: An Update*, GAO-07-310 (Washington, D.C.: January 2007).

- summarize DHS's financial management systems transformation efforts,
- point out key financial management system transformation challenges at DHS, and
- highlight the building blocks that form the foundation for successful financial management system transformation efforts.

Our statement is based upon our recently issued report,[6] as well as our previous reports and testimonies, which were performed in accordance with U.S. generally accepted government auditing standards.

## Background

Since DHS began operations in March 2003, as mandated by the Homeland Security Act of 2002,[7] it has faced the daunting task of bringing together 22 diverse agencies and developing an integrated financial management system. DHS inherited many financial management weaknesses and vulnerabilities from the 22 agencies. Auditors had identified 30 reportable conditions,[8] 18 of which were considered material internal control weaknesses[9] in the components prior to the transfer to DHS. In fiscal year 2003, the DHS financial statement auditors reported 14 reportable conditions, of which 7 were considered to be material weaknesses. While incremental progress has been made, the material internal control weaknesses and financial reporting problems continued in fiscal year

[6]GAO-07-536.

[7]Pub. L. No. 107-296, 116 Stat. 2135 (Nov. 25, 2002).

[8]Under standards issued by the American Institute of Certified Public Accountants (AICPA), reportable conditions are matters coming to the auditors' attention relating to significant deficiencies in the design or operation of internal controls that, in the auditors' judgment, could adversely affect the department's ability to record, process, summarize, and report financial data consistent with the assertions of management in the financial statements. The AICPA recently revised its guidance for audits of financial statements beginning on or after December 15, 2006, to replace the term "reportable condition" with "significant deficiency."

[9]A material weakness was previously defined as a reportable condition in which the design or operation of one or more of the internal control components does not reduce to a relatively low level the risk that misstatements caused by error or fraud in amounts that would be material in relation to the financial statements being audited may occur and not be detected within a timely period by employees in the normal course of performing their assigned functions. The new definition of a material weakness is a significant deficiency, or combination of significant deficiencies, that results in more than a remote likelihood that a material misstatement of the financial statements will not be prevented or detected. According to AICPA guidance, this change is effective for audits of financial statements beginning on or after December 15, 2006.

2006. In fiscal year 2006, while the total number of reportable conditions decreased to 12, the number of material weaknesses increased to 10. Some of the more recent material weaknesses identified by the auditors include problems with fund balance with treasury, budgetary accounting, and intergovernmental balances.

In early March 2007, DHS officials issued the *Internal Controls Over Financial Reporting (ICOFR) Playbook*, a high-level plan with a stated purpose of addressing the existing internal control weaknesses. DHS officials have reported that the *ICOFR Playbook* draws from internal control best practices to establish a management control program that measures performance and provides accountability for improvement. DHS officials expect the *ICOFR Playbook* to guide DHS for the next several years through fundamental financial management improvement across the spectrum of financial activities supporting the agency's mission.

## eMerge$^2$ Project Was Unsuccessful

DHS began implementation of the Electronically Managing Enterprise Resources for Government Effectiveness and Efficiency (eMerge$^2$) program in January 2004 to integrate financial management systems across the entire department and to address the department's financial management weaknesses. eMerge$^2$ was expected to establish the strategic direction for migration, modernization, and integration of DHS financial, accounting, procurement, personnel, asset management, and travel systems, processes, and policies. In February 2005, the DHS CFO conducted a review of the eMerge$^2$ effort. DHS chose not to exercise the next contract option, and DHS's contract with Bearing Point, Inc. (Bearing Point), the systems integrator, to acquire and implement eMerge$^2$ expired in December 2005.

In March 2006, DHS's Deputy CFO testified[10] that eMerge$^2$ was taking a new direction in that the department was going to perform an assessment of existing financial management systems at the component level to determine whether internal resources could be leveraged. DHS officials also reported that they were going to review the Office of Management and Budget's (OMB) Financial Management Line of Business initiative to assess whether migration to a shared service provider was a feasible

[10]Department of Homeland Security, March 29, 2006, testimony before the House Government Reform Subcommittee on Government Management, Finance, and Accountability and the House Homeland Security Subcommittee on Management, Integration, and Oversight.

option. In March 2006, we testified[11] that DHS was at an important crossroads in implementing a financial management system, and we discussed the necessary building blocks that form the foundation for successful financial management system implementation efforts.

Finally, in September 2006, the newly appointed CFO stated that eMerge$^2$ was officially "dead." See figure 1 for a summary of the eMerge$^2$ timeline. DHS officials have stated that approximately $52 million was spent on the eMerge$^2$ project before it was halted in December 2005. DHS could not provide any documentation to support these reported costs. DHS's decision to end the project before spending an estimated $229 million on a financial management system that would not provide the expected system functionality and desired performance was prudent, and we support the decision to cut its losses. However, the agency has made little progress since that time and has missed an invaluable opportunity to address existing financial management problems.

[11]GAO-06-553T.

**Figure 1: Timeline of Key eMerge[2] Events**




**May 2004**

May 27, 2004
DHS's Management Council unanimously approves the eMerge[2] requirements as the basis for the department's integrated financial solution.

**September 2004**

September 20, 2004
DHS awards blanket purchase agreement to Bearing Point.

**November 2004**

November 29, 2004
Bearing Point begins the conference room pilot (CRP) initiative under Task Order #1, but is unable to complete it.

**December 2004**

December 20, 2004
DHS communicates concern regarding Bearing Point's continuing performance problems via a letter requesting a performance improvement plan (PIP).

**January 2005**

January 3, 2005
Bearing Point submits its written PIP.

**February 2005**

February 18, 2005
Bearing Point provides eMerge[2] Concept of Operations Document.

**December 2005**

December 18, 2005
Bearing Point contract expires.

**March 2006**

March 29, 2006
eMerge[2] takes a new direction.

**September 2006**

September 13, 2006
eMerge[2] is declared "dead" by DHS CFO.

Source: GAO.

## Financial Management Systems Transformation Efforts Are Incomplete

While DHS officials have recognized the need for an integrated financial management system, the department has not developed an overall financial management transformation strategy that includes financial management policies and procedures, standard business processes, a human capital strategy, and effective internal controls. DHS officials have acknowledged that the *ICOFR Playbook* has a policy and process focus and does not comprise a strategy for financial systems modernization. DHS's high-level financial management systems strategy, *Transformation and Systems Consolidation* (TASC), focuses on leveraging existing systems investments across DHS components, and is still in the early stages of development. More detailed implementation strategies will be necessary to fully address financial management system integration efforts.

DHS recently provided us with its high-level strategy—TASC—which calls for DHS to consolidate its financial management systems into one of two models: the Transportation Security Administration (TSA) systems model or the U.S. Customs and Border Protection (CBP) systems model, which the department refers to as shared baselines. Some of the main objectives of this strategy are to realize cost savings and operational efficiencies, reduce the number of financial systems, and ensure that internal controls are embedded in these financial systems. DHS and OMB officials told us that OMB approved DHS's decision to rely on its in-house core financial management operations.

Our concern is that the components where the proposed shared baselines are currently in use have numerous financial management weaknesses and consequently do not appear to be good candidates to be the models for an entity with an annual budget in excess of $40 billion. For example, the financial statement auditors for TSA reported[12] that TSA—which is serviced by the Coast Guard—was unable to provide sufficient evidential matter or make knowledgeable representations to support fiscal year 2005 and 2006 transactions and account balances, particularly for budgetary accounting and undelivered orders and property, plant, and equipment, among others. While DHS officials have stated that TSA's audit shortcomings were centered on policies and procedures and are not systems-oriented problems, our analysis of the auditor's report indicated that the problems were broad based. As DHS has recognized, success in

[12]Department of Homeland Security, *Performance and Accountability Report Fiscal Year 2006* (Washington, D.C.: November 2006).

financial management rests upon a comprehensive framework of people, policies, processes, systems, and assurance. Accordingly, it is imperative that DHS fully understands the policy and procedures weaknesses at TSA in order to prevent such weaknesses from affecting subsequent users.

In addition, the TASC strategy document and other draft documents DHS recently provided to us are incomplete. The documents provide a high-level perspective of the systems comprising the TSA shared baseline and broad time frames for migrating various DHS components. Much more detailed planning is needed to ensure that DHS has a solid foundation and road map for this transformation effort. For example, it is not clear which DHS component is expected to host[13] the TSA shared baseline and what other services will be provided. Issues related to how this change will affect DHS's human capital are not yet addressed. Further, the TASC strategy does not address the CBP baseline nor, most importantly, how these various systems will ultimately be unified for departmentwide information needs. Much more detail is needed to provide a financial management strategy or plan for integrating and modernizing DHS's financial management systems.

Moreover, we would like to highlight the need for a close interrelationship between TASC and the *ICOFR Playbook*. The *ICOFR Playbook* calls for policies and procedures to be developed in a variety of financial management areas, such as intragovernmental transactions; legal and other liabilities; budgetary accounting; property, plant, and equipment; and operating materials and supplies. It is important that these policies and procedures be embedded in the financial systems that are discussed in TASC so that rework is minimized. While the *ICOFR Playbook* in particular continues to focus primarily on getting a "clean" audit opinion on DHS's annual financial statements, getting a "clean" audit opinion, although important, is not the end goal. The end goal is to establish a fully functioning CFO operation that includes (1) modern financial systems that provide reliable, timely, and useful information to support day-to-day decision making and oversight and for the systematic measurement of performance; (2) a cadre of highly qualified senior-level and supporting staff; and (3) sound internal controls that safeguard assets and ensure proper accountability. Ultimately, DHS must be able to provide reliable,

[13]Information technology hosting involves providing secure facility space, networks, and hardware to host software applications and providing the necessary personnel to operate this secure environment.

useful, and timely financial management information so that DHS leadership and the Congress are well positioned to make fully informed decisions to secure America's homeland.

## Four Key Building Blocks and Effective Human Capital Management Must Drive DHS's Financial Management Transformation Efforts

Mr. Chairman, at this time I would like to point out that based on industry best practices, we have identified four key building blocks that will be critical to DHS's ability to successfully complete its financial transformation. Our March 2006 testimony[14] and, more recently, our report for this subcommittee,[15] pointed out that careful consideration of these four concepts, each one building upon the next, will be integral to the success of DHS's strategy. The four concepts are (1) developing a concept of operations, (2) defining standard business processes, (3) developing a migration and/or implementation strategy for DHS components, and (4) defining and effectively implementing disciplined processes necessary to properly manage the specific projects. Fully embracing these four building blocks and human capital best practices will be critical to the success of any future financial management system plan or strategy for transforming departmentwide financial management systems at DHS. We have continued to refine these key issues to ensure they remain closely aligned with DHS's stated approach—most recently, the department's TASC strategy.

DHS also has an opportunity to reap substantial benefits by reengineering business processes and standardizing those processes to realize productivity gains and staff portability across the various components. In addition, identifying staff with the requisite skills to implement such systems and identifying gaps in needed staff skills and filling them are necessary to successfully implementing and operating a new financial management system. Any DHS financial management system transformation plan or strategy will be inherently complex and challenging, making the adoption of best practices even more important for this undertaking. Table 1 highlights the key issues to be considered for each of the four areas.

[14]GAO-06-553T.

[15]GAO-07-536.

**Table 1: Key Issues for DHS to Consider Based on the Four Building Blocks**

| Building block | Key issues |
|---|---|
| *Concept of operations*: Describe systems characteristics for a proposed system from a user's perspective | • Define how DHS's day-to-day financial management operations are and will be carried out to meet mission needs.<br>• Clarify which component and departmentwide systems are considered financial management systems.<br>• Include a transition strategy that is useful for developing an understanding of how and when changes will occur.<br>• Develop an approach for obtaining reliable information on the costs of its financial management systems investments.<br>• Link DHS's concept of operations to its enterprise architecture. |
| *Standard business process*: Identify preferred business processes to standardize applications and training and portability of staff | • Assign responsibility for developing departmentwide standard business processes that meet the needs of its component agencies.<br>• Develop an approach to encourage agencies to adopt new processes rather than selecting other methods that simply automate old ways of doing business.<br>• Provide a foundation for component efforts to describe the business processes needed for unique missions, or develop subprocesses to support those at the departmentwide level. |
| *Strategy for implementing the shared baseline approach*: Utilize a detailed plan to consolidate financial management operations | • Develop specific criteria for requiring component agencies to migrate to one of the shared baselines rather than attempting to develop and implement their own stovepiped business systems.<br>• Provide the necessary information for a component agency to make a selection of a shared baseline system.<br>• Define and instill new values, norms, and behaviors within component agencies that support new ways of doing work and overcoming resistance to change.<br>• Build consensus among customers and stakeholders on specific changes designed to better meet their needs.<br>• Plan, test, and implement all aspects of the transition from one organizational structure and business process to another. |
| *Disciplined processes*: Reduce development time and enhance effectiveness by adopting industry standards and best practices | • Incorporate industry standards and best practices into DHS-wide guidance related to financial management systems implementation efforts.<br>• Take actions to reduce risks and costs associated with data conversion and interface efforts.<br>• Adopt an oversight process to ensure that modernization efforts effectively implement the prescribed policies and procedures. |

Source: GAO.

As we previously stated, effective human capital management is critical to the success of any transformation effort. We reported in our *Executive Guide: Creating Value Through World-class Financial Management*[16] that having staff with the appropriate skills is key to achieving financial

[16]GAO/AIMD-00-134.

management improvements, and managing an organization's employees is essential to achieving results. Strategic human capital management for financial management projects includes organizational planning, staff acquisition, and team development. The independent public accountants who conducted DHS's fiscal year 2006 audit have stated that many of the department's difficulties in financial management and reporting can be attributed to the original stand-up of a large, new, and complex executive branch agency without adequate organizational expertise in financial management and accounting. Moreover, DHS's Resource Management Transformation Office officials have stated that because of staffing shortages, outside contractors are currently performing some of the financial management activities or duties that internal DHS staff would normally perform. Some of the most pressing human capital challenges at DHS include (1) successfully completing its ongoing transformation; (2) forging a unified results-oriented culture across the department; (3) obtaining, developing, providing incentives to, and retaining needed talent; and (4) most importantly, maintaining leadership at the top, to include a chief operating officer or chief management officer.

Having adequate and sufficient human resources with the requisite training and experience to successfully implement a financial management system is a critical success factor. Strategic human capital planning is necessary for all stages of a financial systems implementation. Agencies across the federal government face the challenge of sustaining the momentum of transformation because of the limited tenure of key administration officials. Managing the transformation of financial management systems at an organization the size and complexity of DHS requires comprehensive coordinated planning and integration of key management functions across all components of the department.

In our related report, released today, we made six recommendations focused on the need for DHS to develop a financial management plan or strategy and to fully adopt the building blocks and human capital practices that are vital to minimizing the risk related to modernizing its financial management systems. In written comments on a draft of this report, DHS concurred with our recommendations and described the approach and steps that are planned to improve DHS's financial management systems.

## Concluding Observations

GAO and others have found that the key to implementing systems that meet cost, schedule, and performance objectives is to have effectively implemented the disciplined processes necessary to reduce risks to acceptable levels. Ending eMerge[2] was a prudent decision; however, we

are concerned that DHS still lacks a clearly defined financial management strategy or financial management system implementation effort to even begin to address the integration and transformation issues highlighted in our most recent high-risk report.

Given that DHS is one of the largest and most complex executive branch agencies in the federal government, developing, operating, maintaining, and transforming its financial management systems represent a monumental challenge. This challenge is compounded by the relatively recent creation of DHS and the poor condition of the range of legacy financial and related business systems it inherited. Critical success factors for DHS's transformation efforts will include using the four building blocks and human capital best practices to provide reasonable assurance that the risks associated with implementing a departmentwide integrated financial management system are minimized. If properly implemented, the recommendations included in our related report released today, which are based on best practices, will help reduce the risk associated with a project of this magnitude and importance to an acceptable level. Otherwise, DHS runs the risk of repeating the failure of eMerge[2]. At the request of this subcommittee, this testimony summarizes the results of our first review of DHS's financial management transformation efforts. We look forward to continuing to work with you as we continue to monitor DHS's efforts to transform its financial management systems. As DHS moves forward, your subcommittee's continuing efforts to oversee the status of this transformation will be critical to its success.

Mr. Chairman, this concludes our prepared statement. We will be happy to respond to any questions you or other members of the subcommittee may have at this time.

## Contacts and Acknowledgments

For information about this statement, please contact McCoy Williams, Director, Financial Management and Assurance, at (202) 512-9095 or williamsm1@gao.gov, or Keith A. Rhodes, Chief Technologist, Applied Research and Methods, Center for Engineering and Technology, at (202) 512-6412 or rhodesk@gao.gov. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this testimony. Individuals who made key contributions to this testimony include Kay Daly, Assistant Director; Chris Martin, Senior Level Technologist; Felicia Brooks; Francine Delvecchio; and Chanetta Reed.

# PLAINTIFF'S EXHIBIT NO. 3

## Effectiveness of Internal Control Over Operations

DHS efforts for effectiveness of internal control over operations focused on developing corrective action plans. Most notably, the Department expanded its financial reporting corrective action planning process to support the Under Secretary for Management organization in unifying plans to strengthen DHS operations and management in the core focus areas of:

- Acquisition Management;
- Human Capital Management;
- Security Management;
- Information Technology Management; and
- Long Term Strategic Planning and Outcome Based Management.

This effort will be another significant step in the maturation of the Department. Our FY 2008 goal for internal control over operations is to implement a single, comprehensive, and integrated management approach to organize and focus all Department-wide internal control efforts.

## Federal Financial Management Improvement Act

The Federal Financial Management Improvement Act of 1996 (FFMIA) requires Federal agencies to implement and maintain financial management systems that comply substantially with:

- Federal financial management system requirements;
- Applicable Federal accounting standards; and
- The U.S. Standard General Ledger at the transaction level.

In assessing compliance with FFMIA, DHS utilizes OMB guidance and considers the results of the OIG, annual financial statement audits, and Federal Information Security Management Act (FISMA) compliance reviews. As reported in the Secretary's Management Assurance Statements, DHS financial management systems do not substantially conform to government-wide requirements. However, significant consolidation efforts are in progress to modernize, certify, and accredit all financial management systems in accordance with FISMA.

### Financial Management Systems Framework

The President's Management Agenda: The President's Management Agenda (PMA) specifies that a clean financial audit and timely, useful, and reliable financial information are critical to improving financial and budget management performance government-wide. In support of these PMA objectives, the DHS Office of the Chief Financial Officer (OCFO) has undertaken a Department wide initiative to consolidate the financial management systems that support the Component agencies. A top priority for the OCFO, this initiative is part of the strategic DHS financial management framework that addresses a full range of issues in the areas of people, policy, process, systems, and assurance to achieve the goals of the PMA and the Department.

Financial Management Systems Strategy and Vision: In September 2006, the Department prudently ended its previous systems improvement effort, eMerge². The Department determined that rather than build a new system from scratch (the eMerge² strategy), it should leverage existing system

investments with proven audit success. This effort, called the Transformation and Systems Consolidation (TASC) initiative, plans to consolidate financial systems by migrating Components to one of the two DHS Financial System Integration Office (FSIO) certified financial systems – Oracle Federal Financials and Systems Applications Products (SAP). TASC will consolidate over 97 percent of DHS to these two baselines by FY 2011. Following completion of the consolidation plan to two systems, a single Baseline will be chosen as the Department standard. The Department is committed to a single Baseline as the end state for its financial management needs.

TASC is a joint effort between the Department's Office of the Chief Financial Officer and Office of the Chief Information Officer. OMB reviewed the TASC strategy in March, 2007 and the TASC expenditure plan was submitted to Congress in April, 2007. The Chief Financial Officer and Chief Information Officer testified before Congress regarding this initiative on June 28, 2007.

Analysis of Alternatives: The TASC approach was carefully developed after a thorough business and alternatives analysis of the five primary software applications in the Department's inventory. From this analysis, it was determined that moving to two systems - Oracle Federal Financials, used at the Transportation Security Administration (TSA), and SAP, used at Customs and Border Protection (CBP) – is the most cost-effective, strategic solution. The TASC Oracle Baseline offers a suite of industry-recognized tools including Oracle Federal Financials, Compusearch PRISM, Sunflower Assets, and 170 Systems' MarkView.

The TASC SAP Baseline similarly offers an integrated suite of tools for comprehensive financial management. SAP is widely implemented across the Federal environment including multiple implementations in the Department of Defense, NASA, and the Department of the Interior. These standards-based software applications meet financial business requirements, are scalable, and are proven within the DHS operating environment. Each Component migration brings the Department closer to achieving a clean audit opinion.

Migration Plan: The migration process involves a systematic, phased approach whereby smaller Components will migrate first. Phased migrations promote greater understanding of the Components' business processes and provide for flexibility in sequencing Component migrations. Furthermore, because the Department has already successfully migrated TSA, DNDO, and the Federal Air Marshal Service (FAMS) to Oracle, DHS will be repeating proven and successful migration processes while using lessons learned from these migrations for future migrations.

Benefits and Compliance: By consolidating to fewer systems, DHS will leverage its investment across Components to provide more robust financial management and become a more accountable steward of taxpayer dollars. The TASC initiative facilitates compliance with applicable Federal laws and regulations and satisfies the requirements of the PMA for improving financial and budget management government-wide by:

- Supporting an OMB-compliant accounting line to provide DHS decision makers with more accurate, timely, and reliable information;
- Strengthening Department-wide financial accountability, moving DHS closer to a sustainable clean audit opinion;
- Providing the foundation for effective internal controls and segregation of duties supported by a compliant software baseline;
- Eliminating reporting errors via the removal of manual processes and controls;

- Utilizing real-time interoperability to streamline reporting across the financial management enterprise;
- Supporting an approved Chart of Accounts compliant with the United States Standard General Ledger (USSGL) and OMB Circular A-127;
- Ensuring compliance with the National Institute of Standards and Technology Special Publication 800-53 – Recommended Security Controls for Federal Information Systems and the GAO's Federal Information System Controls Audit Manual;
- Achieving FMLoB compliance by standardizing data collection and transaction processes throughout the organization;
- Supporting robust reporting requirements and enabling the Secretary's Priority 12.2 to unify IT infrastructure;
- Minimizing the information security risks by consolidating from seven to two financial systems. Eliminating five financial management systems will better enable the Department to meet the PMA, FISMA and FFMIA. Central control will ensure that transaction processing occurs in a secure environment;
- Supporting information security requirements through the use of a single sign-on feature (cross-functional, cross-system interactions will not require the end-user to log on to each system) with regular security upgrades/patches built into the underlying Government Off-the-Shelf and Custom Off-the-Shelf suite of applications;
- Providing optimal mission support through efficient finance, procurement, and asset management operations and business processes; and
- Integrating with Department-wide initiatives, such as the PMA's e-Gov Travel.

In support of the PMA, the OCFO is undertaking a Department-wide initiative to improve financial management operations. With the TASC Initiative, the OCFO is leveraging proven systems that currently exist in the Department to increase efficiencies, save taxpayer dollars, and support a clean audit opinion. Utilizing an effective phased and repeatable migration process that incorporates lessons learned and focuses on compliance, the OCFO is taking a proven approach to meeting the PMA and Department's goals.

## Federal Information Security Management Act (FISMA)

The E-Government Act of 2002 (Public Law 107-347) Title III FISMA provides a framework to ensure the effectiveness of security controls over information resources that support Federal operations and assets. FISMA provides a statutory definition for information security.

The U.S. Department of Homeland Security *2007 Federal Information Security Management Act (FISMA) Report and Privacy Management Report* consolidated reports from three DHS offices:

- Chief Information Officer (CIO) / Chief Information Security Officer (CISO);
- Inspector General (OIG); and
- Privacy Office.

In FY 2007, the Department continued to implement improvements to the DHS information system security program, and the CIO documented improvements in the following areas of FISMA:

- Department Oversight;

# PLAINTIFF'S EXHIBIT NO. 4

savantage solutions
1355 Piccard Drive, Suite 425
Rockville, MD 20850

May 15, 2007

Mr. Alex Keenan
Chief Financial Officer
Office of the Chief Financial Officer
United States Immigration & Customs Enforcement (ICE) HQ
425 I Street NW
Suite 7006
Washington DC 20536

Dear Mr. Keenan,

I am writing regarding your recent announcement that ICE plans to implement a new financial system. Savantage has been the financial systems COTS vendor and systems integrator for ICE (as well as the former INS) for many years. We were with the Department of Homeland Security from its very beginnings, and our history with its component entities go back over ten years. We have been a critical partner with ICE in creating the "culture of financial accountability" at ICE that you rightfully attribute to the solid foundation you have for your long term vision. Since your decision may have a significant impact on our business, we want to make sure we understand the rationale for your policy decision and clarify for you the role that we have had in building ICE into a strong financial services provider.

We understand your goal at ICE is to expand beyond compliance to strengthening other core financial capabilities. To achieve this goal, you stated that you need to "update financial systems…to Federally compliant and competitive standards." Regarding Federal compliance, FFMS, the financial system currently used by ICE and developed by Savantage, is a FSIO certified system. FFMS is a real-time system, providing thousands of users nation-wide with instantaneous access to financial data the very moment a financial transaction is processed. It is built on Oracle tools, which greatly reduces the risk of any technological incompatibility or obsolescence and in effect, should completely mitigate any concerns you have regarding competitive standards. As long as ICE invests in Oracle platform upgrades (as customers of products based on Oracle platforms do globally to retain a product's technological feasibility), it will never be technologically obsolete. FFMS is also already integrated with the National Finance Center's payroll system, as well as the DHS e-travel systems. An integration with the DHS procurement solution, PRISM, has also been developed, per DHS IG and auditor recommendations, and is currently pending deployment. **In summary, FFMS is a FSIO / JFMIP-certified, real-time, end-to-end integrated Oracle-based enterprise solution already in place at your agency. It is not a Federally non-compliant legacy system that is technologically obsolete, nor is it unable to provide timely, accurate information to users.**

We certainly share your long-term vision for the OCFO; however, we are confused why you would invest resources and funding in migrating from a fully Federally compliant, fully scalable, real-time system, which the agency deployed nation-wide to thousands of users as recently as late 2002, rather than leveraging and maximizing this investment worth tens of millions of dollars to meet ongoing financial management needs. We are not aware of any other Federal financial system implementation in

savantage solutions

government where an agency has implemented a real-time Oracle-based FSIO/JFMIP-certified financial system nation-wide, only to develop plans to replace it in less than five years.

FFMS has been reviewed and audited by a number of external parties over the years, and has repeatedly been validated for its JFMIP compliance, scalability, and extensive core capabilities to support the DHS financial system requirements. An SAIC report in 2002 ranked FFMS as one of the top two choices for financial systems within DHS for use by service providers. An IBM report in 2003, comparing FFMS to the former legacy FFS system at CBP, ranked FFMS highly for JFMIP and SGL compliance and scalability. A DHS IG audit report in 2005 reiterated FFMS' JFMIP compliance, reported no findings or shortcomings with FFMS' capabilities, and recommended improvements in software configuration, more training investments, and integration of FFMS with the DHS procurement system. **Further, FFMS also has a track record for supporting clean audit opinions – following FFMS implementation, the former INS received its first ever clean audit opinion on all statements in 2001, and continued that standing for a number of years until the agency's dissolution.**

Regarding competitive standards, we would like to know how "competitive basis" for this policy direction was determined. Savantage is a woman-owned, small Maryland business. Although we do not have the same market presence as some of our far better known competitors, such as Oracle and SAP, we have certainly proven our capability to meet the competitive standards that exist in the federal financial management market. However, we have not seen reference to "competitive standards" as a basis for evaluations in the guidance documents for OMB's Financial Management Line of Business (FMLOB) initiative that directs agencies to discontinue an already implemented FSIO / JFMIP-certified system simply because the COTS vendor is a small business. Rather, the FMLOB initiative is specifically designed to encourage agencies that have already invested in successful financial system implementations (such as ICE) to maximize their investments by bringing on new agencies as customers, as ICE has done with its five customer agencies. This is why shared service providers such as Department of Transportation, which started their Oracle Financials implementation back in 1997 (the same year the former INS started implementing FFMS), today supports 10+ other small to medium sized agencies as customers.

Given this context, we are very concerned by this new policy initiative launched by your office. We have had a very long and successful partnership with ICE, and we would like to continue to work with you to make ICE and the components successful. We believe many of the recent financial management challenges ICE and the components have experienced in recent years were not "financial system" problems, but rather very significant management problems, such as lack of resources and training.

Furthermore, I am very concerned that you would make a public announcement declaring my company's system non-compliant without providing due notice to us. Such public dissemination of inaccurate information is harmful to my business and our reputation.

Based on these concerns, it is imperative that I meet with you to discuss this issue as soon as possible. I will be calling your office today to schedule a meeting. Thank you and I look forward to speaking with you.

Sincerely,
Lisa Kazor
Lisa R Kazor
President and CEO
Savantage Solutions Inc.

# PLAINTIFF'S EXHIBIT NO. 5

**Transformation and Systems Consolidation (TASC)**
**HSHQDC-08-Q-00018**

## EXHIBIT C—DESCRIPTION/SPECIFICATIONS/STATEMENT OF OBJECTIVES

The Statement of Objectives (SOO) provides the Government's overall objectives and performance requirements for this solicitation. Offerors shall use the SOO with other applicable portions of this RFQ, as the basis for preparing their quote which shall include a Performance Work Statement (PWS), Quality Assurance Surveillance Plan (QASP), Work Breakdown Structure (WBS), etc. The Contractor shall ensure all aspects of the SOO are addressed. The PWS shall specify in clear terms the work to be done in order for the Contractor to provide the services which fulfill the Government's requirements.

## C.1 BACKGROUND

The Department of Homeland Security (DHS) was officially created in January 2003 as a means to merge 22 disparate agencies comprised of 180,000 employees into one cabinet-level department. The majority of the 180,000 employees transferred into the new department on March 1, 2003.

At its formation, one of the main objectives of DHS was to consolidate the mission support systems of the entire Department to realize cost benefits and operational efficiencies. The Chief Procurement Officer, the Chief Administrative Officer, the Chief Information Officer and the Chief Financial Officer have outlined long term strategic goals to achieve efficiencies in their business processes and the systems used throughout the department. In coordination with the aforementioned senior leaders, the Resource Management Transformation Office (RMTO) in the OCFO provides the program management and oversight of the *Transformation and Systems Consolidation* (TASC) initiative that will begin implementing changes to achieve these goals.

The mission for financial managers in the DHS Office of the Chief Financial Officer (OCFO) is to produce timely, accurate and useful financial information and to ensure the integrity of internal controls. Success in achieving these goals rests upon a framework of people, policy, process, systems and assurance, and balance must exist among them.

The financial management goals of DHS are to make measurable and demonstrable progress to:

1) Gain greater visibility into the Department's financial activities through timely, accurate, and useful financial-related data;
2) Improve systems and processes that can be validated through a clean audit opinion;
3) Provide reasonable assurance about our internal controls over financial reporting;
4) Integrate the budget process with the policy and planning;
5) Support the Office of the Chief Information Officer (OCIO), Office of the Chief Procurement Officer (OCPO), Office of the Chief Human Capital Officer (OCHCO), and Office of the Chief Administrative Officer (OCAO) though the integration and standardization of our resource management systems; and
6) Provide efficient financial management services.

**Transformation and Systems Consolidation (TASC)**
**HSHQDC-08-Q-00018**

The mission for contracting officers in DHS is to procure best value goods and services in a manner that satisfies the customer in terms of cost, quality, and timeliness; conduct business with integrity, fairness, openness; and fulfill public policy objectives. The acquisition management goals of DHS are to make measurable and demonstrable progress to:

1) Build the DHS acquisition workforce;
2) Make good business deals; and
3) Perform effective contract administration.

The current acquisition management systems at DHS are not standardized and present challenges to the Department's vision for the future of acquisition management.

DHS Components currently use multiple acquisition management systems including:

- PRISM (Enterprise PRISM Instance) used by Office of Procurement Operations (OPO), DNDO, ICE, and USCIS;
- USCG's instance of PRISM used by USCG and TSA;
- USSS's instance of PRISM;
- Prodoc and Protrac used by FEMA;
- Procurement Desktop used by FLETC;
- Ipro used by CBP.

The effort to form a single, consolidated personal property management information system is consistent with OCAO's vision to provide efficient and effective administrative services across the Department through collaboration and shared accountability for the mission support systems and processes that enable the Department to fulfill its mission.

The current financial management systems at DHS are outdated, not cost effective and present significant obstacles to the Department's vision for the future of financial management. Since DHS currently employs a decentralized financial management model, the cost of improvements is multiplied across the Components. These costs are compounded by the ongoing need to enhance each Component's financial management system for common interfaces. In addition, each Component bears redundant infrastructure costs (e.g., hardware, software licenses, hosting), ongoing maintenance costs and production support costs (e.g., help desk, end user training, and systems administrator training).

DHS Components currently use multiple core financial management systems including:

1) Federal Financial Management System (FFMS) used by:
    - Immigration and Customs Enforcement (ICE)
    - U.S. Citizenship and Immigration Services (USCIS)
    - National Protection and Programs Directorate (NPPD)
    - Science & Technology (S&T) Directorate

- Office of Health Affairs (OHA)
- Office of the Secretary & Under Secretary for Management (DHS HQ)

2) Oracle Federal Financials Core Accounting Systems (CAS):
   - United States Coast Guard (USCG) operating the CAS suite of applications
   - Transportation Security Administration (TSA) and the Domestic Nuclear Detection Office (DNDO) being serviced by the Coast Guard on CAS under a separate set of books for each Component
   - U.S. Secret Service (USSS) operating the TOPS suite of applications

3) SAP used by Customs & Border Protection (CBP)

4) Integrated Financial Management Information Systems (IFMIS) used by the Federal Emergency Management Agency (FEMA)

5) Momentum used by the Federal Law Enforcement Training Center (FLETC)

Rather than pursue the acquisition, configuration, and implementation of a new system, DHS will leverage two existing enterprise Shared Baselines:

1) *TASC Oracle Baseline,* an Oracle Federal Financials (OFF) system used by TSA and DNDO that integrates with Compusearch PRISM and Sunflower Assets
2) TASC *SAP Baseline,* an SAP-based integrated system used by CBP

This plan begins with the re-hosting and migration of Components and through a repeatable methodology and lessons learned continues to build upon those successes. Over the next several years, the Department will strive to migrate the majority of DHS Components onto these Shared Baselines. As a result, Components will be able to leverage standardized business processes while using configurations that support their unique business requirements. After the completion of this consolidation plan, a single Baseline will be chosen as part of the second phase. Migration onto a single Baseline will then be planned and implemented. The Department is committed to a single Baseline as the end state for its financial management needs.

TASC overall meets DHS' requirements to provide better mission support through efficient integration of financial, accounting, procurement and asset management operations and moves DHS closer to a sustainable, unqualified audit opinion. This approach allows DHS to leverage investments across Components and provide more robust financial management systems resulting in effective stewardship of taxpayer dollars. Major systems integration initiatives such as E-Gov Travel Service and Grants Management need only be performed for the Shared Baselines rather than the disparate Component financial systems.

TASC meets the following DHS objectives:

1) Eliminates reporting errors via removal of manual processes and controls;

2) Generates real-time interoperability within a Service Oriented Architecture (SOA) across the financial management enterprise to improve operations;
3) Provides a foundation for effective internal controls, standardized business processes, and data standardization to move DHS closer to a sustainable unqualified audit opinion;
4) Reduces maintenance costs;
5) Reduces outdated, highly customized software;
6) Provides an approved Chart of Accounts compliant with the United States Standard General Ledger (USSGL) and Office of Management and Budget (OMB) Circular A-127; and
7) Supports the President's Management Agenda (PMA) framework and uses an OMB-compliant accounting line.

In addition, utilizing Shared Baselines allow DHS to migrate Component agencies in a phased approach beginning with the migration of small Components within the DHS such as OHA and S&T and concluding with larger Component migrations such as USCIS & ICE.

The Components to be migrated are prioritized below:

- OHA
- S&T
- DHS HQ
- NPPD
- USCIS
- ICE

## C.2 SCOPE AND PURPOSE

Although SAP is one of the two approved DHS financial management Baselines, this task order focuses on activities that pertain to the TASC Oracle Baseline that currently supports TSA and DNDO. The TASC Oracle Baseline consists of many Commercial Off-The-Shelf (COTS) applications including Oracle Federal Financials, PRISM, Sunflower, MarkView, Informatica and Government Off-The Shelf (GOTS) applications including the Finance and Procurement Desktop (FPD) and single sign-on (SSO) tools.

DHS intends to establish the TASC Oracle Baseline as a services platform to support DHS components migrated from their existing financial management systems. The TASC Oracle Baseline is a common, shared suite of integrated applications constructed on an SOA, which incorporates applications selected by the Chief Procurement and Chief Administrative Officers, and conforms to DHS and the OMB guidelines. This task order will require a contractor (Solutions Architect) to: 1) Stand up the TASC Oracle Baseline in a DHS provided hosted facility; 2) Re-host TSA and DNDO onto the TASC Oracle Baseline; 3) Design Interfaces between the TASC Oracle Baseline and DHS Enterprise Applications; 4) Develop Interfaces

# PLAINTIFF'S EXHIBIT NO. 6

EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

OFFICE OF FEDERAL
PROCUREMENT POLICY

November 28, 2007

MEMORANDUM FOR CHIEF ACQUISITION OFFICERS
SENIOR PROCUREMENT EXECUTIVES

FROM: Paul A. Denett
Administrator

SUBJECT: Appropriate Use of Brand Name or Equal Purchase Descriptions

The Office of Management and Budget (OMB) issued policy memorandums in April 2005 and April 2006, implementing brand name posting requirements for acquisitions (including simplified acquisitions and sole source procurements) over $25,000. The Federal Acquisition Regulation (FAR) was revised in September 2006 to incorporate this new policy. However, we are concerned that agencies are not preparing and posting the brand name justification or documentation in accordance with the new FAR requirements. Complaints have also been received by this office on the inappropriate use of brand name or equal purchase descriptions in solicitations. Agencies are reminded that the FAR provides the following guidance on the use of brand name or equal purchase descriptions:

- Ensure acquisition planning addresses *why* the capability or performance characteristics for the supplies or services are not available for incorporation in the solicitation, see FAR 7.105;
- Conduct market research to ensure the brand name or equal specification solicited is the only brand that can meet agency needs, see FAR 10.001;
- Advise program officials and requiring officials on the appropriate use of brand name or equal purchase descriptions in solicitations, see FAR 11.104(b); and
- Prepare and publicize the brand name justification or documentation on the appropriate website in accordance with FAR 5.102(a)(6) and 8.405-6.

To enhance transparency and competition, agencies should also establish internal controls to monitor the issuance of brand name purchase descriptions and the publication of the justification or documentation in accordance with the FAR.

Brand name or equal purchase descriptions should be properly used. Misuse of these purchase descriptions can limit competition, impact prices, and ultimately, affect how taxpayer dollars are spent. If you have any questions regarding this memorandum, please contact Julia Wise on (202) 395-7561 or jwise@omb.eop.gov.

# PLAINTIFF'S EXHIBIT NO. 7

# DEPARTMENT OF HOMELAND SECURITY

## Office of Inspector General

# Independent Auditors' Report on DHS' FY 2007 Financial Statements

OIG-08-12

November 2007

*Office of Inspector General*

**U.S. Department of Homeland Security**
*Washington, DC 20528*

Homeland Security

Preface

The Department of Homeland Security (DHS) Office of Inspector General (OIG) was established by the Homeland Security Act of 2002 (*Public Law 107-296*) by amendment to the *Inspector General Act of 1978*. This is one of a series of audit, inspection, and special reports prepared as part of our oversight responsibilities to promote economy, efficiency, and effectiveness within the department.

The attached report presents financial information excerpted from DHS' *Annual Financial Report* (AFR) and the results of the DHS financial statement audits for fiscal year (FY) 2007 and FY 2006. We contracted with the independent public accounting firm KPMG LLP (KPMG) to perform the audits. The contract required that KPMG perform its audits according to generally accepted government auditing standards and guidance from the Office of Management and Budget and the Government Accountability Office. KPMG was unable to provide an opinion on DHS' balance sheet as of September 30, 2007 and 2006. The FY 2007 auditor's report discusses eight significant deficiencies, seven of which are considered material weaknesses in internal control, and eight instances of noncompliance with laws and regulations. KPMG is responsible for the attached auditor's report dated November 15, 2007, and the conclusions expressed in the report. We do not express opinions on DHS' financial statements or internal control or conclusions on compliance with laws and regulations.

The recommendations herein have been discussed in draft with those responsible for implementation. It is our hope that this report will result in more effective, efficient, and economical operations. We express our appreciation to all of those who contributed to the preparation of this report.

Richard L. Skinner
Inspector General

# Independent Auditor's Report on DHS' FY 2007 Financial Statements

## Table of Contents


| Description | Page Number |
|---|---|
| Department of Homeland Security, Office of Inspector General Transmittal Letter | 1-3 |
| Independent Auditor's Report | 1-8 |
| Introduction to Exhibits on Internal Control and Compliance and Other Maters | i.1 |
| Exhibit I - Material Weaknesses in Internal Control – U.S. Coast Guard | I.1-16 |
| Exhibit II – Material Weaknesses – DHS Civilian Components | II.1-20 |
| Exhibit III – Significant Deficiency – DHS Civilian Components | III.1-2 |
| Exhibit IV – Compliance and Other Matters | IV.1-5 |
| Exhibit V – Status of Prior Year Findings | V.1-10 |
| Management Response | Unnumbered |

*Office of Inspector General*

**U.S. Department of Homeland Security**
Washington, DC 20528

Homeland Security

NOV 1 5 2007

MEMORANDUM FOR: The Honorable Michael Chertoff
Secretary

FROM: Richard L. Skinner
Inspector General

SUBJECT: *Independent Auditors' Report on DHS' FY 2007 Balance Sheet and Statement of Custodial Activity*

The attached report presents the results of the Department of Homeland Security's (DHS or Department) financial statement audits for fiscal year (FY) 2007 and FY 2006. These audits were required by the *Chief Financial Officers Act of 1990*. This report is incorporated into the *Department's FY 2007 Annual Financial Report*. We contracted with the independent public accounting firm KPMG LLP (KPMG) to perform the audits.

Generally the corrective action plans for DHS's non-military components, except for FEMA, have started to show results of improving financial reporting during FY 2007, although overall the department still has much work remaining. For the fourth year, KPMG was unable to provide an opinion on the department's balance sheet; although elements and conditions of prior year weaknesses have been corrected, material weaknesses exist in the same processes as in prior years.

**Summary**

KPMG was unable to express an opinion on the Department's balance sheets as of September 30, 2007 and 2006 and on the related statements of custodial activity for the years then ended, because DHS was unable to represent that certain financial statement balances were correct, and unable to provide sufficient evidence to support its financial statements. In connection with the audits, DHS' internal controls over financial reporting and compliance with certain provisions of laws and regulations were considered. As a result, the FY 2007 Independent Auditors' Report discusses seven material weaknesses, one other significant deficiency in internal control, and eight instances of non-compliance with laws and regulations, as follows:

**Significant Deficiencies That Are Considered To Be Material Weaknesses**

A. Financial Management and Entity-level Controls
B. Financial Reporting
C. Financial Systems Security
D. Fund Balance with Treasury

E. Capital Assets and Supplies
F. Actuarial and Other Liabilities
G. Budgetary Accounting

**Other Significant Deficiency**

H. Custodial Revenue and Drawback

**Non-compliance with Laws and Regulations**

I. Federal Managers' Financial Integrity Act of 1982 (FMFIA)
J. Federal Financial Management Improvement Act of 1996 (FFMIA)
K. Single Audit Act Amendments of 1996, and laws and regulations supporting OMB Circular No. A-50, Audit Follow-up, as revised
L. Improper Payments Information Act of 2002 (IPIA)
M. Chief Financial Officers Act of 1990
N. Government Performance and Results Act of 1993 (GPRA)
O. Debt Collection Improvement Act of 1996 (DCIA)
P. Anti-deficiency Act

**Moving DHS' Financial Management Forward**

While the auditors' noted improvement toward correction of internal control weaknesses, the Department was unable to represent that its financial statements as of, and for the year ended, September 30, 2007, were presented in conformity with U.S. generally accepted accounting principles. The U.S. Coast Guard, (USCG), DHS-HQ / Office of Financial Management (OFM), and Federal Emergency Management Agency (FEMA), were unable to provide sufficient evidence to support account balances presented in the financial statements and collectively contributed to the auditors' inability to render an opinion.

However, OFM has fully corrected its material weakness in *Financial Management and Entity Level Controls* reported in FY 2006. Additionally, in FY 2007 OFM, Immigration and Customs Enforcement (ICE), Customs and Border Protection (CBP), US-Visit and the Federal Law Enforcement Training Center (FLETC) mitigated the severity of their financial systems security material weaknesses through corrective actions implemented during 2006 and 2007, but have not completely resolved their financial systems security control weaknesses as of September 30, 2007.

The Coast Guard began FY 2007 with a focus on financial management oversight, financial reporting, and fund balance with Treasury. However, the Coast Guard was not able to fully remediate prior year control weaknesses, and the auditors again reported that the Coast Guard contributed to all seven material weaknesses, and did not have an organizational structure that fully supported the development and implementation of effective policies, procedures, and internal controls. Management officials within the Coast Guard acknowledged to the auditors that

longstanding procedural, control, personnel, and cultural issues existed and had impeded their progress in installing an effective financial management structure. The auditors' reported that the Coast Guard's personnel rotation policy, among other issues, made it difficult for the Coast Guard's Chief Financial Officer to institutionalize internal controls related to financial management and reporting.

Conditions at FEMA deteriorated in FY 2007 with FEMA now contributing to six material weaknesses instead of two material weaknesses in FY 2006. The auditors identified that FEMA has not established a financial management organizational structure, with clear oversight and supervisory review functions that support the development and implementation of effective policies, procedures, and internal controls over financial reporting, to ensure that accounting principles are correctly applied, and accurate financial data is submitted to OFM for consolidation in a timely manner. The auditors also noted that the FEMA Chief Financial Officer does not have clearly defined and complete authority and responsibility for all financial accounting policy, processes and control functions throughout the agency.

Many of the DHS' difficulties in financial management and reporting can be attributed to the original stand-up of a large, new, and complex executive branch agency without adequate organizational expertise in financial management and accounting. Although the Department made strides in remediating weaknesses during FY 2007, it has committed to focusing on remediation efforts at USCG and FEMA, while sustaining progress made throughout FY 2007. Additionally, the department remains committed to obtaining additional human resources and other critical infrastructure necessary to develop reliable financial processes, policies, procedures, and internal controls that will enable management to represent that financial statements are complete and accurate. These resources and infrastructure are critical to the implementation of effective corrective actions and to establishing an effective financial management oversight function. During the past year, the Department and its components continued the extensive effort to develop meaningful corrective action plans to address specific material internal control weaknesses. We are evaluating the effectiveness of those corrective action plans in a separate series of audits.

*****

KPMG is responsible for the attached independent auditor's report dated November 15, 2007, and the conclusions expressed in the report. We do not express opinions on financial statements or internal control or conclusions on compliance with laws and regulations.

Consistent with our responsibility under the Inspector General Act, we are providing copies of this report to appropriate congressional committees with oversight and appropriation responsibilities over the Department. In addition, we will post a copy of the report on our public website.

We request that each of the Department's chief financial officers provide us with a corrective action plan that demonstrates their progress in addressing the report's recommendations.

We appreciate the cooperation extended to the auditors by the department's financial offices. Should you have any questions, please call me, or your staff may contact Anne Richards, Assistant Inspector General for Audits, at 202-254-4100.

Attachment

KPMG LLP
2001 M Street, NW
Washington, DC 20036

# INDEPENDENT AUDITORS' REPORT

Secretary and Inspector General
U.S. Department of Homeland Security:

We were engaged to audit the accompanying balance sheets of the U.S. Department of Homeland Security (DHS or Department) as of September 30, 2007 and 2006, and the related statements of custodial activity for the years then ended (referred to herein as "financial statements"). In connection with our fiscal year 2007 audit, we also considered DHS' internal controls over financial reporting, and DHS' compliance with certain provisions of applicable laws, regulations, contracts, and grant agreements that could have a direct and material effect on these financial statements. We were not engaged to audit the accompanying statements of net cost, changes in net position, and budgetary resources, for the years ended September 30, 2007 and 2006 (referred to herein as "other fiscal year 2007 and 2006 financial statements").

**Summary**

As discussed in our report on the financial statements, the scope of our work was not sufficient to express an opinion on the DHS balance sheets as of September 30, 2007 and 2006, or the related statements of custodial activity for the years then ended.

In fiscal year 2007, DHS changed its method of reporting the reconciliation of budgetary resources obligated to the net cost of operations, and changed its method of reporting certain mixed funding budgetary authority.

Our consideration of internal control over financial reporting resulted in the following conditions being identified as significant deficiencies:

A. Financial Management and Entity Level Controls
B. Financial Reporting
C. Financial Systems Security
D. Fund Balance with Treasury
E. Capital Assets and Supplies
F. Actuarial and Other Liabilities
G. Budgetary Accounting
H. Custodial Revenue and Drawback

We consider significant deficiencies A through G, above, to be material weaknesses.

We noted that DHS did not present five years of Required Supplemental Stewardship Information (RSSI) information, as required by U.S. generally accepted accounting principles.

The results of our tests of compliance with certain provisions of laws, regulations, contracts, and grant agreements disclosed the following instances of noncompliance or other matters that are required to be reported under *Government Auditing Standards*, issued by the Comptroller General of the United States, and Office of Management and Budget (OMB) Bulletin No. 07-04, *Audit Requirements for Federal Financial Statements*:

I. *Federal Managers' Financial Integrity Act of 1982* (FMFIA)
J. *Federal Financial Management Improvement Act of 1996* (FFMIA)

KPMG

K. *Single Audit Act Amendments of 1996*, and Laws and Regulations Supporting OMB Circular No. A-50, *Audit Follow-up*, as revised
L. *Improper Payments Information Act of 2002*
M. *Chief Financial Officers Act of 1990*
N. *Government Performance and Results Act of 1993*
O. *Debt Collection Improvement Act of 1996*
P. *Anti-deficiency Act*

We also reported other matters related to compliance with the *Anti-deficiency Act* at the National Protection and Programs Directorate (NPPD) and at the Federal Law Enforcement Training Center (FLETC).

Other internal control matters and other instances of non-compliance may have been identified and reported had we been able to perform all procedures necessary to express an opinion on the DHS balance sheets as of September 30, 2007 and 2006, and the related statements of custodial activity for the years then ended, and had we been engaged to audit the other fiscal year 2007 and 2006 financial statements.

The following sections discuss the reasons why we are unable to express an opinion on the accompanying DHS balance sheets as of September 30, 2007 and 2006, and on the statements of custodial activity for the years then ended; our consideration of DHS' internal control over financial reporting; our tests of DHS' compliance with certain provisions of applicable laws, regulations, contracts, and grant agreements and other matters; and management's and our responsibilities.

**Report on the Financial Statements**

We were engaged to audit the accompanying balance sheets of the U.S. Department of Homeland Security as of September 30, 2007 and 2006, and the related statements of custodial activity for the years then ended. We were not engaged to audit the accompanying statements of net cost, changes in net position, and budgetary resources for the years ended September 30, 2007 and 2006.

The United States Coast Guard (Coast Guard) was unable to provide sufficient evidential matter or make knowledgeable representations of facts and circumstances, that support transactions and account balances of the Coast Guard, as presented in the DHS balance sheets at September 30, 2007 and 2006; particularly with respect to fund balance with Treasury, accounts receivable, inventory and related property, certain categories of property, plant and equipment, actuarially-derived liabilities, environmental and other liabilities, undelivered orders and changes in net position, and adjustments, both manual and automated, made as part of Coast Guard's financial reporting process. The Coast Guard was unable to complete corrective actions, and make adjustments, as necessary, to these and other balance sheet amounts, prior to the completion of the DHS 2007 *Annual Financial Report* (AFR). Because of the significance of these account balances and/or transactions and conditions noted above, Coast Guard management was unable to represent that the Coast Guard's balance sheets as of September 30, 2007 and 2006, were fairly stated in conformity with U.S. generally accepted accounting principles. The total assets of Coast Guard, as reported in the accompanying DHS balance sheet, were $15.9 billion and $12.5 billion, or 20 percent and 16 percent of total DHS consolidated assets as of September 30, 2007 and 2006, respectively.

DHS Office of Financial Management (OFM) and certain DHS components were unable to reconcile intragovernmental transactions and balances with other Federal trading partners totaling approximately $1.5 billion as of September 30, 2007, prior to the completion of the DHS 2007 AFR. In addition, DHS was unable to provide sufficient evidential matter to support its recording of $1.5 billion in both fund balance with Treasury and undelivered orders at September 30, 2007, resulting from a budgetary allocation transfer made by the Office of Health Affairs (OHA), a DHS component, to another Federal agency, in fiscal year 2007. Because of the significance of this allocation transfer, DHS management was unable to represent that the balance sheet of OHA is fairly stated in conformity with U.S. generally

KPMG

accepted accounting principles at September 30, 2007. The total assets of OHA, as reported in the accompanying DHS balance sheet as of September 30, 2007, were $3.3 billion or 4 percent of total DHS consolidated assets. In fiscal year 2006, OFM and certain DHS components were unable to provide sufficient evidential matter supporting the completeness and accuracy of the Department's accrued legal liability totaling $71 million as of September 30, 2006, and related contingent legal liabilities as disclosed in Note 21 to the financial statements; reconcile intragovernmental transactions and balances with other Federal trading partners totaling $3.5 billion, as of September 30, 2006; or provide sufficient evidential matter or make knowledgeable representations of the facts and circumstances that support its implementation of Statement of Federal Financial Accounting Standard (SFFAS) No. 27, *Identifying and Reporting Earmarked Funds*, prior to the completion of DHS' 2006 *Performance and Accountability Report* (PAR).

Federal Emergency Management Agency (FEMA) was unable to fully support the accuracy and completeness of certain stockpiled supplies, unpaid obligations related to mission assignments, and certain grants payable/advances, and the related effects on net position, if any, prior to the completion of the DHS 2007 AFR. The stockpiled supplies, as reported in the accompanying DHS balance sheet as of September 30, 2007 were $243 million or 38 percent of DHS' consolidated inventory and related property. FEMA's unpaid obligations related to mission assignments, as reported in the accompanying DHS balance sheet as of September 30, 2007, were $2.6 billion or 5 percent of DHS' consolidated unexpended appropriations. FEMA's net grants payable/advances, as reported in the DHS balance sheet as of September 30, 2007, were $149 million or 3 percent of DHS' consolidated accounts payable. The total net position of FEMA as reported in the accompanying DHS balance sheet as of September 30, 2007, was $10.1 billion or 12.8 percent of DHS' consolidated liabilities and net position. In fiscal year 2006, FEMA was unable to fully support the accuracy and completeness of certain unpaid obligations and accounts payable, and the related effect on net position, if any, prior to the completion of DHS' 2006 PAR. FEMA's unpaid obligations, as reported in the accompanying DHS balance sheet as of September 30, 2006, were $22.3 billion or 46 percent of DHS' consolidated unexpended appropriations. FEMA's accounts payable, as reported in the DHS balance sheet as of September 30, 2006, were $1.5 billion or 33 percent of DHS' consolidated accounts payable. The total net position of FEMA as reported in the accompanying DHS balance sheet as of September 30, 2006, was $11.2 billion or 14 percent of DHS' consolidated liabilities and net position.

In fiscal year 2006, Transportation Security Administration (TSA) was unable to provide sufficient evidential matter or make knowledgeable representations of facts and circumstances that support certain transactions and account balances of TSA, as presented in the DHS balance sheet at September 30, 2006, particularly with respect to property and equipment, accounts payable, accrued unfunded employee leave, and the components of net position. Because of the significance of these account balances and/or transactions and conditions noted above, TSA management was unable to represent that TSA's balance sheet as of September 30, 2006, was fairly stated in conformity with U.S. generally accepted accounting principles. The total assets of TSA as reported in the accompanying DHS balance sheet as of September 30, 2006, were $4.1 billion or 5 percent of DHS consolidated assets.

In fiscal year 2006, Immigration and Customs Enforcement (ICE), was unable to fully support the accuracy and completeness of certain accounts payable and undelivered orders, and the related effect on net position, if any, prior to the completion of the DHS 2006 PAR. ICE's accounts payable and undelivered orders, as reported in the accompanying DHS balance sheet as of September 30, 2006, were $319 million or 7 percent of DHS' consolidated total accounts payable, and $1.2 billion or 2.5 percent of DHS' consolidated unexpended appropriations, respectively.

In fiscal year 2006, the Management Directorate was unable to fully support the accuracy and completeness of certain accounts payable and undelivered orders, and the related effect on net position, if any, prior to the completion of the DHS 2006 PAR. The Management Directorate's accounts payable and undelivered orders, as reported in the accompanying DHS balance sheet as of September 30, 2006,

KPMG

were $60 million or 1.3 percent of consolidated total accounts payable, and $527 million or 1.1 percent of DHS consolidated unexpended appropriations, respectively.

In addition, we were unable to obtain appropriate representations from DHS management, regarding the matters described above, including certain representations as to compliance with U.S. generally accepted accounting principles, with respect to the accompanying DHS balance sheets and related statements of custodial activity as of and for the years ended September 30, 2007 and 2006, and were unable to determine the effect of the lack of such representations on the 2007 and 2006 DHS' financial statements.

It was impractical to extend our procedures sufficiently to determine the extent, if any, to which the DHS balance sheets as of September 30, 2007 and 2006, and the related statements of custodial activity for the years then ended, may have been affected by the matters discussed in the seven preceding paragraphs. Accordingly, the scope of our work was not sufficient to enable us to express, and we do not express, an opinion on these financial statements.

We were not engaged to audit the accompanying statements of net cost, changes in net position, and budgetary resources for the years ended September 30, 2007 and 2006, and accordingly, we do not express an opinion on these financial statements.

As discussed in Note 34, DHS restated its fiscal year 2006 financial statements to correct multiple errors identified by TSA, ICE, NPPD, United States Citizenship and Immigration Services, Science and Technology Directorate, FLETC, and Management Directorate that required adjustment of balances previously reported in DHS' fiscal year 2006 financial statements. Because of the matters discussed above regarding our fiscal year 2006 audit, and the control deficiencies described in our report on internal control over financial reporting, we were unable to audit the restatements discussed in Note 34, and accordingly, we have not concluded on the appropriateness of this accounting treatment or the restatement of the DHS balance sheet as of September 30, 2006.

As discussed in Notes 35 and 36 to the financial statements, in fiscal year 2007, DHS changed its method of reporting the reconciliation of budgetary resources obligated to the net cost of operations and changed its method of reporting certain mixed funding budgetary authority.

The information in the Management's Discussion and Analysis (MD&A), RSSI, and Required Supplementary Information (RSI) sections of the DHS AFR is not a required part of the financial statements, but is supplementary information required by U.S. generally accepted accounting principles and OMB Circular A-136. We were unable to complete limited procedures over MD&A, RSSI, and RSI as prescribed by professional standards, because of the limitations on the scope of our audit described in the previous paragraphs of this section of our report. Certain information presented in the MD&A, RSSI, and RSI is based on fiscal year 2007 and 2006 financial statements on which we have not expressed an opinion. We did not audit the MD&A, RSSI, and RSI and, accordingly, we express no opinion on it. However, in fiscal year 2007, we noted that DHS did not present five years of RSSI information that U.S. generally accepted accounting principles has determined is necessary to supplement, although not required to be part of, the financial statements.

The information in pages 12 through 23, Section II – Performance Achievements and Key Performance Measures, Section IV – Other Accompanying Information, and Section V – Appendices, of DHS' 2007 AFR are presented for purposes of additional analysis, and are not a required part of the financial statements. This information has not been subjected to auditing procedures, and accordingly, we express no opinion on it.

**Internal Control over Financial Reporting**

Our consideration of the internal control over financial reporting was for the limited purpose described in the Responsibilities section of this report and would not necessarily identify all deficiencies in the internal control over financial reporting that might be significant deficiencies or material weaknesses.

KPMG

A control deficiency exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect misstatements on a timely basis. A significant deficiency is a control deficiency, or combination of control deficiencies, that adversely affects DHS' ability to initiate, authorize, record, process, or report financial data reliably in accordance with U.S. generally accepted accounting principles such that there is more than a remote likelihood that a misstatement of DHS' financial statements that is more than inconsequential will not be prevented or detected by DHS' internal control over financial reporting. A material weakness is a significant deficiency, or combination of significant deficiencies, that results in more than a remote likelihood that a material misstatement of the financial statements will not be prevented or detected by DHS' internal control.

Significant deficiencies in internal control over financial reporting and its operation are described in Exhibits I, II, and III. Deficiencies that are considered to be material weaknesses at the Coast Guard, when aggregated at the consolidated level, are presented in Exhibit I. Deficiencies that are considered to be material weaknesses at DHS-Headquarters (HQ), OFM, and all other DHS components, when aggregated at the consolidated level, are presented in Exhibit II. Exhibit III presents other significant deficiencies that are not considered to be material weaknesses. As discussed in the Report on the Financial Statements section, the scope of our work was not sufficient to express an opinion on the balance sheets as of September 30, 2007 and 2006, and the related statements of custodial activity for the years then ended, and accordingly, other internal control matters may have been identified and reported had we been able to perform all procedures necessary to express an opinion on those financial statements, and had we been engaged to audit the other fiscal year 2007 and 2006 financial statements. A summary of the status of fiscal year 2006 reportable conditions is included as Exhibit V.

We also noted certain additional matters involving internal control over financial reporting and its operation that we will report to the management of DHS in a separate letter.

**Compliance and Other Matters**

Our tests of compliance with certain provisions of laws, regulations, contracts, and grant agreements, as described in the Responsibilities section of this report, exclusive of those referred to in the FFMIA, disclosed eight instances of noncompliance that are required to be reported under *Government Auditing Standards* or OMB Bulletin No. 07-04, and are described in Exhibit IV.

The results of our tests of compliance exclusive of those referred to in FFMIA, disclosed no other instances of noncompliance or other matters that are required to be reported under *Government Auditing Standards* or OMB Bulletin No. 07-04.

The results of our tests of FFMIA, disclosed instances described in Exhibits I, II and III where DHS' financial management systems did not substantially comply with Federal financial management systems requirements, applicable Federal accounting standards, and the United States Government Standard General Ledger at the transaction level.

As discussed in our report on the financial statements, the scope of our work was not sufficient to express an opinion on the balance sheets as of September 30, 2007 and 2006, and the related statements of custodial activity for the years then ended, and accordingly, other instances of non-compliance with laws, regulations, contracts, and grant agreements may have been identified and reported, had we been able to perform all procedures necessary to express an opinion on those financial statements, and had we been engaged to audit the other fiscal year 2007 and 2006 financial statements.

***Other Matters.*** NPPD management has initiated a review of the classification and use of certain funds that may identify a violation of the *Anti-deficiency Act*, or other violations of appropriation law in fiscal year 2007 or in previous years. In addition, FLETC management has initiated a review of the classification of certain liabilities, recorded in their accounting records that may identify a violation of

KPMG

the *Anti-deficiency Act,* or other violations of appropriation law that may have occurred during fiscal year 2007 or during previous years.

**Management's Response to Internal Control and Compliance Findings**

DHS management has indicated, in a separate letter immediately following this report, that it concurs with the findings presented in Exhibits I, II, III, and IV of our report. We did not audit DHS's response and, accordingly, we express no opinion on it.

**Responsibilities**

***Management's Responsibilities.*** The United States Code, Title 31, Sections 3515 and 9106 require agencies to report annually to Congress on their financial status and any other information needed to fairly present their financial position and results of operations. To meet these reporting requirements, DHS prepares and submits financial statements in accordance with OMB Circular No. A-136.

Management is responsible for the financial statements, including:

- Preparing the financial statements in conformity with U.S. generally accepted accounting principles;
- Preparing the MD&A (including the performance measures), RSI, and RSSI;
- Establishing and maintaining effective internal control; and
- Complying with laws, regulations, contracts, and grant agreements applicable to DHS, including FFMIA.

In fulfilling this responsibility, management is required to make estimates and judgments to assess the expected benefits and related costs of internal control policies.

***Auditors' Responsibilities.*** As discussed in the report on the financial statements section, the scope of our work was not sufficient to enable us to express, and we do not express, an opinion on the DHS balance sheets as of September 30, 2007 and 2006, or on the related statements of custodial activity for the years then ended; and we were not engaged to audit the accompanying statements of net cost, changes in net position, and budgetary resources for the years ended September 30, 2007 and 2006.

In connection with our fiscal year 2007 engagement, we considered DHS' internal control over financial reporting by obtaining an understanding of DHS' internal control, determining whether internal controls had been placed in operation, assessing control risk, and performing tests of controls in order to determine our procedures. We limited our internal control testing to those controls necessary to achieve the objectives described in *Government Auditing Standards* and OMB Bulletin No. 07-04. We did not test all internal controls relevant to operating objectives as broadly defined by the FMFIA. The objective of our engagement was not to provide an opinion on the effectiveness of DHS' internal control over financial reporting. Accordingly, we do not express an opinion on the effectiveness of DHS' internal control over financial reporting. Further, other matters involving internal control over financial reporting may have been identified and reported had we been able to perform all procedures necessary to express an opinion on the DHS balance sheet as of September 30, 2007, and the related statement of custodial activity for the year then ended, and had we been engaged to audit the other fiscal year 2007 financial statements.

In connection with our fiscal year 2007 engagement, we performed tests of DHS' compliance with certain provisions of laws, regulations, contracts, and grant agreements, noncompliance with which could have a direct and material effect on the determination of the balance sheet amounts as of September 30, 2007, and the related statement of custodial activity for the year then ended, and certain provisions of other laws and regulations specified in OMB Bulletin No. 07-04, including certain provisions referred to in FFMIA. We limited our tests of compliance to the provisions described in the preceding sentence, and we did not test compliance with all laws, regulations, contracts, and grant agreements applicable to the DHS. However, providing an opinion on compliance with laws,

regulations, contracts, and grant agreements was not an objective of our engagement and, accordingly, we do not express such an opinion. In addition, other matters involving compliance with laws, regulations, contracts, and grant agreements may have been identified and reported had we been able to perform all procedures necessary to express an opinion on the DHS balance sheet as of September 30, 2007, and the related statement of custodial activity for the year then ended, and had we been engaged to audit the other fiscal year 2007 financial statements.

Under OMB Bulletin No. 07-04 and FFMIA, we are required to report whether DHS' financial management systems substantially comply with (1) Federal financial management systems requirements, (2) applicable Federal accounting standards, and (3) the United States Government Standard General Ledger at the transaction level. To meet this requirement, we performed tests of compliance with FFMIA Section 803(a) requirements. However, as discussed in our report on the financial statements, the scope of our work was not sufficient to express an opinion on the balance sheet as of September 30, 2007, and the related statement of custodial activity for the year then ended, and accordingly, other instances of non-compliance may have been identified and reported, had we been able to perform all procedures necessary to express an opinion on the those financial statements, and had we been engaged to audit the other fiscal year 2007 financial statements.

**Restricted Use**

This report is intended solely for the information and use of DHS management, DHS Office of Inspector General, OMB, U.S. Government Accountability Office, and the U.S. Congress, and is not intended to be and should not be used by anyone other than these specified parties.

KPMG LLP

November 15, 2007

**Independent Auditors' Report**
**Introduction to Exhibits on Internal Control and Compliance and Other Matters**

Our report on internal control over financial reporting and compliance and other matters is presented in accordance with *Government Auditing Standards,* issued by the Comptroller General of the United States. The internal control weaknesses, and findings related to compliance with certain laws, regulations, contacts, and grant agreements presented herein were identified during our engagement to audit the Department of Homeland Security (DHS or Department) balance sheet and related statement of custodial activity as of and for the year ended September 30, 2007. We were not engaged to audit the Department's fiscal year 2007 statements of net cost, changes in net position, and budgetary resources (referred to as other fiscal year 2007 financial statements). Our findings and the status of prior year findings are presented in five exhibits:

**Exhibit I** Significant deficiencies in internal control identified at the Coast Guard. All of the significant deficiencies reported in Exhibit I are considered material weaknesses that individually, or when combined with other significant deficiencies reported in Exhibit II, are considered material weaknesses at the DHS consolidated financial statement level.

**Exhibit II** Significant deficiencies in internal control identified at other DHS components and the Office of the Chief Financial Officer (collectively referred to as DHS Civilian Components). All of the significant deficiencies reported in Exhibit II are considered material weaknesses that individually, or when combined with other significant deficiencies reported in Exhibit I, are considered material weaknesses at the DHS consolidated financial statement level.

**Exhibit III** A significant deficiency that is not considered a material weakness at the DHS consolidated financial statement level.

**Exhibit IV** Instances of noncompliance with certain laws, regulations, contracts, and grant agreements that are required to be reported under *Government Auditing Standards* or Office of Management and Budget (OMB) Bulletin No. 07-04, *Audit Requirements for Federal Financial Statements.*

**Exhibit V** The status of our findings reported in fiscal year 2006.

As stated in our Independent Auditors' Report, our consideration of internal control over financial reporting would not necessarily disclose all matters that might be significant deficiencies or instances of noncompliance. We were not engaged to audit the other 2007 financial statements. In addition, the scope of our work was not sufficient to express an opinion on the financial statements that we were engaged to audit; consequently, other internal control matters and instances of noncompliance may have been identified and reported had we been engaged to audit all of the FY 2007 financial statements, and had we been able to perform all procedures necessary to express an opinion on those financial statements.

The determination of which findings rise to the level of a material weakness is based on an evaluation of how all component conditions, considered in aggregate, may affect the DHS balance sheet as of September 30, 2007 or the related statement of custodial activity for the year then ended.

We have also performed follow-up procedures on findings identified in previous engagements to audit the DHS financial statements. All of the material weaknesses identified and reported in Exhibit I for the Coast Guard are repeated from our FY 2005 and FY 2006 report, and include updates for new findings resulting from our 2007 audit procedures. To provide trend information for the DHS Civilian Components, Exhibit II contains a Trend Table next to the heading of each finding, except Exhibit II-C, *Financial Systems Security.* The Trend Table depicts the level and current status of findings, by component, that have contributed to that finding from 2005 through

**Independent Auditors' Report**
**Introduction to Exhibits on Internal Control and Compliance and Other Matters**

2007. Significant deficiencies and material weaknesses, by component, included in the Exhibit II trend tables, are presented below.

The table below presents a summary of our internal control findings, by component, for fiscal year 2007. We have reported seven material weaknesses at the Department level in 2007, which is reduced from ten reported in 2006. While the DHS Civilian Components have made substantial progress in correcting control deficiencies, as shown in the Trend Tables in Exhibit II, the reduction in material weaknesses at the Department level in 2007 is due to a consolidation of findings into fewer, but broader categories for reporting purposes.

**SUMMARIZED DHS FY 2007 INTERNAL CONTROL FINDINGS**

| | | Coast Guard | DHS HQ | CBP | FEMA | ICE | US - Visit | TSA | FLETC |
|---|---|---|---|---|---|---|---|---|---|
| **Material Weaknesses** | | Exhibit I | Exhibit II | | | | | | |
| A | Financial Management & ELC | ■ | | | ■ | | | | |
| B | Financial Reporting | ■ | ■ | | ■ | | | SD | |
| C | Financial Systems Security | ■ | SD | SD | ■ | SD | | ■ | SD |
| D | Fund Balance With Treasury | ■ | | | | | | | |
| E | Capital Assets and Supplies | ■ | | | ■ | | SD | SD | |
| F | Actuarial and Other Liabilities | ■ | | | ■ | | | SD | |
| G | Budgetary Accounting | ■ | | | ■ | | | ■ | |
| **Significant Deficiencies** | | | Exhibit III | | | | | | |
| H | Custodial Revenue and Drawback | | | SD | | | | | |

SD — Significant Deficiency (SD's in Exhibit II contribute to Department level material weakness )
■ — Material Weakness (Individually, or when combined with other findings, result in Department level material weakness)

All components of DHS, as defined in Note 1A – *Reporting Entity,* to the financial statements, were included in the scope of our engagement to audit the consolidated balance sheet of DHS as of September 30, 2007 and the related statement of custodial activity for the year then ended. Accordingly, our audit considered significant account balances and transactions of other DHS components not listed above. Control deficiencies identified in other DHS components that are not identified in the table above, did not individually, or when combined with other component findings, contribute to a reportable control deficiency at the DHS consolidated financial statement level.

## I-A Financial Management and Entity-Level Controls

*Background:* In FY 2006, we reported that significant weaknesses in financial management oversight hindered the United States Coast Guard's (Coast Guard) ability to prepare accurate, complete, and timely financial information. Those conditions have not been corrected and continue to affect Coast Guard's financial management and reporting processes. During FY 2007, the Coast Guard developed a Corrective Action Plan (CAP) called the *Financial Strategy for Transformation and Audit Remediation* (FSTAR) to address the conditions described below, and throughout this Exhibit. However, significant steps to correct the conditions that cause the material weaknesses in internal control are not planned until after 2007.

*Conditions:* Many of the conditions described below are indicators of a weak control environment or entity-level controls. The control environment begins at the top with the Commandant, and permeates the organization with a mindset of quality, care, and commitment of resources to reasonably ensure the integrity of the Coast Guards' financial processes, controls, and information technology (IT) systems. We noted the following conditions related to the control environment which existed in prior years, and have been updated for this report.

The Coast Guard has not fully implemented a financial management organizational structure where:

- U.S. generally accepted accounting principles (GAAP) are applied and financial statement balances are appropriately supported, resulting in the Coast Guard not being able to assert to the completeness, existence (validity), accuracy, valuation, or presentation of their financial data.
- Appropriate and clear internal reporting relationships have been established resulting in effective financial guidance and oversight over internal and external distribution of financial information, particularly related to the *Federal Managers' Financial Integrity Act of 1982* (FMFIA).
- Clear and complete authority and responsibility for all financial accounting policy, processes, and control functions vests with the Coast Guard Chief Financial Officer (CFO).
- Financial management oversight functions, complete with an organizational chart, job descriptions, roles and responsibilities, and skill sets required, are defined.
- The financial management infrastructure is appropriately staffed with experienced financial managers and staff, to expeditiously identify and address control weaknesses, and develop and implement effective policies, procedures, and internal controls to ensure that data supporting financial statement assertions are complete and accurate.
- The objectives of sound fiscal management, as defined by various government sources, described in the criteria section below, are embraced by all officers and personnel of the Coast Guard.

*Cause/Effect:* The Coast Guard's management has acknowledged that longstanding procedural, control, personnel, and cultural issues have impeded progress toward installing an effective financial management structure. In addition, the Coast Guard's CFO must coordinate with heads of various divisions who have a role in the accounting and financial reporting processes, but who otherwise have limited exposure to financial statement audits. Further, these division heads change regularly as part of the Coast Guard military assignment and rotation polices, making it

difficult for the CFO to institutionalize internal controls related to financial management and reporting that are outside the CFO's direct organization. The conditions described above continue to prevent the Coast Guard and DHS from timely preparation of accurate financial information and reports and have also contributed to the conditions reported in Exhibit I-B, *Financial Reporting*, as well as other material weaknesses described in this Exhibit.

*Criteria:* OMB Circular No. A-123, Revised, *Management's Responsibility for Internal Control,* defines internal controls as the organization, policies, and procedures used by agencies to reasonably ensure that (i) programs achieve their intended results; (ii) resources are used consistent with agency mission; (iii) programs and resources are protected from waste, fraud, and mismanagement; (iv) laws and regulations are followed; and (v) reliable and timely information is obtained, maintained, reported, and used for decision making.

FMFIA requires that agencies establish internal controls according to standards prescribed by the Comptroller General and specified in the Government Accountability Office's (GAO) *Standards for Internal Control in the Federal Government (Standards).* The GAO defines internal control as an integral component of an organization's management that provides reasonable assurance that the following objectives are achieved: effectiveness and efficiency of operations, reliability of financial reporting, and compliance with applicable laws and regulations.

The GAO *Standards* identify the control environment, as one of the five key elements of control, which emphasizes the importance of control conscientiousness in management's operating philosophy and commitment to internal control. These standards cover controls such as human capital practices, supervisory reviews, and segregation of duties, policies, procedures, and monitoring.

OMB Circular No. A-50, *Audit Follow-up*, as revised, states that corrective action taken by management on audit findings and recommendations is essential to improving the effectiveness and efficiency of Government operations. Each agency shall establish systems to assure the prompt and proper resolution and implementation of audit recommendations. These systems shall provide for a complete record of action taken on both monetary and nonmonetary findings and recommendations.

*Recommendations:* We recommend that the Coast Guard:

1. Initialize the CAP/FSTAR process with an assessment of the control environment (entity-level controls), develop effective corrective actions, and implement improved financial processes and systems;
2. Delegate responsibility for sound fiscal management centrally with the CFO who has full authority to implement change as needed, including new policies, procedures, controls and IT systems requirements, to have the ability, and appropriate resources for Coast Guard financial management and reporting functions;
3. Engage an expert from outside the organization to evaluate the existing financial management organizational and internal control structure. The organizational specialist should conduct an assessment of the financial management organizational structure to consider the conditions cited above. In addition, the organizational specialist should consider other conditions identified in Exhibit I-B, *Financial Reporting,* below, such as the number and type of personnel and resources needed, along with the requisite skills and abilities necessary, to provide effective guidance and oversight to program offices that are significant to financial management and reporting, and make recommendations to senior management for appropriate changes; and

4. Ensure that its CAP/FSTAR actions as designed and performed are:
   a) Effective in addressing all of the material weakness described in this Exhibit; and
   b) Coordinated and prioritized with the input from Departments CFO to address matters that are preventing the Department from preparing reliable financial statements and executing its fiscal management responsibilities.

**I-B Financial Reporting**

*Background:* In FY 2006, we reported that the Coast Guard had numerous internal control weaknesses that led to a material weakness in financial reporting. While the Coast Guard developed FSTAR to address the control weaknesses, they were not able to make substantial progress in execution of their corrective actions, and, consequently, many of the conditions reported in prior years are repeated below.

*Conditions:* The Coast Guard:

- Has not developed and implemented an effective general ledger system. The Core Accounting System (CAS), Aircraft Logistics Management Information System (ALMIS), and Naval Engineering Supply Support System (NESSS) general ledgers are significantly noncompliant with the requirements of the *Federal Financial Management Improvement Act* (FFMIA). Specifically:
  - The general ledgers are not compliant with the United States Standard General Ledger (USSGL) at the transaction level, include noncompliant chart of account definitions, invalid accounts, improper posting logic codes and inconsistent crosswalks to the Coast Guard *Treasury Information Executive Repository* (TIER) database. The general ledgers also have static balances related to a legacy general ledger conversion and unsubstantiated automated changes to CAS financial data through the use of hundreds of scripts, implemented without effective controls to correct system problems;
  - The Coast Guard's TIER submissions to the Department's Office of Financial Management (OFM) are from a database that does not have detail at the transactional level, and is not reconciled or supported by the transaction level detail in the Coast Guard's three general ledgers; and
  - The financial reporting process is overly complex and labor intensive, and requires a significant number of "on-top" adjustments (adjustments made outside the core accounting system for presentation of financial information given to the Department for consolidation). These topside adjustments are not supported at the transaction level and are not recorded to the respective general ledgers at a detailed transactional level. Thus, period-end and opening balances are only supported by the Coast Guard TIER database, and the three general ledgers do not support the financial statements.
- Has significant deficiencies in its policies, procedures, and controls surrounding its financial reporting process. For example, the Coast Guard does not have
  - Effective procedures to support beginning balance, year-end close out and the cumulative results of operation analysis;
  - A process to record all financial transactions, in detail at the transactional level, to the general ledger systems;

- Effective policies and procedures to identify the cause and resolve abnormal balances and account relationship discrepancies, e.g., budgetary to proprietary reconciliations, and identified potential errors in its financial data;
- Effective procedures and internal controls over the process of preparing and reviewing adjustments to account balances, and financial statement disclosures, and uses high-level analytical comparisons to identify adjusting entries;
- Effective procedures to assess potential financial system problems, such as potential posting logic errors and automated changes to financial data through scripts (system modifications);
- Fully effective and accurate reporting tools for financial data analysis (Facts & Figures Quick Report Tool);
- An effective process to record, review, and monitor accounts receivable activity;
- Effective policies, procedures, and internal controls to compile, support, review, and report financial statement disclosures submitted for incorporation in the DHS financial statements, to include the effective completion the GAO Disclosure Checklist and valid support for the preparation of statement of net cost disclosure; and
- A validated, comprehensive process, to include effective internal controls, to fully track and reconcile intragovernmental transactions with its Federal trading partners, especially those outside DHS, and to determine that Coast Guard intragovernmental balances, as reported in the DHS financial statements, are complete, accurate, appropriately valued, belong to Coast Guard, and presented properly in the financial statements.

*Cause/Effect:* Many of the issues mentioned above stem from the conditions described in Exhibit I-A *Financial Management and Entity-Level Controls.* At the Coast Guard, the accuracy of financial information is highly dependent on the knowledge and experience of a limited number of key financial personnel rather than on clearly documented procedural manuals and process-flow documentation. In addition, the Coast Guard has serious general ledger structural and IT system functionality deficiencies that make the financial reporting process more complex and difficult. Consequently, the Coast Guard can not be reasonably certain that its financial statements are complete or accurate at any time. In its annual Assurance Statement provided to the DHS Secretary in September 2007, the Coast Guard was unable to provide reasonable assurance that internal controls over financial reporting are operating effectively, and was unable to represent to us that any significant balance sheet line items are fairly stated at September 30, 2007.

*Criteria:* FFMIA Section 803(a) requires that Federal financial management systems comply with (1) Federal accounting standards, (2) Federal system requirements, and (3) the USSGL at the transaction level. FFMIA emphasizes the need for agencies to have systems that can generate timely, reliable, and useful information with which to make informed decisions to ensure ongoing accountability.

FMFIA requires that agencies establish internal controls according to standards prescribed by the Comptroller General and specified in the GAO *Standards.* These standards define internal control as an integral component of an organization's management that provides reasonable assurance that the following objectives are being achieved: effectiveness and efficiency of operations, reliability of financial reporting, and compliance with applicable laws and regulations.

The GAO *Standards* require that internal controls be documented in management directives, administrative policies or operating manuals; transactions and other significant events be clearly documented; and information be recorded and communicated timely with those who need it within a timeframe that enables them to carry out their internal control procedures and other responsibilities.

*Recommendations:* We recommend that the Coast Guard:

1. Conduct an assessment of its current financial reporting process, including a review of its three general ledger systems, with the goal of establishing a general ledger that is FFMIA compliant at the transaction level, e.g., all financial transactions are recorded in the general ledger at the detail USSGL level as they occur, all financial statement line items are fully reconciled and supported by transactional detail contained in the general and subsidiary ledgers, reducing complexity, implementing appropriate internal controls, improving financial systems integration and automating manual processes;
2. Establish new or improve existing policies, procedures, and related internal controls to ensure that:
   a) The year-end, close-out process; reconciliations; and financial data and account analysis procedures are supported by documentation, including evidence of effective management review and approval, and beginning balances in the following year are determined to be reliable and auditable;
   b) On-top adjustments to account balances and abnormal balances and account relationship discrepancies, e.g., budgetary to proprietary reconciliations are identified, reviewed and documented;
   c) Account reconciliations, for each of the three general ledgers and the monthly TIER submission, are performed timely and completely each month, and differences are researched and resolved before the next month's reporting cycle. Reconciliations should include all funds maintained by the Coast Guard, including revolving, special, and trust funds;
   d) The Coast Guard identifies all accounts receivables and then implements comprehensive Coast Guard-wide policies and procedures, including internal controls, at a sufficient level of detail to determine that the accounts receivable process is effective to support management assertions, in compliance with generally accepted accounting principles, for the accounts receivable balance reported on the Coast Guard balance sheet; and
   e) The Coast Guard develops and implements effective policies, procedures and internal controls to compile, support, review, and report financial statement disclosures submitted for incorporation in the DHS financial statements, to include the effective completion the GAO Disclosure Checklist and valid support for the preparation of statement of net cost disclosure;
3. Investigate potential financial system problems such as potential posting logic errors and automated changes to financial data through scripts (system modifications); and
4. Establish a formal documented review and approval process over reconciliation activities performed by Coast Guard to ensure that all intragovernmental activity and balances are identified and differences are being resolved in a timely manner in coordination with the OFM (see Exhibit II-B, *Financial Reporting*). Procedures should also include obtaining positive confirmation of balances with DHS trading partners and make appropriate system

changes to include updating and validating the information in the vendor tables for trading partner data, and correct known errors.

## I-C Financial Systems Security

*Background:* The Coast Guard maintains three general ledger systems that support its financial statements and other financial data provided to DHS OFM for consolidation, which are CAS, ALMIS, and NESSS – described in Exhibit I-B, *Financial Reporting*. Our audit included a review of the Coast Guard's IT general control (ITGC), and specifically in six key control areas: entity-wide security program planning and management, access control, application software development and change control, system software, segregation of duties, and service continuity. During FY 2007, the Coast Guard took actions to improve aspects of its ITGC to address our prior year findings; however, the Coast Guard did not make all of the necessary improvements that they had planned to make during the year. The Coast Guard also serves as Transportation Security Administration's (TSA)'s accounting service provider; therefore, some financial accounting system and process weaknesses at the Coast Guard may affect the TSA's accounting records, as well.

*Conditions:* During our 2007 ITGC testing, we identified 42 findings, of which 36 are repeat findings and 6 are new findings. The ITGC and other financial system control weaknesses were identified at Coast Guard Headquarters and its components. We noted control deficiencies in all six general control areas that when combined, present more than a remote possibility of materially impacting financial data integrity. The significant deficiencies identified included: 1) excessive access to key Coast Guard financial applications, 2) application change control processes that are not adequately designed nor operating effectively, 3) entity-wide security program issues involving personnel background checks, 4) system software weaknesses involving patch management and configuration management, 5) segregation of duties involving lack of policies and procedures and excessive privilege access issues, and 6) service continuity issues involving the lack of testing of disaster recovery testing. Significant deficiency Nos. 1 and 2, above, are considered to be material weaknesses impacting the DHS consolidated financial statements. In addition, the significant deficiencies in application change control processes are among the principle causes of Coast Guard's inability to support their financial statement balances. See Exhibit I-B, *Financial Reporting,* for a discussion of the related conditions causing significant noncompliance with the requirements of FFMIA. Our ITGC findings are described in greater detail in a separate *Limited Official Use* (LOU) letter provided to the Coast Guard and DHS management.

*Cause/Effect:* The Coast Guard has made some progress correcting certain ITGC weaknesses identified in previous years. However, the Coast Guard was not able to effectively prioritize and implement CAPs to remediate the root cause of the ITGC weaknesses in 2007. Consequently, the corrective actions taken more often address the symptom of the problem and not the root cause. For example, workarounds are sometimes implemented so that the system can continue functioning, while more permanent solutions are developed.

Many of these weaknesses were inherited from system development activities that did not incorporate strong security controls during the initial implementation of the system more than five years ago, and will take several years to fully address. These weaknesses exist both in the documentation of processes and the implementation of adequate security controls over processes and within financial systems. Specifically, policies and procedures supporting the operation of various processes within control areas such as change control and access controls were developed without taking into account required security practices. Consequently, as policies and procedures

are updated, many Coast Guard components are challenged to move away from previous methodologies and fully implement and enforce these new controls in unison with other components.

The effect of these ITGC weaknesses limits Coast Guard's ability to ensure that critical financial data is reliable and is maintained in a manner to ensure confidentiality, integrity, and availability. In addition, as a result of the presence of IT weaknesses, there is added dependency on the other mitigating manual controls to be operating effectively at all times. Because mitigating controls often require more human involvement, there is an increased risk of human error that could materially affect the financial statements.

*Criteria:* The *Federal Information Security Management Act* (FISMA) passed as part of the *Electronic Government Act of 2002,* mandates that Federal entities maintain IT security programs in accordance with National Institute of Standards and Technology (NIST) guidance.

OMB Circular No. A-130, *Management of Federal Information Resources,* describe specific essential criteria for maintaining effective general IT controls.

FFMIA sets forth legislation prescribing policies and standards for executive departments and agencies to follow in developing, operating, evaluating, and reporting on financial management systems. The purpose of FFMIA is 1) to provide for consistency of accounting by an agency from one fiscal year to the next, and uniform accounting standards throughout the Federal Government, 2) require Federal financial management systems to support full disclosure of Federal financial data, including the full costs of Federal programs and activities, 3) increase the accountability and credibility of federal financial management, 4) improve performance, productivity and efficiency of Federal Government financial management, and 5) establish financial management systems to support controlling the cost of Federal Government.

OMB Circular No. A-123 states, "Agency managers should continuously monitor and improve the effectiveness of internal control associated with their programs." This continuous monitoring, and other periodic evaluations, should provide the basis for the agency head's annual assessment of and report on internal control, as required by FMFIA. This Circular indicates that "control weaknesses at a service organization could have a material impact on the controls of the customer organization. Therefore, management of cross-servicing agencies will need to provide an annual assurance statement to its customer agencies in advance to allow its customer agencies to rely upon that assurance statement. Management of cross-servicing agencies shall test the controls over the activities for which it performs for others on a yearly basis. These controls shall be highlighted in management's annual assurance statement that is provided to its customers (e.g., TSA). Cross-servicing and customer agencies will need to coordinate the timing of the assurance statements."

DHS' *Sensitive Systems Policy, 4300A*, documents policies and procedures adopted by DHS intended to improve the security and operation of all DHS IT systems including the Coast Guard IT systems.

The GAO's *Federal Information System Controls Audit Manual* (FISCAM) provides a framework and recommended audit procedures that are used to conduct the IT general control test work.

*Recommendations:* We recommend that the DHS Office of Chief Information Officer in coordination with the Office of the Chief Financial Officer (OCFO) make the following improvements to the Coast Guard's financial management systems:

1. Implement the recommendations in our LOU letter provided to the Coast Guard and DHS management, to effectively address the deficiencies identified including: 1) access to key Coast Guard financial applications, 2) application change control processes, 3) entity-wide security program issues, 4) system software weaknesses involving patch management and configuration management, 5) segregation of duties involving lack of policies and procedures and excessive privilege access issues, and 6) service continuity issues involving the lack of testing of disaster recovery;
2. Design and implement plan of action and milestones that address the root cause of the weakness, to migrate away from excessive workarounds and reliance on manual mitigating controls; and
3. Develop and implement policies and procedures that appropriately consider required security practices when supporting the operation of various processes within control areas such as change control and access controls.

### I-D Fund Balance with Treasury

*Background:* In fiscal year 2006, we reported the existence of a material weakness in Fund Balance with Treasury (FBwT) at the Coast Guard. The Coast Guard has not yet developed or implemented comprehensive FBwT CAPs, and consequently, we are repeating and expanding the conditions cited in last year's report. FBwT at the Coast Guard totaled approximately $5 billion, or approximately 10 percent of total DHS FBwT, at September 30, 2007. The majority of these funds represented appropriated amounts that were obligated, but not yet disbursed, at September 30, 2007.

*Conditions*: The Coast Guard:

- Did not maintain adequate supporting documentation that validated the accuracy of all of its FBwT reconciliations and the clearing of suspense items, to include posting unsupported adjustments to the Coast Guard reported general ledger activity submitted to the Treasury, and to agree Coast Guard balances to Treasury records without supporting documentation.
- Did not have an effective process for accounting for suspense account transactions related to FBwT. The Coast Guard lacks documented and effective policies and procedures, to include internal controls, to support the completeness, existence, and accuracy of recorded and subsequently posted suspense account transactions. The Coast Guard continues to be unable to produce complete and accurate populations of suspense transactions.
- Was unable to provide validated military and civilian payroll data to support payroll transactions processed through the Coast Guard's FBwT, USSGL account No. 1010. The Coast Guard did not properly report and reconcile these transactions or maintain appropriate supporting documentation.

*Cause/Effect:* The Coast Guard has not designed and implemented accounting processes, including a financial system that complies with federal financial system requirements, as defined in OMB Circular No. A-127 and the requirements of the *Joint Financial Management Improvement Program* (JFMIP), now administered by the *Financial Systems Integration Office* (FSIO), to fully support the fiscal year 2007 FBwT activity and balance at September 30, 2007. Failure to implement timely and effective reconciliation processes could increase the risk of fraud, abuse, undetected violations of appropriation laws, including instances of undiscovered

*Anti-deficiency Act* violations, and mismanagement of funds, which could lead to inaccurate financial reporting and affects DHS' ability to effectively monitor its budget status.

*Criteria:* The *Treasury Financial Manual* (TFM) states, "Federal agencies must reconcile their USSGL account No.1010, and any related subaccounts, on a monthly basis (at minimum). Federal agencies must research and resolve differences between the balances reported on their general ledger FBwT accounts and balances reported in the *Government-wide Accounting* system (GWA). In addition, Section 803(a) of FFMIA requires that Federal financial management systems comply with 1) Federal accounting standards, 2) Federal system requirements, and 3) the USSGL at the transaction level. FFMIA emphasizes the need for agencies to have systems that can generate timely, reliable, and useful information with which to make informed decisions to ensure ongoing accountability.

According to OMB Circular No. A-123, transactions should be promptly recorded, and properly classified and accounted for, in order to prepare timely and reliable financial and other reports. Documentation for transactions, management controls, and other significant events must be clear and readily available for examination.

*Recommendations:* We recommend that the Coast Guard:

1. Establish policies, procedures, and internal controls, including effective reconciliations and the use of a financial system that complies with federal financial system requirements, as defined in OMB Circular A-127, and the requirements of the JFMIP, to fully support the fiscal year 2007 FBwT activity and balance at September 30, 2007. These policies and procedures should allow the Coast Guard to:
   a) Perform complete and timely FBwT reconciliations using the tools provided by Treasury GWA;
   b) Better manage its suspense accounts to include researching and clearing items carried in suspense clearing accounts in a timely manner during the year, and maintaining documentation of periodic reconciliations of FBwT; and
   c) Ensure payroll data, supporting payroll transactions processed through FBwT (account 1010), is properly maintained and available for audit testwork, as needed.

## I-E Capital Assets and Supplies

*Background:* Property, plant, and equipment (PP&E) represents approximately 15.5 percent of total DHS assets, and the Coast Guard maintains more than 60 percent of all DHS PP&E, including a large fleet of boats and vessels. Many of the Coast Guard's assets are constructed over a multi-year period, have long useful lives, and undergo extensive routine servicing that may increase their value or extend their useful lives. Comprehensive policies and procedures are necessary to accurately and timely account for and report these assets. We reported in prior years that the Coast Guard has been unable to provide auditable documentation for certain categories of PP&E, due to a number of policy, control, and process deficiencies that will require several years to correct, and consequently, most of the conditions cited below have been repeated from our 2006 report, and have existed since the Department's inception in 2003.

Operating Materials and Supplies (OM&S) are maintained by the Coast Guard in significant quantities, and consist of tangible personal property to be consumed in normal operations to service marine equipment, aircraft, and other operating equipment. The majority of the Coast Guard's OM&S is physically located at either two Inventory Control Points (ICPs) or in the field.

The Coast Guard's policy requires regularly scheduled physical counts of OM&S, which are important to the proper valuation of OM&S and its safekeeping. The conditions cited below for OM&S are based on findings reported in fiscal 2006, updated as necessary to reflect the conditions noted in fiscal year 2007.

*Conditions:* Coast Guard has not:

*Regarding PP&E:*

- Consistently applied policies and procedures to ensure appropriate documentation supporting PP&E acquisitions, and their existence, is maintained to support capitalized PP&E. In cases where original acquisition documentation has not been maintained, the Coast Guard has not developed and documented methodologies and assumptions to support the value of PP&E.
- Implemented appropriate controls and related processes to accurately, consistently, and timely record additions to PP&E and construction in process (CIP), transfers from other agencies, disposals in its fixed asset system, and valuation and classification of repairable PP&E.
- Implemented accurate and complete asset identification, system mapping, and tagging processes that include sufficient detail, e.g., serial number, to clearly differentiate and accurately track physical assets to those recorded in the fixed asset system.
- Properly accounted for some improvements and impairments to buildings and structures, capital leases, and selected useful lives for depreciation purposes, consistent with GAAP.

*Regarding OM&S:*

- Implemented policies, procedures, and internal controls to support the completeness, accuracy, existence, valuation, ownership, and presentation assertions related to the fiscal year 2007 OM&S and related account balances.
- Fully designed and implemented policies, procedures, and internal controls over physical counts of OM&S to remediate conditions identified in previous years.
- Properly identified (bar-coded or tagged) recorded OM&S.
- Established processes and controls to fully support the calculated value of certain types of OM&S to approximate historical cost.

*Cause/Effect:* PP&E policies and procedures are not appropriately designed, consistently followed, or do not include sufficient controls to ensure compliance with policy or to ensure complete supporting documentation is maintained and available for audit testwork. The fixed asset module of the Coast Guard's CAS is not updated for effective tracking and reporting of PP&E. The effect of these conditions is that the Coast Guard is unable to accurately account for its PP&E, and provide necessary information to DHS OFM for consolidated financial statement purposes.

Coast Guard management deferred correction of most OM&S weaknesses reported in previous years, and acknowledged that the conditions we reported in prior years remained throughout fiscal year 2007. Lack of comprehensive and effective policies and controls over the performance of physical counts, and appropriate support for valuation, may result in errors in the physical inventory process or inventory discrepancies that could result in financial statement misstatements.

*Criteria:* Statement of Federal Financial Accounting Standard (SFFAS) No. 6, *Accounting for Property, Plant, and Equipment*, requires that:

- PP&E is recorded at historical cost with an adjustment recorded for depreciation. In the absence of such information, estimates may be used based on a comparison of similar assets with known values or inflation-adjusted current costs; and
- PP&E accounts should be adjusted for disposals, retirements, and removal of PP&E, including associated depreciation.

According to OMB Circular No. A-123, transactions should be promptly recorded, and properly classified and accounted for, in order to prepare timely and reliable financial and other reports. Documentation for transactions, management controls, and other significant events must be clear and readily available for examination.

FFMIA Section 803(a) requires each agency to implement and maintain a system that complies substantially with Federal financial management system requirements as stipulated in OMB Circular No. A-127. That Circular requires an agency's system design "to have certain characteristics that include consistent internal controls over data entry, transaction processing, and reporting throughout the system to ensure the validity of the information."

According to GAO *Standards*, assets at risk of loss or unauthorized use should be periodically counted and compared to control records. Policies and procedures should be in place for this process. The FSIO publication, *Inventory, Supplies, and Material System Requirements,* states that "the general requirements for control of inventory, supplies and materials consist of the processes of receipt and inspection. An agency's inventory, supplies and materials system must identify the intended location of the item and track its movement from the point of initial receipt to its final destination." SFFAS No. 3, *Accounting for Inventory and Related Property*, states OM&S shall be valued on the basis of historical cost.

*Recommendations:* We recommend that the Coast Guard:

*Regarding PP&E:*

1. Improve controls and related processes and procedures to ensure that documentation supporting PP&E acquisitions, to include the CIP process and existence, including additions, transfers, and disposals, is maintained to support capitalized PP&E;
2. Implement processes and controls to record PP&E transactions accurately, consistently, and timely in the fixed asset system; record an identifying number in the fixed asset system at the time of asset purchase to facilitate identification and tracking; and ensure that the status of assets is accurately maintained in the system;
3. Revise procedures for performing physical inventories of repairable items, to include procedures for resolving differences, and reporting results, to ensure that repairable PP&E is accurately and completely classified and recorded. Support the pricing methodology used to value repairable PP&E to ensure that balances, as presented in the financial statements, approximate amortized historical cost; and
4. Review policies and procedures to account for improvements and impairments to buildings and structures, capital leases, and identify proper useful lives for depreciation purposes in accordance with GAAP.

*Regarding OM&S:*

5. Update OM&S physical count policies, procedures, and controls, and provide training to personnel responsible for conducting physical inventories, and include key elements of an effective physical inventory in the policies;
6. Consider adopting a system of bar-coding or tagging OM&S as a method of tracking usage and maintaining a perpetual inventory of OM&S on hand; and
7. Establish processes and controls to support the calculated value of OM&S to ensure accounting is consistent with GAAP.

### I-F Actuarial and Other Liabilities

*Background:* The Coast Guard maintains pension, medical, and postemployment travel benefit programs that require actuarial computations to record related liabilities for financial reporting purposes. The Military Retirement System (MRS) is a defined benefit plan that covers both retirement pay and health care benefits for all active duty and reserve military members of the Coast Guard. The medical plan covers active duty, reservists, retirees/survivors and their dependents that are provided care at Department of Defense (DoD) medical facilities. The postemployment travel benefit program pays the cost of transportation for uniformed service members upon separation from the Coast Guard. Annually, participant and cost data is extracted by the Coast Guard from its records and provided to an actuarial firm as input for the liability calculations. The accuracy of the actuarial liability as reported in the financial statements is dependent on the accuracy and completeness of the underlying participant and cost data provided to the actuary. A combined unfunded accrued liability of approximately $30 billion for the plans is reported in the DHS consolidated balance sheet at September 30, 2007.

The Coast Guard estimates accounts payable as a percentage of undelivered orders (UDOs) based on historical trends. As described in Exhibit I-G, *Budgetary Accounting*, reliable accounting processes surrounding the recording of obligations and disbursements, and tracking of UDOs, are key to the accurate reporting of accounts payable in the Coast Guard's financial statements.

The Coast Guard's environmental liabilities consist of two main types: shore facilities and vessels. Shore facilities include any facilities or property other than ships, e.g., buildings, fuel tanks, lighthouses, small arms firing ranges (SAFRs), etc.

The Coast Guard estimates its legal liabilities to include Oil Spill Liability Trust Fund claims, that are incorporated, and recorded, as part of the DHS legal liability on DHS financial statements.

*Conditions:* We noted the following internal control weaknesses related to actuarial and other liabilities. The Coast Guard does not:

- Have effective policies, procedures, and controls to ensure the completeness and accuracy of participant data, medical cost data, and trend and experience data provided to, and used by, the actuary for the calculation of the MRS pension, medical, and postemployment benefit liabilities. Reconciliations between subsidiary and general ledger amounts for medical expenditures are not effective.
- Have effective policies, procedures and internal controls over the Coast Guard's process for reconciling military payroll recorded in the CAS general ledger to detail payroll records. Military personnel data changes, including changes in leave balances and payroll corrections, are not processed in the appropriate payroll and/or reporting periods, and

consequently impact the completeness and accuracy of leave and payroll accruals as well as data used for actuarial projections.

- Use a reliable methodology to estimate accounts payable. The method used was not supported as to the validity of data, assumptions, and criteria used to develop and subsequently validate the reliability of the estimate for financial reporting.
- Support the completeness, existence, and accuracy assertions of the data utilized in developing the estimate for the FY 2007 recorded environmental liability account balance. The Coast Guard has not fully developed, documented, and implemented the policies and procedures in developing, preparing, and recording the environmental liability estimates related to vessels, shore facilities projects, lighthouses, and SAFRs.
- Use a reliable methodology to estimate their legal liabilities, to include Oil Spill Liability Trust Fund claims that are incorporated and recorded as part of the DHS contingent legal liability on DHS consolidated financial statements. The Coast Guard did implement corrective actions to support the completeness of their oil spill legal claims. However, Coast Guard policies, procedures, and internal controls were not fully effective to accurately estimate liabilities for oil spill claims.

*Cause/Effect:* Much of the data required by the actuary comes from personnel and payroll systems that are outside of the Coast Guard's accounting organization and are instead managed by Coast Guard's Personnel Service Center (PSC). The PSC has not substantiated the completeness and accuracy of the basic pay information provided to the actuary. Consequently, the Coast Guard management is unable to provide assurance on the completeness and accuracy of actuarially determined liabilities as stated in the DHS consolidated balance sheet at September 30, 2007. In addition, the Coast Guard does not have sufficient controls to prevent overpayments for medical services, and inaccurate medical costs submitted to the Coast Guard actuary could result in a misstatement of the actuarial medical liability and related expenses. Also, the conditions noted exist, in part, because of ineffective entity-level controls, in particular, with regard to financial management oversight – see Exhibit I-A, *Financial Management and Entity Level Controls.*

The Coast Guard has not yet developed comprehensive policies and procedures or corrective action plans to address the conditions above, and consequently, management is unable to assert to the accuracy and completeness of accounts payable, and payroll accruals recorded as of September 30, 2007.

The Coast Guard has not developed consistent, written, agency-wide policies to define the technical approach, cost estimation methodology, and overall financial management oversight of its oil spill claims and environmental remediation projects, resulting in the inability to support the completeness of the estimate and possible misstatement of the liability in its financial statements.

*Criteria:* According to SFFAS No. 5, *Accounting for Liabilities of the Federal Government*, paragraph 95, the employer should recognize an expense and a liability for other postemployment benefits (OPEB) when a future outflow or other sacrifice of resources is probable and measurable on the basis of events occurring on or before the reporting date. Further, the long-term OPEB liability should be measured at the present value of future payments, which requires the employer to estimate the amount and timing of future payments, and to discount the future outflow over the period for which the payments are to be made.

GAO *Standards* hold that transactions should be properly authorized, documented, and recorded accurately and timely. OMB Circular No. A-123 states that "transactions should be promptly recorded, properly classified, and accounted for in order to prepare timely accounts and reliable

financial and other reports." SFFAS No. 1, *Accounting for Selected Assets and Liabilities*, states, "When an entity accepts title to goods, whether the goods are delivered or in transit, the entity should recognize a liability for the unpaid amount of the goods. If invoices for those goods are not available when financial statements are prepared, the amounts owed should be estimated."

Statement on Auditing Standards (SAS) No. 57, *Auditing Accounting Estimates,* states "An entity's internal control may reduce the likelihood of material misstatements of accounting estimates. Specific relevant aspects of internal control include the following: Accumulation of relevant, sufficient, and reliable data on which to base an accounting estimate, and comparison of prior accounting estimates with subsequent results to assess the reliability of the process used to develop estimates."

Federal Accounting Standards Advisory Board (FASAB) Technical Release No. 2, *Determining Probable and Reasonably Estimable for Environmental Liabilities in the Federal Government*, states that an agency is required to recognize a liability for environmental cleanup costs as a result of past transactions or events when a future outflow or other sacrifice of resources is probable and reasonably estimable. Probable is related to whether a future outflow will be required. Reasonably estimable relates to the ability to reliably quantify in monetary terms the outflow of resources that will be required.

*Recommendations:* We recommend that the Coast Guard:

*Regarding actuarial liabilities:*

1. Establish and document policies, procedures, and effective controls to ensure the completeness and accuracy of the actuarial pension, medical, and postemployment travel benefit liabilities;
2. Establish and document policies, procedures, and effective controls to ensure the completeness and accuracy of participant data, medical cost data, and trend and experience data provided to, and used by, the actuary for the calculation of the MRS pension, medical, and postemployment travel benefit liabilities; and
3. Perform a periodic reconciliation between the medical expenditures recorded in the subsidiary ledger and those recorded in the CAS, and address differences before data is provided to the actuary. This reconciliation should be performed for all significant sources of medical actuarial data, including TriCare, and DoD Military Treatment Facilities (MTFs). In addition, this reconciliation should be reviewed by someone other than the preparer to ensure accuracy.

*Regarding accounts payable and payroll:*

4. Analyze and make appropriate improvements to the methodology used to estimate accounts payable and support all assumptions and criteria with appropriate documentation to develop and subsequently validate the estimate for financial reporting; and
5. Implement corrective action, including appropriately designed and implemented internal controls, to support the completeness, existence, and accuracy of changes in member personnel data records and military payroll transactions, and to include recorded accrued military leave and payroll liabilities.

*Regarding environmental liabilities:*

6. Develop consistent written agency-wide policies, procedures, processes, and controls to ensure identification of and recording of all environmental liabilities, define the technical approach, cost estimation methodology, and overall financial management oversight of its environmental remediation projects. The policies should include:
   a) Procedures to ensure the proper calculation and review of cost estimates for consistency and accuracy in financial reporting, including the use of tested modeling techniques, use of verified cost parameters, and assumptions;
   b) Periodically validate estimates against historical costs; and
   c) Ensure that detailed cost data is maintained and reconciled to the general ledger.

*Regarding legal liabilities:*

7. Develop, document, and implement a reliable methodology as well as formal policies and procedures, to include internal controls, to verify and support the accuracy of the legal liability estimate and related disclosures.

## I-G Budgetary Accounting

*Background:* Budgetary accounts are a category of general ledger accounts where transactions related to the receipt, obligation, and disbursement of appropriations and other authorities to obligate and spend agency resources are recorded. Each Treasury Account Fund Symbol (TAFS), with separate budgetary accounts, must be maintained in accordance with OMB and Treasury guidance. The Coast Guard has over 80 TAFS covering a broad spectrum of budget authority, including annual, multiyear, and no-year appropriations; and several revolving, special, and trust funds. In addition, the Coast Guard estimates accounts payable at year end as a percentage of UDOs based on historical trends. Reliable accounting processes surrounding obligations, UDOs and disbursements are key to the accurate reporting of accounts payable in the DHS consolidated financial statements.

*Conditions:* We noted the following internal control weaknesses related to budgetary accounting, many of which were repeated from our fiscal year 2006 report.

- The policies, procedures and internal controls over the Coast Guard's process for validation and verification of UDO balances are not effective to ensure that recorded obligations and UDO balances were complete, valid, accurate, and that proper approvals and supporting documentation is maintained.
- Policies were not fully implemented to ensure that contract awards, particularly related to the Deepwater Acquisition Program, were recorded in the general ledger in a timely manner, and as a result, obligations might have been temporarily understated.
- Procedures and controls are not implemented to prevent incurring a commitment/obligation in excess of established targets so that funds are not obligated in excess of the apportioned and allotted amounts. In addition, the Coast Guard did not effectively monitor unobligated commitment activity in its procurement system. As of April 2007, there were over 16,000 unobligated commitment transactions totaling approximately $516 million.
- The Coast Guard's procedures, processes, and internal controls in place to verify the completeness and accuracy of the year-end obligation pipeline adjustment to record all executed obligations were not properly designed and implemented. These deficiencies

affected the completeness, existence, and accuracy of the year-end "pipeline" adjustment that was made to record obligations executed before year end.

- Automated system controls are not effectively used to prevent the processing of procurement transactions by contracting officer's with expired warrant authority, and a manual compensating control was not effective since listings of warranted contracting officers were not complete.

*Cause/Effect:* Several of the Coast Guard's budgetary control weaknesses can be corrected by modifications or improvements to the financial accounting system, process improvements, and strengthened policies and internal controls. Weak controls in budgetary accounting, and associated contracting practices increase the risk that the Coast Guard could violate the *Anti-deficiency Act* and overspend its budget authority. The financial statements are also at greater risk of misstatement. The untimely release of commitments may prevent funds from being used timely for other purposes.

*Criteria:* According to the JFMIP, *Core Financial System Requirements*, an agency's core financial management system must ensure that an agency does not obligate or disburse funds in excess of those appropriated and/or authorized and specific system edits and user notifications related to funds control must be in place. The *Federal Acquisition Regulation* (FAR) Section 1.16 addresses the authorities and responsibilities granted to contracting officers. Treasury's USSGL guidance specifies the accounting entries related to budgetary transactions.

FFMIA Section 803(a) requires that each Agency to implement and maintain a system that complies substantially with Federal financial management system requirements as stipulated by OMB Circular No. A-127.

*Recommendations:* We recommend that the Coast Guard:

1. Improve policies, procedures, and the design and effectiveness of controls related to processing obligation transactions, including periodic review and validation of UDOs. Emphasize to all fund managers the need to perform effective reviews of open obligations, obtain proper approvals, and retain supporting documentation;
2. Fully implement policies and the design and effectiveness of controls to ensure that contract awards are recorded in the general ledger in a timely manner;
3. Improve segregation of duties for transactions related to the creation and approval of purchase requisitions, certification of funds availability, and the recording of the obligations, and record contracts timely;
4. Revise controls and related policies and procedures to periodically review commitments;
5. Improve procedures, processes, and internal controls to verify the completeness and accuracy of the year-end obligation pipeline adjustment to record all executed obligations for financial reporting; and
6. Establish automated system controls to prevent incurring a commitment/obligation in excess of established targets so that funds are not obligated in excess of the apportioned and allotted amounts and preclude the processing of procurement transactions if the contracting officer's warrant authority had expired.

## II-A Financial Management and Entity Level Controls (FEMA)

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| FEMA | | N/A | N/A |
| OFM | | | |
| ICE | | | |

**Key – Trend Table**

Corrected
SD Significant Deficiency*
Material Weakness*
* See Introduction

*Background:* The Federal Emergency Management Agency (FEMA)'s accounting and financial reporting requirements are very diverse supporting multifaceted operations, such as temporary assistance funds, disaster relief loans, national flood insurance programs, stockpiles of essential supplies, mission assignments to other federal agencies for restoration and reconstruction, and grants to state and local governments. These programs are sometimes subject to complicated accounting rules, as defined by the *Federal Accounting Standards Advisory Board* (FASAB), and require specialized technical knowledge to interpret and apply. FEMA has been subject to significant reorganization efforts during FY 2007 and FY 2006, while also continuing its disaster relief efforts resulting from the 2005 hurricanes affecting the Southern U.S. In addition, FEMA's accounting personnel and systems need to be ready to mobilize and support disaster operations with little advance notice, while also maintaining sound financial management standards. These circumstances place a high demand on financial management and emphasize the need for strong entity level controls throughout FEMA. Some of the conditions cited below contributed to qualifications of our Independent Auditors' Report in previous years. We believe these conditions, which include financial reporting control weaknesses, considered in aggregate, now represent a material weakness in financial management and entity level controls at FEMA.

Until 2007, the DHS OFM, within the OCFO at DHS Headquarters has not been adequately staffed with a sufficient number of management personnel who had the requisite financial accounting background, knowledge, and expertise, to both (i) set up, and (ii) effectively manage the consolidated financial reporting and internal control infrastructure of a large and complex Executive Branch agency. However, late in FY 2006 and throughout 2007, the OCFO executed a staffing plan to fill gaps in OFM skill sets. With the addition of new financial management and staff, restructuring of the OFM, development and issuance of new policies and procedures, and improved internal controls, with a focus on entity level controls, we noted that OFM has fully corrected its material weakness in *Financial Management and Entity Level Controls* reported in our FY 2006 report.

In 2006, we reported that ICE corrected its entity level control weaknesses in financial management and oversight. The corrective actions taken in 2006 continued to be effective in FY 2007.

*Conditions:* We noted the following internal control weaknesses related to financial management and entity level controls at FEMA, when combined with the conditions existing at the Coast Guard (see Exhibit I-A, *Financial Management and Entity Level Controls*), rise to a material weakness at the DHS consolidated financial statement level.

FEMA:

- Has not established a financial management organizational structure, with clear oversight and supervisory review functions that supports the development and implementation of effective policies, procedures, and internal controls over financial reporting, to ensure that accounting principles are correctly applied and accurate financial data is submitted to OFM for consolidation in a timely manner. For example, we noted:

  - The FEMA CFO does not have clearly defined and complete authority and responsibility for all financial accounting policy, processes, and control functions throughout the agency;
  - Financial management oversight functions have not been clearly defined, complete with an organizational chart, job descriptions, roles and responsibilities, training requirements, and skill sets required;
  - A lack of segregation of duties in financial reporting roles; and
  - A lack of supervisory review in financial functions, especially over complex, nonroutine accounting estimates and adjustments, such as credit reform subsidies.

- Does not have a sufficient number of experienced financial managers and staff to expeditiously address nonroutine accounting issues. A lack of skilled accounting resources has contributed to FEMA's inability to perform important accounting functions timely. For example, we noted that FEMA did not:
  - Fully integrate certain Grants and Training (G&T) accounting processes;
  - Perform necessary procedures to completely and accurately present stockpile inventory balances in the consolidated financial statements;
  - Reevaluate the reasonableness of its allowance rates for disaster relief accounts receivable; and
  - Prepare and record adjustments for its National Flood Insurance Program accurately or timely. A material error was identified after submission of FEMA's year-end financial information to OFM.
- Has not completed and implemented a comprehensive CAP to correct internal control weaknesses that are contributing to Department-level material weaknesses, as required by OMB Circular No. A-50, *Audit Follow-up*, as revised.
- Has not documented and/or updated formal policies and procedures (including desk manuals) for many of the roles, responsibilities, processes, and functions performed within FEMA. For example, in FY 2007, we noted that improvements are needed in the formal documentation of policies and procedures related to *Anti-deficiency Act* compliance, preparation and review of the quarterly and annual financial statements; identification of and adherence to GAAP and OMB statements and guidance; policies for timely de-obligation of outstanding grant and non-grant obligations that should be closed related to the former G&T office; policies for monitoring and responding to OMB Circular No. A-133 reports, Office of Inspector General (OIG) reports, and GAO report findings and recommendations; and the quarterly process for estimating accruals (including accrual validation).
- Has not completed the placement of sufficient financial and accounting resources in its regional offices, which contributes to certain issues in Mission Assignment accounting. For example, Mission Assignment obligations are not closed out timely, and in a sample of 216 Mission Assignment payments selected for testwork, we noted that approximately 10% of the payments were not properly reviewed and approved in accordance with FEMA policy.

*Cause/Effect:* FEMA maintains a relatively small headquarters infrastructure and accounting staff, compared to its diverse programmatic and mission focused objectives. In addition, FEMA is dependent on timely information from other federal agencies, state governments, and grantees

to account for some transactions. FEMA's evaluation of internal control over financial reporting conducted pursuant to OMB Circular No. 123, *Managements Responsibility for Internal Control*, and representations made to the Secretary pursuant to the *DHS Financial Accountability Act*, stated that FEMA could not provide reasonable assurance that its internal controls over financial reporting are operating effectively to achieve desired objectives during FY 2007.

*Criteria:* FMFIA requires that agencies establish internal controls according to standards prescribed by the Comptroller General and specified in the GAO *Standards*. The GAO defines internal control as an integral component of an organization's management that provides reasonable assurance that the following objectives are achieved: effectiveness and efficiency of operations, reliability of financial reporting, and compliance with applicable laws and regulations. The GAO *Standards* identify the control environment, as one of the five key elements of control, which emphasizes the importance of control conscientiousness in management's operating philosophy and commitment to internal control. These standards cover controls such as human capital practices, supervisory reviews, and segregation of duties, policies, procedures, and monitoring.

*Recommendations.* We recommend that FEMA:

a) Provide its CFO with clear authority to develop and implement accounting and financial reporting policies, procedures, and internal controls throughout the agency. Program offices should be required to adhere to policies;

b) Evaluate the existing financial management organizational and internal control structure to determine the number of personnel and resources needed, along with the requisite skills and abilities necessary, to ensure that all significant transactions and account balances are accurately and completely recorded in FEMA's general ledger in a timely manner;

c) Assign accounting functions and responsibilities to staff to ensure proper segregation of duties;

d) Establish clear management oversight responsibilities and processes to effectively review adjustments to account balances and complex, nonroutine accounting transactions;

e) Develop and implement a comprehensive CAPs to correct conditions that contribute to the Department-level material weaknesses in internal controls, and prevented FEMA management from providing reasonable assurance on the effectiveness of internal control;

f) Fully implement plans to place comptrollers in each regional office; and

g) Ensure that procedures are in place to maintain all job-related training, and other critical personnel actions.

## II-B Financial Reporting (DHS-HQ, FEMA, and TSA)

| | 2007 | [illegible] | [illegible] |
|---|---|---|---|
| DHS-HQ | | | |
| FEMA* | | N/A | |
| TSA | SD | | |
| ICE | [illegible] | [illegible] | |

* FEMA Financial Reporting conditions are combined with Comment II-A in 2007

*Background:* DHS-HQ (or DHS Management and Operations) is comprised of various programs, reporting entities, and offices including, the OCFO. The OCFO is primarily responsible for the financial accounting and reporting infrastructure of the Department, together with other responsibilities as defined in the *Chief Financial Officers Act of 1990*, as amended by *DHS Financial Accountability Act of 2004*. DHS' OFM is responsible for preparing the *Annual Financial Report* (AFR), including the

consolidated financial statements, footnote and supplementary data, from trial balances and other financial data submitted by the components to OFM through the TIER system. DHS components are responsible for providing OFM complete, accurate, and timely submission of monthly financial data and reports. The DHS CFO has authority to establish accounting policy that must be followed by components when submitting data used in the DHS consolidated financial statements, and has established *Standard Operating Procedures* (SOP)s, to perform oversight and monitoring controls over financial data submitted by the components that are properly designed and effective when fully completed. During FY 2007, the OCFO issued a component guide that describes component reporting procedures and requirements, as well as other policy memoranda, and several additional DHS-wide policies are scheduled for release in 2008.

FEMA identified a material weakness in internal control over financial reporting in its FY 2007 assurance statement sent to the Secretary, in accordance with Departmental policies requiring self evaluation of internal controls pursuant to FMFIA and OMB Circular No. A-123. The financial reporting internal control weaknesses at FEMA are included in Exhibit II-A, *Financial Management and Entity Level Controls.*

The TSA began using the Coast Guard's *Core Accounting System* (CAS) for its primary general ledger in FY 2005. The transition to a new accounting system required the development and implementation of many new accounting processes and procedures, some of which were needed to mitigate material weaknesses in internal controls that existed prior to TSA's migration to CAS and that currently exist at the Coast Guard. This process of setting up a financial accounting and reporting process interfered with TSA's ability to prepare timely and accurate financial statements through 2006, and contributed to a material weakness in internal controls over financial reporting. In FY 2007, TSA developed and implemented a CAP to address its financial reporting and other accounting internal control weaknesses. TSA has made progress toward correction of control weaknesses in financial reporting in FY 2007.

In 2006, we reported that ICE corrected its internal control weaknesses over financial reporting. The corrective actions taken in 2006 continued to be effective in FY 2007.

*Conditions:* We noted the following internal control weaknesses related to financial reporting at DHS-HQ and TSA:

1. DHS-HQ:

   - Has made significant progress toward the performance of responsibilities related to the consolidated financial reporting at DHS, however additional improvements are needed to fully implement a consolidated financial reporting process. This condition is supported, in part by these observations:

     - As part of the Post-Katrina reorganization, the Office of Health Affairs (OHA) was established. The accounting, reporting, and data gathering responsibilities for the new entity, including a new reporting requirement affecting the presentation of a transfer appropriation account and related activity conducted by another Federal agency and reimbursed by OHA, were not clearly established and delegated in time to be effective during the year. OHA does not have the administrative infrastructure in place to facilitate (i.e., user controls) financial reporting functions provided by its service provider (i.e., service provider controls) which changed during FY 2007. Consequently, DHS management was unable to support its implementation of a new reporting requirement of OMB Bulletin No. A-136, *Financial Reporting Requirements*, affecting the accounting and presentation of budgetary allocation transfers that occurred at OHA, and was unable to represent that the balance sheet of

OHA is fairly stated in conformity with U.S. generally accepted accounting principles at September 30, 2007. Specifically, OHA did not obtain assurance that $1.4 billion of fund balance with Treasury and undelivered orders recorded as result of a budget allocation to another Federal agency, was properly stated at September 30, 2007. The total assets of OHA, as reported in the accompanying DHS balance sheet as of September 30, 2007, were $3.2 billion or 4 percent of total DHS consolidated assets.

- DHS was not able to timely or completely reconcile intragovernmental balances with other Federal entities, particularly the Department of Defense. Consequently, the DHS' *Material Difference/Status of Disposition Certification Report*, submitted to the Treasury for September 30, 2007, showed material differences attributable to accounting/reporting errors in excess of $1.5 billion FEMA, Coast Guard, TSA and CBP are DHS components that have significant intragovernmental transactions throughout the year. These conditions also impacted DHS' ability to accurately report transactions with Federal government trading partners in the financial statements as required; and
- Instances were noted where DHS components routinely provided OFM incomplete or inaccurate information, and/or did not respond timely to OFM' inquires. Consequently, OFM was often unable to fully complete its own procedures for timely review of component financial data and, therefore, are unable to resolve potential errors before the financial statements were prepared.

• Has not fully implemented recently issued policies, and we noted weaknesses in the operating effectiveness of the following established policies:

  - Beginning of the year balance reconciliations that ensure opening balances agree to the prior year ending balances. These weaknesses resulted in several material errors in the financial statements that were not identified by OFM, until questioned during our audit;
  - Interim financial statement preparation and support. During our review of the June 30, 2007, draft financial statements, we noted some errors and discrepancies that were not corrected prior to submission to the auditor. In some cases, we noted that erroneous entries were recorded to correct out-of-balance conditions in data submitted by components, without support or follow-up, and resolution with the component; and
  - Computation of abnormal or unusual account balances, including proprietary to budgetary account relationship analysis performed at the consolidated level. Currently, there is still a reliance on the external auditor to identify potential errors through proprietary to budgetary reconciliations, and refer the differences to components and OFM for investigation and resolution. Although upgrades to the existing analytical tools have been developed by OFM, they are not yet being fully utilized, with full implementation scheduled for FY 2008.

• Did not always perform key supervisory and monitoring control procedures over work prepared by accounting staff during the year. In some cases, we noted that supervisory reviews were performed and documented on incomplete information, without evidence of closure on open issues. Some reviews were not effective, e.g., did not identify material errors in the financial data. For example, some top-side (manual) adjustments to financial statements, and fluctuation and variance analysis, were not always reviewed and approved by a supervisor. In some cases, we noted that these manual adjustments also created misstatements of the financial statement balances, which were identified during our audit.

- Has not established Strategic Goals and the financial information systems or sufficiently documented processes to accumulate cost data by DHS strategic goal when the goals are established, as required by SFFAS No. 4, *Managerial Cost Accounting Concepts and Standards*, and does not have a current strategic plan, as required by the *Government Performance and Results Act* (GPRA) (see Exhibit III-N).

2. TSA has improved its financial reporting process in FY 2007. While TSA has made progress in addressing the conditions we identified and reported in 2006, its financial reporting CAP has not been fully implemented by the end of FY 2007. We noted that TSA:

   - Made a number of restatements to its prior year financial statements, primarily as a result prior-year data that was not previously reconciled to its general ledger.
   - Did not have certain policies and procedures in place all fiscal year.
   - Required numerous other on-top adjustments to properly close and report its monthly and annual financial results, did not consistently reverse all on-top adjustments that required reversal, and did not record all on-top adjustments properly.
   - Required significant additional human resources, to perform its year-end general ledger close, prepare financial statements, and respond to audit inquiries in a timely manner.

*Cause/Effect:* The OCFO adopted CAPs to address the conditions cited above; however, we continue to report that the OCFO has a material weakness in financial reporting, primarily because the OCFO has not yet fully implemented policies designed to ensure timely, accurate, and complete periodic reporting throughout the year, and developed tools to ensure that component agencies routinely respond to inquiries and actively investigate and resolve potential accounting and reporting errors in a timely manner. In some cases, newly designed centralized policies and procedures, together with effective internal controls over financial reporting, have not been fully implemented as of September 30, 2007. In addition, challenges remain in obtaining consistently complete and accurate data from DHS components, affecting OFM's ability to completely perform its responsibilities in a timely manner.

Intragovernmental out-of-balances exist in many Federal agencies and DHS is dependent on other Federal agencies maintaining accurate account balances in order to fully reconcile its balances. No government-wide system currently exists to allow for this reconciliation to be done independently by DHS. Although OFM undertook numerous corrective actions in FY 2007, including initiating a consolidated confirmation process, holding workshops to instruct components how to reconcile balances, assisting components in implementing procedures to support balances with external trading partners, and meeting with OMB and other agencies to directly reconcile differences, DHS was not able to fully reconcile its balances. OFM's process does demonstrate progress; for instance, it recently reconciled a $350 million difference with the Department of Defense.

TSA's CAP is a two-year plan to fully remediate the process and control weaknesses in financial reporting, which is not scheduled for completion until FY 2008. TSA invested substantial resources to reconcile its beginning balance sheet accounts, as necessary, to obtain an external audit of those accounts. FY 2007 was a "catch-up" year, intended to establish more efficient and effective accounting and financial reporting processes which will benefit FY 2008 and beyond.

*Criteria:* OMB Circular No. A-136, *Financial Reporting Requirements*, revised July 24, 2006, changed the financial reporting requirements for transferring, or allocating, budget authority from one entity to another within or to another Federal department (i.e., parent/child reporting). OMB Memorandum M-07-12 clarified the reporting requirements and emphasized that the two Federal

departments may need to coordinate to ensure that parent's reporting and auditing requirements are met.

The *Treasury Federal Intragovernmental Transactions Accounting Policies Guide,* dated August 18, 2006, and OMB Circular No. A-136, require Federal CFO Act and non-CFO Act entities identified in the Treasury Financial Manual (TFM) 2006, Vol. I, Part 2-Chapter 4700, *Agency Reporting Requirements for the Financial Report of the United States Government,* to perform quarterly reconciliations of intragovernmental activity/balances. TFM, Section 4706, *Intragovernmental Requirements,* requires reporting agencies to reconcile and confirm intragovernmental activity and balances quarterly for specific reciprocal groupings. TFM Bulletin 2007-03 *Intragovernmental Business Rules*, also provides guidance to Federal agencies for standardizing the processing and recording of intragovernmental activities.

OMB Circular No. A-123 defines management's responsibility and provides guidance to Federal managers on improving the accountability and effectiveness of Federal programs and operations by establishing, assessing, correcting, and reporting on internal control. Within the organizational structure, management must clearly: define areas of authority and responsibility; appropriately delegate the authority and responsibility throughout the agency; establish a suitable hierarchy for reporting; support appropriate human capital policies for hiring, training, evaluating, counseling, advancing, compensating, and disciplining personnel; and uphold the need for personnel to possess and maintain the proper knowledge and skills to perform their assigned duties as well as understand the importance of maintaining effective internal control within the organization.

FMFIA requires that agencies establish internal controls according to standards prescribed by the Comptroller General and specified in the GAO *Standards.* The GAO defines internal control as an integral component of an organization's management that provides reasonable assurance that the following objectives are achieved: effectiveness and efficiency of operations, reliability of financial reporting, and compliance with applicable laws and regulations. The GAO *Standards* identify the control environment, as one of the five key elements of control, which emphasizes the importance of control conscientiousness in management's operating philosophy and commitment to internal control. These standards cover controls such as human capital practices, supervisory reviews, and segregation of duties, policies, procedures, and monitoring.

OMB Circular No. A-50 states that corrective action taken by management on audit findings and recommendations is essential to improving the effectiveness and efficiency of Government operations. Each agency shall establish systems to assure the prompt and proper resolution and implementation of audit recommendations. These systems shall provide for a complete record of action taken on both monetary and nonmonetary findings and recommendations.

*Recommendations:* We recommend that:

1. DHS-HQ (with OCFO and OFM):

    a) Develop a strategy to quickly provide full accounting and reporting services to newly created reporting entities. Identify a full-service accounting provider for OHA, that will address the allocation transfer accounting matters early in FY 2008, and make appropriate adjustments to the financial statements to accurately reflect activity and balances. Consider creating a permanent group within OCFO that will proactively identify and resolve accounting issues before they develop into significant problems, similar to the process used to assist US-Visit in FY 2007. When appropriate, and needed, this group should be directly involved in development and implementation of long-term accounting solutions, either within the Directorate or at an existing component;

    b) Fully implement a comprehensive proprietary to budgetary account analysis that is performed each month with TIER submissions, and require component entities to

investigate and resolve differences in a timely manner. Monthly certifications received from component CFOs should specifically state the completion of this procedures, together with recording of correcting entries to the general ledger;

c) Direct component CFO leadership to improve communication and coordination on unique accounting and transactional matters, and to improve the accuracy of routine monthly data submissions. Problems with timeliness, completeness and accuracy of component data submissions, and/or responsiveness to OFM may need the support of the CFO to resolve;

d) In coordination with other DHS components, further develop policies, procedures and controls that will result in the timely reconciliation of intragovernmental activity and balances. Differences should be reconciled in a timely manner. This may involve setting up special arrangements with some trading partners, such as work OFM has begun with the Department of Defense. Procedures should include positive confirmation at least on a quarterly basis, all intragovernmental activity and balances with their intragovernmental trading partners, including other DHS component entities, as prescribed by Treasury guidance;

e) Continue with implementation of the financial reporting management directives scheduled for release in FY 2008. Once implemented, the policies should be tested for effectiveness, and when necessary, make improvement to addresses weaknesses identified;

f) Improve supervisory and monitoring control procedures over work prepared by accounting staff during the year, to ensure that they will reliably identify errors for correction, in a timely manner. Consider additional training for component accountants to improve the quality of submitted financial data, and for desk officers to improve the effectiveness of their initial reviews; and

g) OCFO and applicable component entities should develop financial information systems and document processes to accumulate and present cost data by DHS strategic goal, as required by SFFAS No. 4.

2. TSA:

a) Consistently adhere to policies and perform procedures for the preparation and approval of on-top adjustments for submission to its accounting services provider;

b) Develop and implement procedures to properly identify all on-top adjustments that require reversal in the subsequent period and to ensure the timely reversal of those adjustments; and

c) Once accounting and reporting processes stabilize in FY 2008, perform a financial organization and human resource needs assessment in coordination with its accounting services provider to determine the optimum number of accounting personnel and skill sets required and the most effective organizational structure to sustain efficient accounting operations. TSA's accounting operations should be designed and staffed to most efficiently support timely responses to auditor inquiries during the year, without also causing significant disruption to on-going accounting operations.

### II-C Financial Systems Security

*Background:* Financial systems security is essential to achieving effective, reliable reporting of financial and performance data. As a part of the financial statement audit, we perform an

evaluation of the general controls over significant DHS financial IT systems. Effective general controls are typically defined by the GAO's FISCAM, in six key control areas: entity-wide security program planning and management, access control, application software development and change control, system software, segregation of duties, and service continuity. In addition to general controls, financial systems contain application controls, which are the structure, policies, and procedures that apply to use, operability, interface, edit and monitoring controls of an application. We tested various application controls of key DHS financial systems as part of our IT audit test work.

The primary IT systems evaluated as a part of our audit are the component general ledger and subsidiary/feeder subledger or modules that support the financial statements and specific accounting processes such as grants, loans, excise tax receipts, etc.

During FY 2007, DHS Civilian Components took significant steps to improve their financial systems security, particularly the FISCAM general control areas entity-wide security program planning and management, and system software, which resulted in the closure of more than 30% of our prior year IT control findings.

*Conditions:* The FISCAM IT general control areas that continue to present a risk to financial systems security and data integrity include: 1) excessive access to key DHS financial applications; 2) application change control processes that are inappropriate in other locations not fully defined, followed, or effective; and 3) service continuity issues impacting DHS' ability to ensure that DHS financial data is available when needed. The conditions supporting our findings collectively limit DHS' ability to ensure that critical financial and operational data is kept secure and is maintained in a manner to ensure confidentiality, integrity, and availability. Our findings, including significant deficiencies that do not rise to the level of being a material weakness, are described in greater detail in a separate *Limited Official Use* letter provided to DHS management.

*Regarding access controls – we noted:*

- Excessive access existed within financial applications at two DHS components. Specifically, instances of generic shared accounts exist on the financial applications. These accounts have every privilege within the application, including the ability to create/delete/modify user accounts.
- Account management documentation did not exist, and user account lists were not periodically reviewed for appropriateness, resulting in inappropriate authorizations and excessive user access privileges across two DHS components.
- Accounts were not configured to disable upon personnel termination across two DHS components.
- Two DHS components had a large number of instances of inadequate or weak passwords that existed on key servers and databases that house financial data.
- Instances where workstations, servers, or network devices were configured without necessary security patches, inactivity time-outs, and proactive/appropriate vulnerability scanning not occurring.
- Audit logs were not reviewed at one DHS component, and the most restrictive security settings for the audit logging of highly privileged accounts and the protection of data sets were not enabled for a financial application at another DHS component.

*Regarding application software development and change control – we noted:*

- Instances where changes made to the configuration of the system were not always documented or performed for test plans, test results, approvals or software modifications at two DHS components. Additionally, documented approval did not exist, or was not always retained, for emergency enhancements, "bug" fixes, and data fixes, and in some cases, audit logs for tracking changes to the data or systems were not activated.
- One DHS component had implemented a separate and secondary change control process outside of and conflicting with the established change control process. In another instance, changes were made prior to management approval. Instances where changes made to the configuration of the system were not always documented or performed through System Change Requests (SCRs), test plans, test results, approvals, or software modifications at two DHS components also existed.
- The contract that a DHS component has with the software vendor does not include security configuration requirements that must be adhered to during the configuration management process.
- Instances where policies and procedures regarding change controls were not in place to prevent users from having concurrent access to the development, test, and production environments of the system, or for restricting access to application system software and system support files.
- Policies and procedures surrounding the system development life cycle (SDLC) process have not been documented or adopted a finalized SDLC.

*Regarding service continuity – we noted:*

- The Continuity of Operations Plan (COOP) does not include an accurate listing of critical information technology systems, did not have critical data files and an alternate processing facility documented, and was not adequately tested for DHS one component. An alternate processing site is not operational for DHS one component.
- Backup tapes are not rotated off site or are not periodically tested. One DHS component did not have policy and procedures developed for testing of backups.
- Rules of Behavior forms are not consistently signed prior to gaining local area network (LAN) access for one DHS component.

*Cause/Effect:* Many of these weaknesses were inherited from the legacy agencies that came into DHS or system development activities that did not incorporate strong security controls from the outset and will take several years to fully address. A contributing cause to repeated findings is that DHS lacks an effective component-wide prioritization of IT systems issues, including the development of a stable centralized IT platform for the Department. Several attempts have been made, such as eMerge and eMerge 2, to centralize the financial IT platform; however, each has been halted or delayed. In addition, we found that focus is also placed on the tracking of response to audit recommendations, instead of on developing the most effective method of addressing the actual control weakness; and when weaknesses in controls or processes are identified, the corrective actions address the symptom of the problem and do not the correct root cause – amounting to a temporary fix.

The effect of the IT weaknesses identified during our testing impacts the reliability of DHS' financial data. Many of these weaknesses, especially those in the area of change controls, may result in material errors in DHS' financial data that are not detected, in a timely manner, in the

normal course of business. In addition, as a result of the presence of IT weaknesses there is added pressure on the other mitigating manual controls to be operating effectively at all times. Because mitigating controls often require more human involvement, there is an increased risk of human error that could materially affect the financial statements.

*Criteria:* The FISMA passed as part of the *E-Government Act of 2002,* mandates that Federal entities maintain IT security programs in accordance with NIST guidance.

OMB Circular No. A-130 describes specific essential criteria for maintaining effective general IT controls.

FFMIA set forth legislation prescribing policies and standards for executive departments and agencies to follow in developing, operating, evaluating, and reporting on financial management systems. The purpose of FFMIA is: (1) to provide for consistency of accounting by an agency from one fiscal year to the next, and uniform accounting standards throughout the Federal Government; (2) require Federal financial management systems to support full disclosure of Federal financial data, including the full costs of Federal programs and activities; (3) increase the accountability and credibility of federal financial management; (4) improve performance, productivity and efficiency of Federal Government financial management; and (5) establish financial management systems to support controlling the cost of Federal Government.

DHS' *Sensitive Systems Policy, 4300A*, documents policies and procedures adopted by DHS intended to improve the security and operation of all DHS IT systems.

The FISCAM provides a framework and recommended audit procedures that are used to conduct the IT general control test work.

*Recommendations:* We recommend that the DHS Office of Chief Information Officer in coordination with the OCFO make the following improvements to the Departments financial management systems:

*For access controls:*

a) Implement an account management certification process within all the components to ensure the periodic review of user accounts for appropriate access and to ensure that generic accounts do not exist on the system;

b) Implement and appropriately implement an access authorization process that ensures that a request is completed and documented for each individual prior to granting him/her access to a financial application or database;

c) Implement a process to ensure that all accounts of terminated individuals from the system are immediately removed/end-dated/disabled upon their departure. This includes both terminated employees and contractors;

d) Enforce password controls that meet DHS' password requirements on all key financial systems. Conduct periodic vulnerability assessments, whereby systems are periodically reviewed for access controls not in compliance with DHS and Federal guidance and ensure that action is taken to remediate any security weaknesses identified;

e) Implement a patch and security configuration process, and enforce the requirement that systems are periodically tested by DHS components and the DHS Office of Chief Information Officer; and

f) Develop and implement detailed procedures requiring the review of operating system logs for suspicious activity and conduct audit log reviews of the operating system on a consistent and timely basis.

*For application software development and change control:*

a) Further develop and enforce policies that require changes to the configuration of the system are approved and documented, and audit logs are activated and reviewed on a periodic basis;

b) Implement a single, integrated change control process over the DHS components' financial systems with appropriate internal controls to include clear lines of authority to the components' financial management personnel and to enforce responsibilities of all participants in the process and documentation requirements. Further develop and enforce policies that require changes to the configuration of the system are approved and documented, and audit logs are activated and reviewed on a periodic basis;

c) Reevaluate and revise the contract between DHS and the software vendor or otherwise ensure that the security configurations associated with the application changes and software patches are in compliance with DHS and NIST standards for financial applications;

d) Develop and implement formal policies and procedures for restricting access to DHS system software, and promulgate it to all needed personnel, to be in compliance with DHS *Sensitive Systems Policy*, 4300A;

e) Develop and implement procedures to perform a periodic review of access to financial application software and support files to determine whether access is valid, consistent with job responsibilities, and according to the least privilege principle; and

f) Remove excessive access to the all DHS financial application software and support files. Develop, document and implement a formalized SDLC process.

*For service continuity:*

a) Update the COOP to document and prioritize an accurate listing of critical IT systems;

b) Perform testing of key service continuity capabilities, including contingency planning;

c) Ensure that the alternate processing site is made operational;

d) Rotate backups off-site on a regular basis, implement policies and procedures developed to enforce testing of backups, and Test backups at least annually;

e) Revise the COOP to incorporate critical data files and alternate processing facility; and

f) Ensure that all employees and contractors acknowledge and sign a Rules of Behavior prior to being granted LAN access.

## II-D Not Used

## II-E Capital Assets and Supplies (FEMA, TSA and US-Visit)

| | 2007 | | |
|---|---|---|---|
| FEMA | | N/A | N/A |
| TSA | SD | | |
| US-Visit | SD | | |

*Background:* FEMA maintains a stockpile of inventory (e.g., blankets, bottled water, cots, tarps, plastic sheeting, Meals Ready to Eat, and ice), to be used for disaster relief if the need arises. After the 2005 hurricane season, FEMA substantially

increased the amount of supplies that are stockpiled. The large increase in supplies has also increased the asset's carrying value on FEMA's and DHS' financial statements. FEMA policies require the agency to conduct an annual inventory of the supplies.

TSA maintains extensive capital assets used at airports to screen passengers and their baggage. In FY 2006, we reported accounting process and control weaknesses at TSA related to, among other things, the unreconciled Property, Plant and Equipment (PP&E) balances, and the lack of supporting documentation needed to perform our audit. These conditions also prevented TSA from asserting that its September 30, 2006 PP&E was fairly stated. During FY 2007, TSA executed a CAP to correct these deficiencies. We noted that TSA corrected the deficiencies we reported in prior years by September 30, 2007.

The mission of US-Visit is to collect, maintain, and share information on foreign nationals traveling to and from the United States in order to enhance national security, facilitate legitimate trade and travel, and contribute to the integrity of our immigration system, while deploying the program in accordance with existing privacy laws and policies. Customized software is being developed to assist with this objective.

*Conditions:* We noted the following internal control weaknesses related to capital assets and supplies at FEMA, TSA and US-Visit:

1. FEMA:
   - Did not fully adhere to its policies when performing its annual physical count of supplies inventory. We noted that:
     - Inventory counts were not fully reconciled to FEMA's Logistics Information Management System (LIMS), which is used to track inventory;
     - Inventory counts were not conducted in a well-controlled environment. We noted numerous weaknesses in how the procedures were conducted, which increased the likelihood of error; and
     - In some cases inventory that was in LIMS could not be located.
   - Adjustments to the stockpile inventory were not recorded in FEMA's general ledger system as they occurred throughout FY 2007.
2. TSA:
   - Did not reconcile its PP&E subsidiary ledger to its general ledger consistently and timely throughout FY 2007. However, TSA was reconciling timely by year-end.
   - Has not recorded depreciation on certain explosive detection equipment, using a method that is consistent with generally accepted accounting principles. Specifically, TSA began recording depreciation expense prior to the date the equipment was placed in service. Consequently, TSA has recorded excessive depreciation expense during FY 2007 and in previous years totaling approximately $80 million. TSA recomputed the depreciation expense, using the correct date placed in service, and adjusted its PP&E, depreciation expense, and net position balances to correct the error in its FY 2007 financial statements. The adjustment also resulted in a restatement of TSA's 2006 financial statements.
   - Uses USSGL Account No. 1890 (Other PP&E) to record all PP&E purchases, which is not compliant with the USSGL requirements of FFMIA.
   - Improperly capitalized certain advance payments to vendors as construction in progress.

3. US-Visit:
   - Did not consistently apply procedures to identify and capitalize software development costs or to reclassify software placed into production from software in development; and
   - Does not have a reliable financial accounting and reporting process or system in place to routinely account for its software expenditures, capitalize appropriate amounts, and report those balances to OFM to report in the consolidated financial statements.

*Cause/Effect:* FEMA personnel performing the physical count of supplies lacked training in proper inventory count procedures and failed to reconcile results to the LIMS database. Without accurate physical counts and reconciliations to the perpetual records, FEMA cannot be sure supplies exist, listings of available supplies are complete, and the financial statements accurately reflect the asset values. FEMA was unable to devote sufficient human resources to properly account for its stockpile during FY 2007 (see Exhibit II-A, *Financial Management and Entity Level Controls*).

TSA personnel considered that the date of purchase and receipt of the explosive detection equipment was a reasonable approximation of the date the asset was placed in service. Verification of the reasonableness of this accounting practice was not performed, and consequently the discrepancy was not discovered until our audit of capital assets this year. Because of insufficient accounting code details on purchase orders and related system configurations, TSA's accounting services provider (Coast Guard) records PP&E purchases that do not have sufficient accounting code details to USSGL Account No. 1890 until information is available to record such purchases in the appropriate capitalized PP&E or expense account.

US-Visit has developed adequate accounting policies for tracking software development costs, these policies are not fully or adequately implemented during FY 2007. With assistance from OFM, US-Visit was able to manually compute an estimated balance, which was reclassified to capitalized software at year end for financial statement presentation purposes. A lack of sufficient personnel assigned to the financial reporting areas of US-Visit appear to have contributed to implementation delays.

*Criteria:* SFFAS No. 6, *Accounting for Property, Plant, and Equipment*, requires that PP&E is recorded at historical cost with an adjustment recorded for depreciation. Depreciation expense should be recognized in the financial statements beginning on the date that the asset is placed in service for its intended use.

According to GAO *Standards*, assets at risk of loss or unauthorized use should be periodically counted and compared to control records. Policies and procedures should be in place for this process. The FSIO publication, *Inventory, Supplies, and Material System Requirements,* states that the general requirements for control of inventory, supplies, and materials consist of the processes of receipt and inspection. An agency's inventory, supplies and materials system must identify the intended location of the item and track its movement from the point of initial receipt to its final destination. SFFAS No. 3, *Accounting for Inventory and Related Property*, states OM&S shall be valued on the basis of historical cost.

Per FEMA Manual 6150.1 Section 4-4g, *Annual Inventory of Accountable Property*, the designated Property Management Officers (PMO) will ensure that a complete physical inventory of FEMA property with acquisition cost of $5,000 or more, sensitive items, serialized equipment, and loaned equipment is made annually, discrepancies reconciled, and the results maintained on file for one year. The annual inventory of accountable property may be wall-to-wall (closed), cyclic (open), or special (when directed). A wall-to-wall inventory is a complete counting of all items located within the organization as of a scheduled date. A cyclic inventory is the counting of

a portion of the organization's property during a given period of time (monthly, quarterly, or semiannually) to cover the entire account in a one-year period. A special inventory is the counting of selected items for a specific reason.

SFFAS No. 10, *Accounting for Internal Use Software*, provides requirements for the capitalization and reporting of software development costs. GAO *Standards* require that internal control and all transactions and other significant events be clearly documented and readily available for examination. The JFMIP, *Property Management Systems Requirements,* state that the agency's property management system must create a skeletal property record or have another mechanism for capturing information on property in transit from the providing entity (e.g., vendor, donator, lender, grantor, etc.).

*Recommendations:* We recommend that:

1. FEMA:
   a) Devote necessary personnel to develop and implement proper accounting policies and procedures and related internal controls to ensure that its stockpiled inventory is accurately and completely accounted for in its general ledger throughout the year;
   b) Establish and implement a plan to perform a closed annual inventory count as required by FEMA Manual 6150.1 Section 4-4g, Section g., *Annual Inventory of Accountable Property*;
   c) Provide more training and detailed instruction to Logistics Center staff on performing inventory counts, including the completion of count sheets and the performance of recounts; and
   d) Reconcile the physical inventory counts, including the annual physical inventory, to the perpetual counts recorded in LIMS, and resolve related discrepancies.
2. TSA:
   a) Formally modify its policy to define the placed in service date, which then begins the process of recording periodic depreciation expense;
   b) Implement needed IT system changes to properly account for and maintain placed in service dates;
   c) Work with its accounting services provider to discontinue the use of USSGL Account No. 1890 and record PP&E to the proper general ledger account upon purchase; and
   d) Develop and implement management review controls over equipment purchase contracts to ensure that amounts advanced to vendors are properly accounted for given the terms of the underlying contract.
3. US-Visit implement procedures for developers to track and notify accounting personnel when software has been placed into production so that accounting personnel can properly classify and amortize the software costs, and appropriate and sufficient evidence is maintained to document management's decisions that lead to significant accounting transactions.

### II-F Other Liabilities (FEMA, G&T, and TSA)

| | 2007 | [illegible] | [illegible] |
|---|---|---|---|
| OFM | | | N/A |
| FEMA | | | |
| G&T* | | | |
| TSA | SD | SD | |

* G&T grants merged with FEMA in 2007

*Background:* In 2006, we reported that OFM and DHS General Counsel had not implemented adequate policies and procedures to accurately estimate and report an accrual for contingency legal liabilities. OFM, DHS General Counsel, and each of the DHS

component entities implemented a corrective action plan in 2007, and have successfully remediated the control deficiencies we reported last year.

For the first two fiscal quarters of FY 2007, the G&T was a component of the Preparedness Directorate within DHS. During this time, accounting services for G&T were provided by the Department of Justice through an interagency agreement. These accounting services included the development and implementation of a grant accrual methodology to be used in G&T's quarterly reporting financial reporting. Effective March 31, 2007, G&T's operations were transferred to FEMA as a result of the *Post-Katrina Emergency Management Reform Act of 2006*. The financial and grant data of G&T was fully transferred to FEMA on May 15, 2007. Accordingly, FEMA is now responsible for providing accounting services for G&T, including the grant accrual methodology, and prepares its monthly financial submissions used by OFM to prepare the DHS consolidated financial statements.

A part of TSA's employee compensation package includes annual leave, which accrues at varying rates and is based on years of service, and related benefits. The annual leave liability and related benefit accruals in TSA's financial statements at September 30, 2007, totaled approximately $193 million.

*Conditions:* We noted the following internal control weaknesses related to other liabilities:

1. FEMA:

   - Did not establish a reliable method, including validation of data and assumptions made, to estimate G&T grants payable [or advances] for accrual in the financial statements at September 30, 2007. FEMA management was unable to provide assurance that the accrued liability related to former G&T grants, was accurate, and complete at September 30, 2007.

   - Did not have sufficient policies and procedures in place to fully comply with the *Single Audit Act Amendments of 1996* and related OMB Circular No. A-133, *Audits of States, Local Governments, and Nonprofit Organizations* (see Exhibit IV-K, *Single Audit Act Amendments of 1996*).

2. TSA:

   - Has not maintained all of the necessary supporting documentation for us to complete our audit procedures over accrued annual leave. From a sample of 75 items, 13 items could not be supported and 5 contained errors.

   - Has not reconciled annual leave balances earned by employees per the payroll provider's output records to the data submitted by TSA and with the general ledger on a routine basis, which likely contributed to the errors identified in our sample.

*Cause/Effect:* FEMA did not have sufficient resources to perform all accounting functions related to the transfer of G&T grant administration and accounting that occurred in FY 2007. FEMA accounting staff used FEMA's historical methodology for estimating the grant liability for FEMA's grant portfolio to compute and record a grant liability at year end for the former G&T grant portfolio. However, FEMA was unable to validate this application of its methodology as appropriate and plans to perform its validation during FY 2008. Consequently, we were unable to complete our audit procedures over the accrued grant liability presented in the DHS consolidated balance sheet at September 30, 2007. Additionally, without effective procedures to timely resolve and close audit reports with identified questioned costs or other findings, the circumstances leading to the findings may continue to exist and amounts due to the government may not be received timely.

The portion of TSA's annual leave liability that is in question relates to a balance that was transferred from a payroll system that has been replaced. Supporting information is not readily available to determine the correct liability at September 30, 2007.

*Criteria:* GAO *Standards* hold that transactions should be properly authorized, documented, and recorded accurately and timely. SFFAS No. 1, *Accounting for Selected Assets and Liabilities*, states, "When an entity accepts title to goods, whether the goods are delivered or in transit, the entity should recognize a liability for the unpaid amount of the goods. If invoices for those goods are not available when financial statements are prepared, the amounts owed should be estimated."

SAS No. 57, *Auditing Accounting Estimates*, states "An entity's internal control may reduce the likelihood of material misstatements of accounting estimates. Specific relevant aspects of internal control include the following: Accumulation of relevant, sufficient, and reliable data on which to base an accounting estimate and comparison of prior accounting estimates with subsequent results to assess the reliability of the process used to develop estimates."

OMB Circular No. A-133 states that grants should be monitored by the grant making organization.

*Recommendations:* We recommend that:

1. FEMA:
   a) Develop, test (e.g., validation of data and assumptions made), and implement a reliable method to periodically estimate G&T grants payable [or advances] for accrual in the financial statements during the year; and
   b) Implement policies and procedures to ensure full compliance with OMB Circular No. A-133.
2. TSA:
   a) Develop and perform procedures to enable management to assert to the appropriateness of the "beginning" accrued leave balance at a point in time (e.g., October 1, 2007). For example, these procedures may involve validating leave balances for all TSA employees at the selected point in time. These procedures should require that sufficient documentation be retained for purposes of the annual financial statement audit; and
   b) Develop and implement policies and procedures to reconcile annual leave balances per its payroll provider output records to input records submitted by TSA and to the TSA general ledger each pay period. These reconciliations should be documented, reviewed by an appropriate supervisor, and maintained.

## II-G Budgetary Accounting (FEMA and TSA)

| | 2007 | [illegible] | [illegible] |
|---|---|---|---|
| FEMA | | | |
| TSA | | | |
| ICE | | SD | |
| MGMT | | | N/A |
| US-Visit | | SD | N/A |

*Background:* Budgetary accounts are a category of general ledger accounts where transactions related to the receipt, obligation, and disbursement of appropriations and other authorities to obligate and spend agency resources are recorded. Combined, DHS has over 300 separate Treasury fund symbols (TAFS), each with separate budgetary accounts that must be maintained in accordance with OMB and Treasury guidance. The TAFS cover a broad spectrum of budget authority, including annual, multiyear, and no-

year appropriations; and several revolving, special, and trust funds. Accounting for budgetary transactions in a timely and accurate manner is essential to manage the funds of the Department and prevent overspending of allotted budgets.

Immigration and Customs Enforcement (ICE), Management Directorate, and U.S.-Visit each developed and implemented corrective action plans during FY 2007, to address the internal control weaknesses in budgetary accounting that we reported in our 2006 report.

The National Response Plan (NRP) calls for use of Other Federal Agencies (OFA) to provide goods and services to assist FEMA with its response to a disaster, as needed. The NRP defines a Mission Assignment as the vehicle used by FEMA to support Federal operations during a major disaster or emergency declaration covered under the *Stafford Act*. These work orders are issued by FEMA to OFAs to direct completion of a specific task and represent the primary documentation maintained by FEMA to support its obligations for disaster relief operations/programs being performed by OFAs.

TSA has substantial obligations and undelivered orders at year end, primarily for contract services and purchases of equipment. TSA's Office of Acquisition in coordination with TSA's Office of Financial Management monitors obligation activity and provides key input data needed to properly deobligate funds and prepare an accurate accounts payable estimate.

*Conditions:* We noted the following internal control weaknesses related to budgetary accounting:

1. FEMA:
   - Did not adequately monitor the status of its obligations and ensure the timely deobligation of mission assignments resulting in a material misstatement of UDOs at the time of our testwork. We noted the following:
     - In a sample of 74 mission assignment obligations, approximately 50 percent were past their projected end dates by more than 120 days, and in some cases more than a year; and
     - Quarterly reviews of open obligations required by FEMA policies were not consistently performed or documented in the supporting records.
   - OFA's did not always provide FEMA with timely progress reports that included sufficient cost/billing data. Sufficient documentary evidence was not obtained and/or documented timely for mission assignment manager follow-up procedures with the OFAs.
2. TSA:
   - Does not have a funds control process in place to monitor outstanding obligation balances on a periodic basis (e.g., quarterly). During our interim testwork we identified 7 errors out of a sample of 75 items, and a projected overstatement undelivered orders of approximately $200 million. During our year-end testwork we identified 26 errors out of a sample of 195 items, and a projected overstatement of undelivered orders of approximately $130 million.
   - Does not have sufficient policies and procedures requiring contract officers to monitor and close-out contracts, and we noted some deficiencies in the effectiveness of TSA's validation and verification process conducted over its obligations during the second half of FY 2007.

- Completed an investigation over certain obligations recorded in previous years and determined that a violation of the *Anti-deficiency Act* occurred in previous years (see Exhibit IV-P, *Anti-deficiency Act*).

*Cause/Effect:* Although TSA has initiated a validation and verification process over its obligations, TSA was unable to complete the process before September 30, 2007.

FEMA's ability to monitor and manage mission assignments continues to be affected by resource limitations. In addition, FEMA is dependent on OFA's to provide timely information on the status of mission assignment obligations throughout the year. Lacking this information, FEMA is unable to effectively monitor and account for outstanding mission assignments, e.g., recording a proper account payable and deobligating excess funds.

*Criteria:* FEMA's SOP for *Processing Mission Assignment and Interagency Payments for Fund Code 06*, updated April 2007, establishes the process for mission assignment closeouts. If no activity has been recorded within the last 90 days, the Disaster Finance Branch initiates the closeout process with the Region or Headquarters.

The FEMA Form 90-129, *Mission Assignment Agreement,* states that the OFA is responsible for submitting a Mission Assignment Monthly Progress Report to FEMA to include cost data when mission assignments take more than 60 days to complete, including billing. To assist with this process, OMB issued its Memorandum – *Yearend Accounting Guidance for Disaster Relief Fund Transactions* dated September 17, 2007.

The *Anti-deficiency Act* is a series of statutes prohibiting agencies from obligating or expending funds in advance of appropriation or apportionment, OMB Circular No. A-11 has strict requirements for notification and reporting Anti-deficiency violations. GAO *Standards* hold that transactions should be properly authorized, documented, and recorded accurately and timely.

According to JFMIP's *Core Financial System Requirements*, an agency's core financial management system must ensure that an agency does not obligate or disburse funds in excess of those appropriated and/or authorized and specific system edits and user notifications related to funds control must be in place. The *Federal Acquisition Regulation* Section 1.6 addresses the authorities and responsibilities granted contracting officers. Treasury's USSGL guidance specifies the accounting entries related to budgetary transactions.

OMB Circular No. A-123 states, "Agency managers should continuously monitor and improve the effectiveness of internal control associated with their programs." This continuous monitoring, and other periodic evaluations, should provide the basis for the agency head's annual assessment of and report on internal control, as required by FMFIA. This Circular indicates that "control weaknesses at a service organization could have a material impact on the controls of the customer organization. Therefore, management of cross-servicing agencies will need to provide an annual assurance statement to its customer agencies in advance to allow its customer agencies to rely upon that assurance statement. Management of cross-servicing agencies shall test the controls over the activities for which it performs for others on a yearly basis. These controls shall be highlighted in management's assurance statement that is provided to its customers. Cross-servicing and customer agencies will need to coordinate the timing of the assurance statements."

FFMIA Section 803(a) requires that each Agency implement and maintain a system that complies substantially with Federal financial management system requirements as stipulated by OMB Circular No. A-127.

*Recommendations:* We recommend that:

1. FEMA:

   a) Require all regional offices to perform a complete UDO review, monitor timely completion of this review, and ensure that all identified mission assignment deobligations are processed in the general ledger promptly;

   b) Ensure that personnel follow the established policy for quarterly obligation reviews prior to the end of each quarter to timely determine whether the remaining balance on a mission assignment is valid, or whether a deobligation of the remaining balance is necessary;

   c) Enforce the requirement that all OFA's submit not only a progress report when the mission assignment takes more than 60 days to complete, but a progress report every additional 30 days that the project remains either programmatically or financially incomplete. The report should include an estimated completion date and, when applicable, Form 90-136 should be submitted for extension of the projected end-date whenever the estimate for programmatic completion is more than 30 days;

   d) Consider involving OMB in a permanent solution, such as Agreed-upon Procedures engagements, to ensure that FEMA receives sufficient and timely information from OFA's to properly account for obligations related to outstanding mission assignments; and

   e) Consider adding additional temporary or permanent accounting staff to improve the deobligation process (our recommendations in I-A, *Financial Management Oversight and Entity Level Controls,* will also help address these conditions).

2. TSA:

   a) Require contracting officers to review and certify whether obligations are valid or require deobligation on a periodic basis (e.g., quarterly);

   b) Refine or develop a new general ledger reporting tool that provides the contracting officers accurate information regarding outstanding obligated balances to include information related to the last activity date to assist in aging the balance;

   c) Refine existing processes by which the Business Management Office periodically examines outstanding obligations and makes recommendations (e.g., deobligation) on outstanding balances; and

   d) Develop formal policies and procedures to assist in expediting deobligations of funds associated with invalid obligations in advance of a formal contract close out.

**(Exhibits I and II include Comments A – G, and Exhibit III presents Comment H)**

All of the compliance and other matters described below are repeat conditions except IV-P *Anti-deficiency Act*, which is new finding in FY 2007.

**IV-I** ***Federal Managers' Financial Integrity Act of 1982*** **(FMFIA)**

Office of Management and Budget (OMB) Circular No. A-123, *Management's Responsibility for Internal Control*, requires agencies and Federal managers to 1) develop and implement management controls; 2) assess the adequacy of management controls; 3) identify needed improvements; 4) take corresponding corrective action; and 5) report annually on management controls. During FY 2007, DHS developed a CAP titled *Internal Controls over Financial Reporting Playbook* to implement corrective actions and support management assurances by performing tests of design and operating effectiveness on entity level controls and other financial accounting and reporting processes. DHS' implementation of OMB Circular No. A-123 also facilitates compliance with FMFIA and the *DHS Financial Accountability Act of 2004*, which requires an annual audit of internal control over financial reporting.

While we noted the Department overall has taken positive steps toward full compliance with FMFIA and OMB Circular No. A-123, the Coast Guard has not fully established effective systems, processes, policies, and procedures to develop and implement internal accounting and administrative controls, and conformance of accounting systems. In addition, TSA and FEMA's control assessment processes require improvement to ensure full compliance with FMFIA.

*Recommendations:* We recommend that the Coast Guard, FEMA, and TSA fully implement the FMFIA process, as prescribed by the OCFO, to ensure full compliance with FMFIA and its OMB approved plan for Circular No. A-123 implementation in FY 2008. We also recommend that the OCFO consider additional training for its components, to ensure a thorough understanding of requirements.

**IV-J** ***Federal Financial Management Improvement Act of 1996*** **(FFMIA)**

Passage of the *DHS Financial Accountability Act of 2004* made DHS subject to the FFMIA, beginning in FY 2005. FFMIA Section 803(a) requires that agency Federal financial management systems comply with 1) Federal accounting standards, 2) Federal system requirements, and 3) the USSGL at the transaction level. FFMIA emphasizes the need for agencies to have systems that can generate timely, reliable, and useful information with which to make informed decisions to ensure ongoing accountability. Office of Management and Budget (OMB) Circular No. A-123, *Management's Responsibility for Internal Control*, requires agencies and Federal managers to 1) develop and implement management controls; 2) assess the adequacy of management controls; 3) identify needed improvements; 4) take corresponding corrective action; and 5) report annually on management controls. During FY 2007, DHS OCFO continued with its implementation of OMB Circular No. A-123, by performing tests of design and operating effectiveness on entity level controls and other financial accounting and reporting processes as planned. DHS' implementation of OMB Circular No. A-123 also facilitates compliance with the *DHS Financial Accountability Act of 2004*, which requires an annual audit of internal control over financial reporting.

While we noted the Department overall has taken positive steps toward full compliance with FMFIA and OMB Circular No. A-123, the Coast Guard, FEMA, and TSA did not fully comply with at least one of the requirements of FFMIA. The reasons for noncompliance are reported in Exhibits I, II, and III. The Secretary of DHS also has stated in the Secretary's Assurance Statements dated November 15, 2007, as listed in Management's Discussion and Analysis (MD&A) of the Department's 2007 *Annual Financial Report* (AFR), that the Department cannot provide assurance that its financial

management systems are in substantial compliance with the requirements of FFMIA. The Department's remedial actions and related timeframes are also presented in that section of the AFR.

An element within FFMIA Federal system requirements is ensuring security over financial management information. This element is addressed further in the *Federal Information Security Management Act of 2002* (FISMA), which was enacted as part of the *E-Government Act of 2002*. FISMA requires the head of each agency to be responsible for 1) providing information security protections commensurate with the risk and magnitude of the harm resulting from unauthorized access, use, disclosure, disruption, modification, or destruction of (i) information collected or maintained and (ii) information systems used or operated; 2) complying with the requirements of the Act and related policies , procedures, standards, and guidelines, including (i) information security standards under the United States Code, Title 40, Section 11331 and (ii) information security standards and guidelines for national security systems; and 3) ensuring that information security management processes are integrated with agency strategic and operational planning processes.

We noted weaknesses in financial systems security, reported by us in Exhibits I-C and II-C *Financial Systems Security*, which impact the Department's ability to fully comply with FISMA.

*Recommendations:* We recommend that DHS improve its financial management systems to ensure compliance with the FFMIA, and implement the recommendations provided in Exhibits I, II, and III in FY 2008.

### IV-K *Single Audit Act Amendments of 1996,* and Laws and Regulations Supporting OMB Circular No. A-50, *Audit Follow-up,* as revised

During 2007, DHS' G&T Directorate merged its grants making function with FEMA. FEMA is now the only DHS component that has a significant grant making operation. OMB Circular No. A-133 requires agencies awarding grants to ensure they receive grantee reports timely and to follow-up on grantee Single Audit findings. Although FEMA has adopted procedures to monitor grantees and their audit findings, FEMA did not fully comply with provisions in OMB Circular No. A-133 in FY 2007. We noted that FEMA does not always obtain and review grantee Single Audit reports in a timely manner, and follow up on questioned costs and other matters identified in these reports. Because Single Audits typically are performed by other entities outside of DHS, procedures related to these reports are not always entirely within the control of DHS and its components.

OMB Circular No. A-50, as revised, provides guidance for use by executive agencies when considering reports issued by Inspectors General, other executive branch audit organizations, the GAO, and non-Federal auditors, where follow up is necessary. Corrective action taken by management on findings and recommendations is essential to improve the effectiveness and efficiency of government operations, and to support the objectives of sound fiscal management. The DHS OCFO has developed an extensive corrective action plan that requires each component to develop and execute corrective actions to address all material weaknesses in internal controls. This strategy is documented in the DHS Internal Controls over Financial Reporting (ICOFR) "Playbook." Progress is monitored by the CFO, and regularly reported to OMB and other outside stakeholders, such as Congressional Committees. We noted that each component has complied with the OCFO directive to develop corrective actions, and they have been reviewed and approved by the CFO. All DHS components have made progress toward remediation of material internal control weaknesses; however, as shown in described in Exhibits I, II and III, deficiencies identified in prior years have not been fully corrected in FY 2007.

*Recommendations:* We recommend that:

*Regarding Single Audit Act Amendments of 1996:*

1. FEMA develop procedures to ensure compliance with its policy to obtain and review grantee Single Audit reports in a timely manner, and follow up on questioned costs and other matters identified in these reports. We also recommend that FEMA perform the following in FY 2008:
   a) Further develop and implement a tracking system to identify each grantee for which an OMB Circular No. A-133 Single Audit is required, and the date the audit report is due;
   b) Strengthen communication with the cognizant agencies;
   c) Use the tracking system to ensure audit and performance reports are received timely, or to follow-up when reports are overdue; and
   d) Perform reviews of grantee audit reports, issue-related management decisions, and ensure that the grantees take appropriate corrective action, on a timely basis.

*Regarding OMB No. A-50, Audit Follow-up, as revised*

2. DHS continue to follow and complete the actions defined in its ICOFR "Playbook," to ensure that audit recommendations are resolved timely and corrective action plans addressing all DHS audit findings are developed and implemented together with appropriate supervisory review in FY 2008.

### IV-L *Improper Payments Information Act of 2002*

DHS is required to comply with the *Improper Payments Information Act of 2002* (the Act or IPIA). The Act requires agencies to review all programs and activities they administer annually and identify those that may be susceptible to significant erroneous payments. For all programs and activities where the risk of erroneous payments is significant, agencies must estimate the annual amounts of erroneous payments, and report the estimates to the President and Congress with a progress report on actions to reduce them. The agency must report a statistically valid error projection for susceptible programs in its annual Performance and Accountability Report (PAR). To facilitate the implementation of the Act, OMB issued guidance in Memorandum M-03-13, *Implementation Guide for the Improper Payments Information Act of 2002*, and in Appendix C, *Requirements for Effective Measurement and Remediation of Improper Payments*, to OMB Circular No. A-123, *Management's Responsibility for Internal Controls*, which provides a recommended process to meet the disclosure requirements.

In FY 2007, we noted the Department has taken positive steps toward full compliance with IPIA, and Appendix C of OMB Circular No. A-123, including identification of programs subject to IPIA, conducting a comprehensive process to assess the risk of programs susceptible to improper payments, and performing sample testing of programs. However, DHS did not fully comply with the Act in FY 2007. We noted that at DHS and its components:

- Some federal disbursements were excluded from the scope of DHS IPIA testwork performed.
- Some programs identified as high risk of significant improper payments during the assessment process were not tested, and some programs identified as low risk of significant improper payments were selected for testing. Accordingly, this sample testing did not meet the IPIA requirements in FY2007.
- The testing time frames selected for some components were not approved by OMB in advance, and in some cases the testing timeline did not appear to provide enough time to complete testwork over selected programs.

- CAPs were not developed for all programs identified as "high risk" during the risk assessment process, if no statistical sampling was performed to validate those risks during FY2007 due to DHS' multi-year compliance plan.

*Recommendation:* We recommend that DHS risk assessments be completed earlier in the year so that programs identified as high risk by risk assessments are the programs that are sample tested. DHS needs to strengthen oversight of components' progress in implementing corrective action plans and in recovering improper payments for high-risk programs. Also, DHS should review sample testing procedures and begin to independently validate the results of components' sample testing.

### IV-M *Chief Financial Officers Act of 1990*

The *DHS Financial Accountability Act of 2004* made DHS subject to the *Chief Financial Officers Act of 1990*, as amended, which requires DHS to submit to the Congress and OMB audited financial statements annually. DHS' OIG has engaged an independent auditor to audit the September 30, 2007 balance sheet and related statement of custodial activity. Other financial statements, including the statements of net cost, net position, and budgetary resources, are not currently auditable. DHS must be able to represent that its balance sheet is fairly stated, and obtain at least a qualified opinion before it is practical to extend the audit to other financial statements.

*Recommendation:* We recommend that DHS, and its components continue to implement the corrective action plans described in DHS' ICOFR "Playbook" (see Comment IV – I, *Federal Managers' Financial Integrity Act of 1982*, above) to remediate the FY 2007 material weaknesses and significant deficiencies, and improve its policies, procedures, and processes, as necessary, to allow management to assert that all financial statements are fairly stated in compliance with accounting principles generally accepted in the United States, and are ready for an independent audit.

### IV-N *Government Performance and Results Act of 1993* (GPRA)

The *Government Performance and Results Act* requires each agency to develop a strategic plan, that includes a description of how goals and objectives are to be achieved, including a description of the operational processes, skills and technology, and the human, capital, and other resources required to meet those goals and objectives. The Department's annual performance plan and performance reports, that measure progress toward achieving strategic goals and related performance metrics are also integral to compliance with GPRA. We noted that DHS' Strategic Plan expired on October 1, 2006 and the Department has not yet provided an updated Strategic Plan as of September 30, 2007. Consequently, the Department is not in compliance with the requirements of GPRA during FY 2007. In addition, we noted that the existing (expired) strategic plan did not align all strategic objectives to performance objectives as required.

*Recommendation:* We recommend that DHS ensure full compliance with GPRA by completing its updated Strategic Plan and aligning all performance goals to its strategic objectives in FY 2008.

### IV-O *Debt Collection Improvement Act of 1996* (DCIA)

The *DCIA of 1996* (DCIA) is intended to significantly enhance the Federal Government's ability to service and collect debts. Under the DCIA, the Treasury assumes a significant role for improving government-wide receivables management. The DCIA requires Federal agencies to refer eligible delinquent nontax debts over 180 days to U.S. Treasury for the purpose of collection by cross-servicing or the offset program. Our tests of compliance disclosed instances where DHS was not in compliance with certain provisions of the DCIA. Specifically, we noted that due process is not performed in a timely manner to ensure that some eligible debts are forwarded to

the Treasury for cross-servicing or the offset program within the timeframes established by DCIA.

*Recommendation:* We recommend that DHS develop policies and procedures to ensure full compliance with the DCIA in FY 2008.

### IV-P *Anti-deficiency Act*

DHS and TSA management notified us of an *Anti-deficiency Act* violation that occurred in the TSA, Expenses Account, Treasury Symbol – 70X0508 in an amount up to $155 million, where expenditures and obligations exceeded available funding in FY 2004. The DHS Secretary has reported the violation to the President of the United States, the President of the Senate, the Speaker of the House of Representatives, and the Comptroller General, as required by 31 U.S.C. Section 1351. After establishing certain budgetary authority within its DHS general ledger through a journal entry, the related individual purchase orders were then recorded and the journal entry reversed in March 2003. A subsequent transaction in May 2003 erroneously reversed the initial journal entry amount again. This second journal entry reversal, which led to the *Anti-deficiency Act* violation, overstated TSA's budget authority by underreporting its existing obligations. A separate notification of the final determination is still required under 31 U.S.C. section 1351.

*Recommendation:* We recommend that TSA continue to implement the remedial actions resulting from its internal investigation of this matter.

# PLAINTIFF'S EXHIBIT NO. 8

**Government Furnished Information
(GFI) Material for the**

**Oracle Federal Financials
Shared Baseline
Financial Management System**

# Software Acquisition Details

**Department of Homeland Security
Resource Management Transformation Office**

Draft Version 1.8
26 July, 2007

## DHS Common Operating Environment *(COE)*:

| *Description* | *Comments/Questions/Issues:* |
|---|---|
| *Hosting Hardware:* | *See GEI TSA Model SBL Hardware Environment doc for details* |
| **Blade Servers with SAN** | • *Hosting at DHS Approved Data Center* |
| **Load Balancer – (e.g. BigIP)** | • *For load balancing the user requests across multiple servers* |
| **Citrix Metaframe Servers** | • *Needed for accessing a couple of screens & Reports in legacy PowerBuilder Apps* |
| *Hosting/Infrastructure Software:* | *To be installed by the Hosting Service Provider* |
| **Red Hat Linux Advanced Server 4.0** | • *Open Source* |
| **Windows Server (2003)** | • *Used by PRISM* |

## Shared Baseline System Software:

| *Infrastructure Software:* | *To be installed by the Solution Architect* |
|---|---|
| **Oracle Database 10g Enterprise Edition**<br>• *Real Application Clusters (RAC)*<br>• *Partitioning*<br>• *Database Vault*<br>• *Advanced Security*<br>• *Label Security*<br>• *Spatial*<br>• *Management Packs* | • *COTS* |
| **Oracle Application Server 10g Enterprise Edition** | • *COTS* |
| **Oracle Database Lite 10g** | • *COTS* |
| **Oracle Internet Directory Server (OID) v10g** | • *COTS* |
| **Oracle BPEL Process Manager** | • *COTS , Business Process Manager* |
| **Shibboleth** | • SSO Server , *Open Source and managed by Internet2 foundation* |
| **IBM JDK 1.5** | • *JVM for running J2EE applications in the suite.* |

| | |
|---|---|
| | • *Managed, supported and freely distributed by IBM.* |
| **JRules (ILOG)** | • *Business Rule Management System (BRMS).* |
| **Entrust Server** | • *Digital Certificates.* |

## Shared Baseline Applications Software:

| ***Description*** | ***Comments/Questions/Issues:*** |
|---|---|
| ***Software Elements:*** | ***To be installed by the Systems Integrator*** |
| **Single Sign On** for all SBL Applications | • ***GOTS; Acquire from USCG*** |
| **Core Accounting System** *(CAS v4.1 or higher)* | • ***GOTS; Acquire from USCG*** |
| **Oracle E-Business Suite -** **Federal Financials –** <br>• ***Advanced Procurement*** <br>　○ ***Purchasing*** <br>• ***Financials*** <br>　○ ***Assets*** <br>　○ ***Payments*** <br>　○ ***Payables*** <br>　○ ***Receivables*** <br>　○ ***General Ledger*** <br>　○ ***Internal Controls Manager (might be 12g)*** <br>• ***Projects*** <br>　○ ***Project Billing*** <br>　○ ***Project Costing*** <br>　○ ***Resource Management*** | • ***Version 11.5.10 (not 12g)*** |
| **Field Procurement Desktop** *(FPD v4.1 or higher)* | • ***GOTS; Acquire from USCG*** |
| **Vendor Management System** (VMS *v4.1 or higher)* | • ***GOTS; Acquire from USCG*** |
| **PRISM** (Version 5 SP20) | • ***COTS; OCPO recommended we leverage USCG/TSA BPA already in place for our seat licenses.*** |
| **SUNFLOWER** (Version 3.7) | • ***COTS; Enterprise Software License held by CAO.*** |

| ***Description*** | ***Comments/Questions/Issues:*** |
|---|---|
| **170 MarkView** (Version 5) Application Server w/ Viewer, Document Transport, Barcode Generator, Monitor, & Graphics Modules | • ***COTS*** |
| **Business Intelligence - Enterprise Reports** (Informatica PowerCenter v8) | • ***COTS*** |
| **TIER** | • ***GOTS; Acquire from Treasury*** |