ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Savantage Financial Services, Inc.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 08-21 C |

## ORDER

This matter having come before the Court on Plaintiff Savantage Financial Services, Inc.'s ("Savantage") Motion for Preliminary Injunction, and the Court having concluded (1) that Savantage is likely to prevail on the merits; (2) that Savantage will suffer immediate and irreparable injury if the injunction is denied; (3) that the balance of hardships on all the parties favors Savantage; and (4) that injunctive relief is in the public interest, it is this _____ day of __________, 2008,

ORDERED, that the Defendant is hereby enjoined from proceeding with Request for Quotation No. HSHQDC-08-Q-00018, or any related procurement, solicitation or task order, until the final hearing and determination of this case and until further order of this Court.

______________________________
Judge