ORIGINAL

FILED
JAN 1 1 2008
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Savantage Financial Services, Inc., Plaintiff, v. THE UNITED STATES, Defendant. | No. 08-21 C |

## PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 of the Rules of the U.S. Court of Federal Claims and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary and Permanent Injunctive Relief, and in the accompanying Complaint, both incorporated herein by reference, Plaintiff Savantage Financial Services, Inc. ("Savantage") respectfully applies to this Court for an order temporarily restraining the Defendant from proceeding with Request for Quotation No. HSHQDC-08-Q-00018, or any related procurement, solicitation or task order, until such time as the Court has an opportunity to decide Plaintiff's Motion for Preliminary Injunction.

All papers in this matter were furnished to the Department of Justice (by hand delivery) on this same date. Savantage respectfully requests a hearing on this application at the earliest possible opportunity.

WHEREFORE, it is respectfully requested that this application be granted and a temporary restraining order be entered in the form attached hereto.

Respectfully submitted,

Timothy Sullivan
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6930 (tel.)
(202) 508-1028 (fax)

Attorney of Record for Plaintiff Savantage Financial Services, Inc.

Of Counsel:

Katherine S. Nucci
Thompson Coburn LLP
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6900 (tel.)
(202) 585-6969 (fax)

Dated: January 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I caused two copies of the Plaintiff's Complaint, Plaintiff's Motion For Preliminary Injunction And Application For Temporary Restraining Order, Plaintiff's Memorandum of Points and Authorities in support of Motion for Preliminary and Permanent Injunctive Relief, and Plaintiff's supporting Exhibits to be served by hand delivery upon:

Anna Bondurant Eley, Esq.
U.S. Department of Justice,
Commercial Litigation Branch,
8th Floor,
1100 L St., N.W.
Washington, DC 20530

Timothy Sullivan

Timothy Sullivan