ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Savantage Financial Services, Inc.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 08-21 C |

## TEMPORARY RESTRAINING ORDER

This matter having come before the Court on Plaintiff Savantage Financial Services, Inc's ("Savantage") Application for Temporary Restraining Order, and it appearing to the Court that Savantage has shown a likelihood of success on the merits, and that irreparable injury will occur in the absence of immediate relief, it is this _____ day of _____________, 2008,

ORDERED, that until such time as Savantage's Motion for Preliminary Injunction is heard and determined, that Defendant is hereby restrained and enjoined from proceeding with Request for Quotation No. HSHQDC-08-Q-00018, or any related procurement, solicitation or task order; and

ORDERED, that Savantage's Motion for Preliminary Injunction shall be heard on _____________________, 2008 at _______ a.m./p.m.

_______________________________
Judge

4655908.1