# In the United States Court of Federal Claims

**No. 08-21C**
**Bid Protest**

**(Filed January 14, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **SAVANTAGE FINANCIAL SERVICES, INC.** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

During the telephonic conference held on this day, the parties have agreed that Plaintiff's Application For Temporary Restraining Order and Plaintiff's Motion For Preliminary Injunction, filed on January 11, 2008, will not be required. Furthermore, it was agreed upon by the parties that no action will be taken to plaintiff's detriment concerning the U.S. Department of Homeland Security's Solicitation No. HSHQDC-08-Q-00018, issued on November 20, 2007, and RFQ Amendment 0003, which provides that Technical and Price Quotations are due not later than 2 PM on January 15, 2008. The solicitation and this requirement shall have no effect until a decision is issued in this matter by the court.

In addition, it was agreed that the case shall proceed on the following schedule:

1. Defendant shall file the Administrative Record by Tuesday, January 22, 2008.

2. Plaintiff shall file its Motion for Summary Judgment by Tuesday, February 5, 2008.

3. Defendant's response shall be filed by Tuesday, February 19, 2008.

4. Plaintiff's reply shall be filed by Tuesday, February 26, 2008.

5. Oral argument will be held on Tuesday, March 4, 2008 at 2:00 p.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The exact location of the courtroom will be posted on the bulletin board in the lobby. Plaintiff shall have up to 45 minutes for its presentation. Defendant shall have up to 45 minutes for its argument. Each side shall have up to 15 minutes for rebuttal.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**