**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| SAVANTAGE FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-21 |
| | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully moves for the entry of a protective order in this action. Plaintiff's counsel has stated that he does not oppose this motion.

On January 14, 2008, the Court ordered the United States to file the administrative record in the above-captioned case by January 22, 2008. Various documents that the United States will include in the administrative record contain confidential, proprietary or otherwise sensitive information. A protective order is needed to maintain the confidentiality of this material. The United States has attached a proposed protective order as Exhibit A to this motion.

For these reasons, the United States respectfully requests that the Court grant this unopposed motion for a protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-8254

Attorneys for Defendant

Dated: January 16, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 16th day of January 2008, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley