# In the United States Court of Federal Claims

**No. 08-21C**
**Bid Protest**

**(Filed January 18, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * *

**SAVANTAGE FINANCIAL SERVICES, INC.** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's Unopposed Motion For Leave To File The Administrative Record On CD And To Waive Paper Copy, filed January 16, 2008, is hereby ALLOWED. The sealed Administrative Record shall be filed by Tuesday, January 22, 2008.

Defendant's Unopposed Motion For A Protective Order, filed January 16, 2008, is hereby ALLOWED. The Protective Order is hereby amended as follows:

> Paragraph 3 shall now read: "Protected information of any kind may be provided only to the court and to individuals authorized by this Protective Order and must be filed electronically as a sealed document as per the procedures on the Electronic Case Filing system."

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**