# In the United States Court of Federal Claims

**No. 08-21C**
**Bid Protest**

**(Filed January 22, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * *
*
**SAVANTAGE FINANCIAL SERVICES, INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Application For Access To Materials Under Protective Order By Outside Counsel filed on January 17, 2008, is ALLOWED. Katherine S. Nucci and Timothy Sullivan, of the law firm of Thompson Coburn LLP, and Jon W. vanHorne, of the law firm Jon W. vanHorne, Esq., shall have access to the protective materials covered by the Protective Order issued in this case.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**