**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| SAVANTAGE FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-21 |
| | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD**

Pursuant to paragraph 21 of Appendix C of the Rules of the Court of Federal Claims, defendant, the United States, respectfully files the administrative record in this action. The record has been filed under seal and has been submitted on CD-ROM. Additional material was provided by the agency to defense counsel this morning, and will be provided as soon as possible to the Court and plaintiff.

Respectfully submitted,

JEFFREY S. BUCKHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8254
Facsimile: (202) 514-8624

January 22, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 22nd day of January 2008, a copy of “DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley