IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| Savantage Financial Services, Inc., Plaintiff, v. THE UNITED STATES, Defendant. | No. 1:08-cv-21 (Judge Futey) |

## MOTION FOR EXPEDITED CONSIDERATION AND FOR AN ENLARGEMENT OF TIME

On January 31, 2008, Plaintiff filed a Motion to Compel Removal of Documents from the Protective Order ("Motion to Compel"). According to the Court's Notice of Electronic Filing with respect to the Motion to Compel, Defendant has until February 19, 2008 to respond to that Motion. As the Court is aware, however, Plaintiff's Motion for Summary Judgment is due on Tuesday, February 5, 2008. Unless expedited action is taken with respect to the Motion to Compel, Plaintiff will not have all of the information it believes is necessary to fully address all of the issues before the Court. Plaintiff recommends that the Motion to Compel be resolved via pleadings and a telephonic conference.

Accordingly, Plaintiff respectfully requests that the Court consider Plaintiff's Motion to Compel on an expedited basis. If the Court should grant Plaintiff's Motion to Compel, Plaintiff also requests that it be provided an additional five working days to file its initial brief.

Respectfully submitted,

s/ Timothy Sullivan
Timothy Sullivan
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6930 (tel.)
(202) 508-1028 (fax)

Attorney of Record for Plaintiff Savantage Financial Services, Inc.

Of Counsel:

Katherine S. Nucci
Thompson Coburn LLP
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6900 (tel.)
(202) 585-6969 (fax)

Dated: January 31, 2008

## CERTIFICATE OF FILING

I hereby certify that on the 31st day of January 2008, a copy of Plaintiff's Motion For Expedited Consideration And For An Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Timothy Sullivan