# In the United States Court of Federal Claims

**No. 08-21C**
**Bid Protest**

**(Filed February 4, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * *

**SAVANTAGE FINANCIAL SERVICES, INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On January 31, 2008, Plaintiff filed a Motion To Compel Removal Of Documents From The Protective Order and a Motion For Expedited Consideration And For An Enlargement Of Time. On February 1, 2008, Defendant filed its response, and on February 4, 2008, Plaintiff filed its reply.

A telephonic conference was held on February 4, 2008, concerning said motion and reponse. In accordance with briefs submitted and discussions held during the telephonic conference, plaintiff's Motion To Compel Removal Of Documents From The Protective Order is DENIED. Under the Protective Order, plaintiff's counsel is, however, permitted to disclose protected information to independent consultants and experts assisting counsel in connection with the litigation.

In addition, the Court's order of January 14, 2008, is hereby amended as follows:

1. Plaintiff shall file its Motion for Summary Judgment by Friday, February 8, 2008.

2. Defendant's response shall be filed by Friday, February 22, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**