**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| **Savantage Financial Services, Inc.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 1:08-cv-21** |
| | ) | **(Judge Futey)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT**
**OF TIME IN WHICH TO FILE ITS REPLY BRIEF**

Plaintiff Savantage Financial Services, Inc. hereby respectfully moves the Court for an enlargement of time from February 26, 2008 to February 29, 2008 in which to file its reply to Defendant's response to Plaintiff's Motion For Summary Judgment On The Administrative Record ("Motion"). The basis for this request is that by Order dated February 4, 2008, the Court granted both Defendant's request for an enlargement of time from February 19, 2008 to February 22, 2008 in which to file its response, and Plaintiff's corresponding request for an enlargement of time from February 5, 2008 to February 8, 2008 in which to file its Motion.

Defendant does not object to Plaintiff's request.

Respectfully submitted,

s/ Timothy Sullivan

Timothy Sullivan
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6930 (tel.)
(202) 508-1028 (fax)

Attorney of Record for Plaintiff Savantage
Financial Services, Inc.

Of Counsel:

Katherine S. Nucci
Thompson Coburn LLP
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6900 (tel.)
(202) 585-6969 (fax)

Dated: February 13, 2008

CERTIFICATE OF FILING

I hereby certify that on the 13th day of February 2008, a copy of "Plaintiff's Motion For An Enlargement Of Time In Which To File Its Reply" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Timothy Sullivan