# In the United States Court of Federal Claims

**No. 08-21C**
**Bid Protest**

**(Filed February 19, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * *
SAVANTAGE FINANCIAL SERVICES, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's Motion For An Enlargement Of Time In Which To File Its Reply Brief, filed on February 13, 2008, is ALLOWED. Plaintiff shall file its reply to Defendant's response to Plaintiff's Motion for Summary Judgment On The Administrative Record by Friday, February 29, 2008.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**