# In the United States Court of Federal Claims

**No. 08-21 C**

**SAVANTAGE FINANCIAL SERVICES, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion & Order, filed March 17, 2008, allowing Plaintiff's Motion for Summary Judgment on the Administrative Record, and denying Defendant's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the Department of Homeland Security is enjoined from proceeding with Solicitation No. HSHQDC-08-Q-00018, or any related solicitation until DHS conducts a competitive procurement in accordance with the law to select financial management systems application software. No costs.

John S. Buckley
Acting Clerk of Court

**March 19, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.