# In the United States Court of Federal Claims

**No. 08-21C**
**Bid Protest**

**(Filed April 15, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SAVANTAGE FINANCIAL SERVICES, INC.** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

Defendant's Response To Court Order Dated March17, 2008, filed on March 27, 2008, is ALLOWED.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**