**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| **Savantage Financial Services, Inc.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 1:08-cv-21** |
| | ) | **(Judge Futey)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the U.S. Court of Federal Claims, Plaintiff herewith respectfully requests an enlargement of time in which to file its Reply to Defendant's Opposition to Plaintiff's Application for the Award of Fees and Other Expenses Pursuant to the Equal Access to Justice Act.

Defendant filed its Opposition on Tuesday, July 8, 2008. Pursuant to Rule 7.2(b) of the Court's rules, plaintiff must file any Reply within seven days after service of the Opposition, and the seventh day would fall on Tuesday, July 15, 2008. Of the three counsel representing plaintiff, one is on vacation until July 17, one is in the midst of another major protest with a filing date of Monday, July 14, and the third is preparing for an oral argument in another Court of Federal Claims case on Monday, July 14. Because of these conflicting schedules, plaintiff respectfully requests the Court's permission for a one-week extension to file its Reply, *i.e.*, no later than Tuesday, July 22, 2008. Defendant's counsel has no objection to this request.

Based on the above, plaintiff respectfully requests an enlargement of time to Tuesday, July 23, 2008 in which to file its Reply.

Respectfully submitted,

s/ Timothy Sullivan

Timothy Sullivan
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6930 (tel.)
(202) 508-1028 (fax)

Attorney of Record for Plaintiff Savantage Financial Services, Inc.

Of Counsel:

Katherine S. Nucci
Thompson Coburn LLP
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6900 (tel.)
(202) 585-6969 (fax)

Dated: July 10, 2008

CERTIFICATE OF FILING

I hereby certify that on the 10th day of July 2008, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Timothy Sullivan