# In the United States Court of Federal Claims

**No. 08-21C**
**Bid Protest**

**(Filed July 10, 2008)**

| | |
|---|---|
| **SAVANTAGE FINANCIAL SERVICES, INC.** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**ORDER**

Plaintiff's Motion For Enlargement Of Time, filed on July 10, 2008, is ALLOWED. Plaintiff shall file its reply by Wednesday, July 23, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**