# In the United States Court of Federal Claims

**No. 08-21C**
**Bid Protest**

**(Filed July 22, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SAVANTAGE FINANCIAL SERVICES, INC.** | * * * |
| **Plaintiff,** | * * |
| **v.** | * * |
| **THE UNITED STATES,** | * * |
| **Defendant.** | * * |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Plaintiff's Motion For An Amended Protective Order, filed on July 22, 2008, is ALLOWED. Access to the information filed in connection with plaintiff's Reply shall be limited to defendant's counsel, including agency counsel.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**