# In the United States Court of Federal Claims

**No. 08-21C**
**Bid Protest**

**(Filed July 28, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * *

**SAVANTAGE FINANCIAL SERVICES, INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A telephonic conference is scheduled for Tuesday, August 5, 2008 at 2:30 p.m . EDT, concerning pending motions. The Court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**