# In the United States Court of Federal Claims

**No. 08-21C**
**Bid Protest**

**(Filed August 5, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * *

**SAVANTAGE FINANCIAL SERVICES, INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the telephonic conference held in this matter, the following is hereby ordered:

1. Defendant may present data concerning plaintiff's employees and net worth to a Justice Department accountant for analysis and/or evaluation of plaintiff's EAJA eligibility. This constitutes a waiver, for this purpose only, of the Protective Order issued in this case.

2. Defendant's Motion For Leave To File Sur-Reply, filed on July 25, 2008, is MOOT.

3. The parties shall file a joint status report by Tuesday, August 19, 2008, indicating the results of said analysis and further proceedings in this matter.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**